UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER W. PAGE,<br><br>      Plaintiff,<br><br>v.<br><br>JAMES COMEY, ET AL,<br><br>      Defendants. | CIVIL NO.: 20-cv-3460 |

**EMERGENCY MOTION TO REDACT**

COMES NOW, the Plaintiff, Carter Page (Dr. Page), by and through his undersigned attorney, and respectfully requests that the Court redact the addresses of all natural persons who are parties, including Dr. Page, in the caption of the Complaint and all subsequent public filings.

In support of this Motion, Dr. Page submits the following:

1. Pursuant to L.Cv.R. 5.1(c), the addresses of all parties must be included in the caption of the Complaint.

2. In this action, Dr. Page seeks relief for violations of his Constitutional and other legal rights in connection with the unlawful surveillance and investigation of him pursuant to warrants issued under the Foreign Intelligence Surveillance Act.

3. This issue has been a subject of considerable media attention and Dr. Page and the individual defendants have become highly visible public figures.

4. Public release of their addresses will result in unwanted public attention and probably result in harassment or media attention at their private residences.

5. Plaintiff in this case, Dr. Page, has already received death threats and other threats of violence against his person because of this matter.

6. Dr. Page has been forced to move multiple times, including internationally, to protect himself from harassment.

WHEREFORE, Dr. Page, respectfully requests that motion be granted, and that this Honorable Court permit Plaintiff to substitute a copy of the Complaint for the public docket that redacts the home addresses of all natural persons who are parties, and permit the parties to redact home addresses from any public filing in this matter. A proposed order is submitted herewith.

Dated: November 27, 2020        Respectfully Submitted,

**MCADOO GORDON & ASSOCIATES, P.C.**

By:     /s/ Leslie McAdoo Gordon
Leslie McAdoo Gordon (D.C. Bar #456781)
1140 19th Street, N.W.
Suite 602
Washington, DC  20036
(202) 293-0534
leslie.mcadoo@mcadoolaw.com

*Attorney for Plaintiff Carter Page*