# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Carter PAGE, Plaintiff, v. JAMES COMEY, et al., Defendants. | ) ) ) ) ) ) ) ) ) ) )  Case No. 1:20-cv-03460 |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for Defendants the Department of Justice and the Federal Bureau of Investigation in the above-captioned matter.  Please note the following contact information for Ms. Powell:

Amy Powell
Civil Division, Department of Justice
c/o U.S. Attorney's Office
150 Fayetteville St., Suite 2100
Raleigh, NC 27601
Phone: 919-856-4013
Email:  amy.powell@usdoj.gov

Dated:  January 26, 2021

Respectfully Submitted,

BRIAN BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/Amy E. Powell*
AMY E. POWELL
Trial Attorney, Federal Programs Branch
Civil Division, Department of Justice
c/o U.S. Attorney's Office
150 Fayetteville St., Suite 2100
Raleigh, NC 27601
Phone: 919-856-4013

Email:  amy.powell@usdoj.gov