IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Carter PAGE,<br><br>  Plaintiff,<br><br>v.<br><br>JAMES COMEY, et al.,<br><br>  Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No. 1:20-cv-03460<br>)<br>)<br>)<br>) |

**OFFICIAL CAPACITY DEFENDANTS' UNOPPOSED MOTION
FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendants the United States, the Department of Justice, and the Federal Bureau of Investigation (hereinafter "official capacity defendants"), through undersigned counsel, respectfully request an extension of time in which to respond to the Complaint, up through and including March 26, 2021.

The Complaint raises two Privacy Act claims and one Federal Tort Claims Act claim against the official capacity defendants as well as five counts against the individual capacity defendants.  *See* ECF No. 1.  The official capacity defendants understand that the U.S. Attorney's Office was served with a summons on or about December 7, 2020.  If service was proper, the official capacity defendants' response to the Complaint would then be due on February 5, 2021.  *See* Fed. R. Civ. P. 12(a)(2) (federal government's answer is due 60 days after service on the United States attorney).

Official capacity defendants therefore respectfully request an extension in which to respond to the Complaint up through and including March 26, 2021, reserving all Rule 12 defenses.  This request is supported by good cause.  The Complaint raises numerous complex factual and legal issues requiring investigation, coordination and analysis, and defendants may

file a motion to dismiss addressing all or some of the claims raised against the official capacity defendants.

Undersigned counsel do not represent the individual capacity defendants, but it is our understanding that one or more of them have formally requested representation through the Department of Justice, which is in the process of making a determination.  In order to maintain known defendants on the same schedule to the extent possible, and in light of the need to make a decision about such representation, official capacity defendants propose to extend any pending individual-capacity deadlines for those individuals who have been properly served to the same date.

Undersigned counsel has consulted with Plaintiff's counsel, who does not oppose this extension.

Dated:  January 26, 2021

Respectfully Submitted,

BRIAN BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

/s/Amy E. Powell
AMY E. POWELL
Trial Attorney, Federal Programs Branch
Civil Division, Department of Justice
c/o U.S. Attorney's Office
150 Fayetteville St., Suite 2100
Raleigh, NC 27601
Phone: 919-856-4013
Email:  amy.powell@usdoj.gov

*Attorneys for Defendants Department of Justice and Federal Bureau of Investigation*

*/s/ Daniel P. Chung*
DANIEL P. CHUNG
CATE E. CARDINALE
Trial Attorneys, Torts Branch
Civil Division
United States Department of Justice
P.O. Box 888 Ben Franklin Station
Washington, DC 20044
Phone: (202) 616-4258
Email: Daniel.P.Chung@usdoj.gov

*Attorneys for the United States of America*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Carter PAGE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:20-cv-03460 |
| JAMES COMEY, et al., | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

Having considered the Official Capacity Defendants' Unopposed Motion For an Extension of Time, the motion is HEREBY GRANTED; and it is hereby ORDERED that the official capacity Defendants shall file their response to the Complaint on or before March 26, 2021. It is FURTHER ORDERED that any pending response deadlines for those individuals who have been properly served are hereby extended to the same date.

SO ORDERED.

_____
U.S. DISTRICT COURT JUDGE