AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

| | ) | |
|---|---|---|
| _Plaintiff_ | ) | |
| v. | ) | Case No. |
| | ) | |
| _Defendant_ | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____ .

Date: _____

_Daniel P. Chung_
_Attorney's signature_

_Printed name and bar number_

_Address_

_E-mail address_

_Telephone number_

_FAX number_