AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Carter Page<br>500 West 56th Street,<br>New York NY 10019<br><br>*Plaintiff(s)*<br><br>v.<br><br>James Comey, et al<br>7845 Westmont Ln.<br>McLean, VA 22101<br><br>*Defendant(s)* | Civil Action No. 20-cv-03460-KBJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Leslie McAdoo Gordon
McAdoo Gordon & Associates, P.C.
1140 19th Street, NW
Washington, D.C. 20036
(202)293-0534

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 12/1/2020

/s/ Anson Hopkins
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Attorney General of the United States**
was received by me on *(date)* **12/1/20** .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* **Served via certified mail received on December 7, 2020. See Attached.**

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **1/27/21**

/s/ Leslie McAdoo Gordon
*Server's signature*

Leslie McAdoo Gordon, Owner
*Printed name and title*

McAdoo Gordon & Associates, P.C.
1140 19th Street, N.W., Suite 602
Washington, DC 20036
*Server's address*

Additional information regarding attempted service, etc:

7016 0910 0001 7080 1740

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

# CERTIFIED MAIL®



7016 0910 0001 7080 1740
7016 0910 0001 7080 1740

## U.S. Postal Service™
## CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $

Total Postage and Fees $

Sent To Attorney General of US, US DOJ
Street and Apt. No., or PO Box No. 950 Pennsylvania Ave. NW
City, State, Zip+4 Washington DC 20530

Postmark Here

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

**ALERT: USPS IS EXPERIENCING UNPRECEDENTED VOLUME INCREASES AND LIMITED EMPL…**

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove X

**Tracking Number:** 70160910000170801740

Your item was delivered at 4:50 am on December 7, 2020 in WASHINGTON, DC 20530.

## ⊘ Delivered

December 7, 2020 at 4:50 am
Delivered
WASHINGTON, DC 20530

Feedback

**Get Updates** ⌄

---

| Text & Email Updates | ⌄ |

---

| Tracking History | ⌃ |

**December 7, 2020, 4:50 am**
Delivered
WASHINGTON, DC 20530
Your item was delivered at 4:50 am on December 7, 2020 in WASHINGTON, DC 20530.

---

**December 5, 2020, 11:00 am**
Available for Pickup
WASHINGTON, DC 20530

---

**December 5, 2020, 7:51 am**
Arrived at Unit

WASHINGTON, DC 20018

**December 4, 2020**
In Transit to Next Facility

**December 2, 2020, 11:53 am**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**December 2, 2020, 12:03 am**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**December 1, 2020, 5:21 pm**
Departed Post Office
WASHINGTON, DC 20036

**December 1, 2020, 9:53 am**
USPS in possession of item
WASHINGTON, DC 20036

Feedback

**Product Information** ⌄

See Less ︿

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**