AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Carter Page<br>500 West 56th Street,<br>New York NY 10019<br><br>*Plaintiff(s)*<br>v.<br><br>James Comey, et al<br>7845 Westmont Ln.<br>McLean, VA 22101<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.   20-cv-03460-KBJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   BRIAN J. AUTEN
                 10245 Quiet Pond Ter.
                 Burke, VA 22105

       A lawsuit has been filed against you.

       Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Leslie McAdoo Gordon
                                      McAdoo Gordon & Associates, P.C.
                                      1140 19th Street, NW
                                      Washington, D.C. 20036
                                      (202)293-0534

       If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:      12/1/2020                                 /s/ Anson Hopkins
                                                           *Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF SERVICE

| Case:<br>20-cv-03460-KBJ | Court:<br>United States District Court for The District of Columbia | County:<br>District Of Columbia, DC | Job:<br>5125350 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Carter Page | | Defendant / Respondent:<br>James Comey, et al. | |
| Received by:<br>CPI - Columbia Process and Investigative Services LLC | | For:<br>McAdoo Gordon & Associates, P.C. | |
| To be served upon:<br>Brian J. Auten | | | |

I, Marquis Harris , being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Brian J. Auten, 10245 Quiet Pond Terrace, Burke, VA  22105

**Manner of Service:**   Personally

**Documents:**   Summons, Complaint, Civil Cover Sheet

**Additional Comments:**
On December 05, 2020 at 10:57 AM, I served the Defendant, Brian J. Auten, the referenced documents at the referenced address. Brian J. Auten is a White Male with brown hair.  Mr. Auten is approximately 6'3", 190 pounds, and 40 years old.

I do solemnly declare and affirm under the penalty of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

_____     12-9-2020

Marquis Harris                              Date

CPI - Columbia Process and Investigative Services LLC
5406 Connecticut Avenue, N.W. Suite 108
Washington, DC 20015