AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Carter Page<br>500 West 56th Street,<br>New York NY 10019 | ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No.   20-cv-03460-KBJ |
| James Comey, et al<br>7845 Westmont Ln.<br>McLean, VA 22101 | ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   ANDREW McCABE
42751 Summerhouse Pl.
Broadlands, VA 20148

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Leslie McAdoo Gordon
McAdoo Gordon & Associates, P.C.
1140 19th Street, NW
Washington, D.C. 20036
(202)293-0534

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:   12/1/2020

/s/ Anson Hopkins

*Signature of Clerk or Deputy Clerk*

## AFFIDAVIT OF SERVICE

| Case:<br>20-cv-03460-KBJ | Court:<br>United States District Court for The District of Columbia | County:<br>District Of Columbia, DC | Job:<br>5125322 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Carter Page | | **Defendant / Respondent:**<br>James Comey, et al. | |
| **Received by:**<br>CPI - Columbia Process and Investigative Services LLC | | **For:**<br>McAdoo Gordon & Associates, P.C. | |
| **To be served upon:**<br>Andrew McCabe | | | |

I, Marquis Harris , being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**  Andrew McCabe, 42751 Summerhouse Place, Broadlands, VA  20148

**Manner of Service:**    Personally

**Documents:**    Summons, Complaint, Civil Cover Sheet

**Additional Comments:**
On December 05, 2020 at 12:18 PM, I served the Defendant, Andrew McCabe, the referenced documents at the referenced address. Andrew McCabe is a White Male with brown hair.  Mr. McCabe is approximately 5'9", 150 pounds, and 40 years old.

I do solemnly declare and affirm under the penalty of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, an belief.

_____        12 - 9 - 2020

Marquis Harris        Date

CPI - Columbia Process and Investigative Services LLC
5406 Connecticut Avenue, N.W. Suite 108
Washington, DC 20015