The Honorable Ketanji Brown Jackson

US District of Court for DC

333 Constitution Ave NW

Washington, DC 20001

December 31, 2020

LET THIS BE FILED. As a Motion to Dismiss
HONORABLE KETANJI BROWN JACKSON
U.S. DISTRICT JUDGE
1/28/2021

RE: 20-CV-03460-KBJ

Request to amend public complaint/summons as wrong defendant served

Judge Brown Jackson,

My name is Stephen R. Somma. On December 18th, 2020, I was mistakenly served a Summons in a civil action referenced above as a defendant.

I am Stephen R. Somma and I live at 6 Overlook Drive, Madison, CT 06443, but I am not the person identified as the defendant, Stephen Somma in this case.

This is a case of mistaken identity.

I am not or have never been an FBI Counter-Intelligence Investigator in the New York Field office for the FBI. I have never worked for the Federal Government. I have never met Mr. Carter Page, the Plaintiff. I have never met any of the other defendants named.

Upon receiving the complaint, I immediately wrote a letter, sent an e-mail and called the Plaintiff's Attorney, Leslie McAdoo Gordan. (I have included a copy of my letter to her). I have not received any reply.

I am writing to you to respectfully ask that the above public complaint referenced be amended with the correct Stephen Somma name and address. I have also included a copy of my CT Driver's license and US passport for further clarification.

In closing, I am very concerned this misinformation is now in the public domain and if not corrected will impact on my personal and business reputation for integrity and honesty.

Respectfully submitted,

Stephen R. Somma

6 Overlook Drive, Madison, CT 06443

Attorney McAdoo:

My name is Stephen R Somma. I live at 6 Overlook Drive in Madison, Connecticut.

While I am a former State Senator in Connecticut, I have never been an Agent in the FBI nor any other federal agency. I have never been involved in Counter Intelligence for the New York Field Office or even ever worked for the Federal Government. I don't know Carter Page nor have I ever met him. Despite these facts, you mistakenly claim that I am a defendant in the DC Federal District Court lawsuit: Carter Page vs. James Comey et. al. I don't aware if Mr Carter Page that the wrong Stephen Somma was served.

You have served the wrong Stephen Somma. I don't know if your client, Cater Page, is aware of this mistake.

As mentioned, I am Stephen R. Somma, not Agent Stephen M. Somma.

Below is the reference in the suit to FBI Agent Stephen M. Somma and to the Court document.

"29. Stephen Somma, a.k.a. "Steve Holt," is an FBI agent. (He originally presented himself as "Steve Holt" to Dr. Page during a series of meetings in March 2017.) According to the DOJ OIG, Mr. Somma is "primarily responsible for some of the most significant errors and omissions in the FISA applications" against Dr. Page." He is sued in his individual capacity."
Case: 1:20-cv-03460-KBJ

I am shocked, upset, and embarrassed by this careless and negligent misidentification of my identity. As a former Connecticut public official, I retired from service with an impeccable reputation for honesty and integrity.

This correspondence aims to draw attention to this mistake..In addition to sending this email, I will sending a Certfied/Registered Letter to you: Attorney Leslie McAdoo Gordon 1140 19th Street,NW Washington, DC 20036.

I'am respectfully requesting that you reply to my email/ letter and please make a correction in writing indicating I was improperly served and that FBI Agent Stephen M Somma of the New York Field Office is the intended defendant.

Sincerely,

Stephen R. Somma
6 Overlook Drive
Madison CT 06443



Stephen R. Sonning
6 Overlook Drive
Madison, CT 06443

The Honorable Ketanji Brown Jackson
US District Court for DC
333 Constitution Avenue, NW
Washington, DC 20001

CERTIFIED MAIL
7020 0640 0000 1080 7502

U.S. POSTAGE PAID
FCM LETTER
GUILFORD, CT
06437
DEC 31, 20
AMOUNT
$4.10
R2305P149875-02

RECEIVED
Mail Room
JAN 2 2 2021
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia