AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| CARTER PAGE | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03460-KBJ |
| JAMES B. COMEY, ET AL | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CARTER PAGE

Date: 01/29/2021

*Attorney's signature*

Andrew E. Calderon
*Printed name and bar number*

PIERCE BAINBRIDGE P.C.
355 S. Grand Avenue, 44th Floor
Los Angeles, CA 90071
*Address*

acalderon@piercebainbridge.com
*E-mail address*

(562) 607-1550
*Telephone number*

*FAX number*