# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER W. PAGE, | |
|        Plaintiff, | |
| | CIVIL NO.: 20-cv-3460-KBJ |
|    v. | |
| JAMES COMEY, ET AL, | |
|        Defendants. | |

## CONSENT MOTION TO EXCUSE THE LISTING
## OF RESIDENTIAL ADDRESSES IN FILINGS

COMES NOW, the Plaintiff, Carter Page ("Dr. Page"), by and through his undersigned attorney, and respectfully requests that the Court grant this motion to excuse ALL parties from listing the residential addresses of individual defendants in all filings.  In support of this Motion, Dr. Page submits the following.

1. Pursuant to L.Cv.R. 5.1(c) and 11.1, the first filing by <u>any</u> party in this Court must include the full residential addresses of parties in its caption.

2. In this action, Dr. Page seeks relief for violations of his Constitutional and other legal rights in connection with the unlawful surveillance and investigation of him pursuant to warrants issued under the Foreign Intelligence Surveillance Act against the United States, the DOJ, the

FBI and several current and former employees of the FBI, some of them high-ranking.

3. At present, defense counsel have entered their appearances only on behalf of the entity defendants - the United States, the FBI, and the DOJ. No counsel have yet entered their appearances on behalf of any of the individual defendants. This is because these current and former government employees are pursing their rights to potential representation by the United States in this matter. *See* the Government's unopposed motion for clarification and extension of time for individual defendants and the United States to respond to the Complaint.[1] [Dkt. # 31].

4. Pursuant to L.Cv.R. 5.3, parties are required to include a certificate of service stating the manner of service of all filings, which must be made on all parties whether they are yet represented or not (and thus their counsel not in the ECF system). When service is accomplished on an as-yet unrepresented party, common practice is for that party to be served by mail at the party's own addresses, which is then listed in the certificate of service filed with the Court.

5. Residential addresses are not included among the list of personal identifiable information which the Court requires be redacted from

---

[1]One individual defendant with counsel in another matter has consented to the service of pleadings in this matter on that counsel, pending a decision on representation by the United States.

public filings.  To the contrary, the local rules and common practice in our Court require or result in the inclusion of residential addresses in public filings.

6. Thus, while the individual defendants remain unrepresented and because of the local rules governing the filings of all initial pleadings (Complaints, Answers, Motions to Dismiss, etc.), the residential addresses of parties would need to be reflected in publicly filed documents during the initial phase of this case.

7. The subject matter of this suit has been the object of considerable media attention since long before the filing of this suit, and Dr. Page and the individual defendants have become highly visible public figures.

8. The public release of residential addresses will result in public attention to all parties in this case and could easily result in harassment by members of the public at their private residences.

9. By minute order dated January 7, 2021, the Court granted Plaintiff's motion to waive the application of L.Cv.R. 5.1(c), and permitted the redaction of the residential addresses from the Complaint.

10. This motion requests that the Court extend a similar waiver to permit: the omission of any residential addresses from the certificates of service of any pleadings filed in this case, the redaction of any residential addresses in any document previously filed in this case, and

the omission of any residential addresses from the initial pleadings of
the individual defendants.

11. Counsel for the presently represented defendants – the United States,
the DOJ and the FBI – has informed undersigned counsel that the
Government consents to the relief requested in this motion.


WHEREFORE, Dr. Page, respectfully requests that this motion be granted,
and that this Honorable Court excuse all parties from listing the residential
addresses of individuals (plaintiff and defendants) in all filings in this matter.


Dated: March 17, 2021                    Respectfully Submitted,


                         _____/s/_____
                         Leslie McAdoo Gordon (D.C. Bar #456781)
                         1140 19th Street, N.W.
                         Suite 602
                         Washington, DC  20036
                         (202) 293-0534
                         leslie.mcadoo@mcadoolaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on March 17, 2021, a copy of the foregoing Consent
Motion to Excuse the Listing of Residential Addresses In Filings was served
electronically on:

> Daniel Paul Chung
> U.S. Department of Justice
> Civil Division Torts Branch-FTCA Section
> P.O. Box 888
> Washington, DC 20044
>
> Amy E. Powell
> U.S. Department of Justice
> 150 Fayetteville St.
> Ste 2100
> Raleigh, NC 27601
>
> Emily Damrau (for defendant Clinesmith)
> MoloLamken LLP
> 600 New Hampshire Avenue, NW
> Suite 660
> Washington, DC 20037

And by first class mail, postage prepaid on:

> Andrew McCabe
> In Virginia
>
> Lisa Page
> In Washington, DC
>
> Brian Auten
> In Virginia
>
> James Comey
> In Virginia
>
> Peter Strzok
> In Virginia

Joe Pientka III
In Virginia

Stephen Somma
In New York


_____/s/_____
Leslie McAdoo Gordon