UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER PAGE,<br><br>　　　　　*Plaintiff*,<br><br>v.<br><br>JAMES B. COMEY, *et al.*,<br><br>　　　　　*Defendants*. | Case No. 20-CV-03460 (KBJ) |

**NOTICE OF APPEARANCE OF COUNSEL**

To:　　The Clerk of Court and All Parties of Record:

　　I am admitted or otherwise authorized to practice in this Court, and I appear in the above-captioned case as counsel for Defendant Brian J. Auten.

Date:　March 22, 2021　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ James M. Hobbs*

　　　　　　　　　　　　　　　　　　　　James M. Hobbs (D.C. Bar No. 1031106)
　　　　　　　　　　　　　　　　　　　　STEPTOE & JOHNSON LLP
　　　　　　　　　　　　　　　　　　　　1330 Connecticut Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, DC  20036-1795
　　　　　　　　　　　　　　　　　　　　Tel: (202) 429-3000
　　　　　　　　　　　　　　　　　　　　Fax: (202) 429-3902
　　　　　　　　　　　　　　　　　　　　jhobbs@steptoe.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant Brian J. Auten*