AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Carter Page | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03460-KBJ |
| James Comey, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James B. Comey.

Date: 03/23/2021

/s/ David N. Kelley
*Attorney's signature*

David N. Kelley
*Printed name and bar number*

Dechert LLP
Three Bryant Park, 1905 Avenue of the Americas
New York, NY 10036-6797
*Address*

david.kelley@dechert.com
*E-mail address*

(212) 698-3580
*Telephone number*

(212) 698-3599
*FAX number*