AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Carter Page | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-03460 |
| James Comey, et. al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Kevin Clinesmith.

Date: 04/08/2021

/s/ Sarah R. Fink
*Attorney's signature*

Sarah R. Fink (D.C. Bar No. 166663)
*Printed name and bar number*
KaiserDillon PLLC
1099 14th Street NW
8th Floor West
Washington, DC 20005
*Address*

sfink@kaiserdillon.com
*E-mail address*

(202) 640-2850
*Telephone number*

(202) 280-1034
*FAX number*