UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER PAGE,<br><br>              *Plaintiff*,<br>     v.<br><br>JAMES B. COMEY, *et al.*,<br><br>             *Defendants*. | Case No. 20-CV-03460 (KBJ) |

**NOTICE OF NONPARTY STEPHEN SOMMA'S OPPOSITION TO PLAINTIFF'S MOTION TO CLARIFY FEBRUARY 9, 2021 MINUTE ORDER**

     Nonparty Stephen Somma, an employee of the Federal Bureau of Investigation resident in Brooklyn, New York, by and through his undersigned counsel, respectfully submits the following opposition to plaintiff's Motion to Clarify the Court's February 9, 2021 Minute Order (ECF 45).  While Mr. Somma is not currently a party to this action, Mr. Somma respectfully submits this notice of his position for the Court to consider in its discretion.  *See Clayton v. District of Columbia*, 999 F. Supp. 2d 178, 182 n.6 (D.D.C. 2013); *see also Martins v. County of Nassau*, No. 15-cv-5120, 2017 WL 1458770, at *3–4 (E.D.N.Y. Apr. 24, 2017).

     Based on the Court's clear direction in its February 9 Order, the proper course for plaintiff to assert claims against Mr. Somma is by filing an amended complaint, not by retrofitting claims that have already been dismissed.  The undersigned counsel has been authorized by Mr. Somma to accept service of the amended complaint if the Court grants plaintiff leave to file it, and will enter an appearance on Mr. Somma's behalf if and when he is made a party to this action.  If leave is granted, Mr. Somma will also be prepared to respond to the operative complaint on the May 18, 2021 deadline set for the other individual defendants in the Court's March 24, 2021 Minute Order.

Dated: April 12, 2021	Respectfully submitted,

<p style="margin-left:40%"><u>/s/ Meaghan VerGow</u><br>
Meaghan VerGow (D.C. Bar # 977165)<br>
O'MELVENY & MYERS LLP<br>
1625 Eye Street, N.W.<br>
Washington, D.C. 20006-4001<br>
Telephone: (202) 383-5300<br>
Fax: (202) 383-5414<br>
mvergow@omm.com<br>
<br>
<em>Attorney for Stephen Somma</em></p>