AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Carter Page | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:20-cv-03460-KBJ |
| James Comey, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joe Pientka, III                                                                                                   .

Date:      04/22/2021

/s/ James M. Koukios
*Attorney's signature*

James M. Koukios, D.C. Bar No. 477072
*Printed name and bar number*

Morrison & Foerster LLP
2100 L Street NW, Suite 900
Washington, DC 20037

*Address*

JKoukios@mofo.com
*E-mail address*

(202) 887-1500
*Telephone number*

(202) 887-0763
*FAX number*