IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER PAGE,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES B. COMEY, ET AL,<br><br>    Defendants. | Civil Action No. 1:20-cv-03460 (KBJ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to L.Cv.R. 83.6(b), please withdraw my appearance as counsel for Plaintiff Dr. Carter Page ("Dr. Page"). The basis for this withdrawal is that I am no longer employed with Pierce Bainbridge P.C. No trial date has been set in this matter.

Dr. Page continues to be represented in this matter by attorneys from the law firms of McAdoo Gordon & Associates P.C., Pierce Bainbridge P.C., Miller Keffer & Pedigo PLLC, and the Parlatore Law Group, LLP, who have entered their appearance on Dr. Page's behalf.

Dr. Page has been informed of and consents to my withdrawal. His signed acknowledgement is attached to this Notice. There will be no delay in the progress of this action occasioned by my withdrawal.

DATED: April 28, 2021				Respectfully submitted,


						*/s/ Andrew E. Calderon*

						Andrew E. Calderon
						RILEY SAFER HOLMES & CANCILA LLP
						100 Spectrum Center Drive, Suite 440
						Irvine, CA 92618
						Telephone:	(949) 359-5525
						Facsimile:	(949) 359-5501
						acalderon@rshc-law.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER PAGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES B. COMEY, ET AL,<br><br>　　　　Defendants. | Civil Action No. 1:20-cv-03460 (KBJ) |

## ACKNOWLEDGEMENT OF NOTICE OF WITHDRAWAL OF COUNSEL

　　I, Dr. Carter Page, the Plaintiff in this case have been informed that Mr. Andrew Calderon is withdrawing as my counsel in the above captioned case, as he has changed law firms. I consent to his withdrawal as my counsel and acknowledge that I have other counsel of record currently representing me in this matter.

Dated: April 13, 2021　　　　　　　　Respectfully Submitted,

_____
Carter Page, Ph.D.

## CERTIFICATE OF SERVICE

I certify that the above document was served on counsel of record for all parties on the above listed date via the ECF filing system.

*/s/ Andrew E. Calderon*