AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Carter Page | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03460-KBJ |
| James Comey, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Peter Strzok.

Date:   05/07/2021

/s/ Aitan Goelman
*Attorney's signature*

Aitan Goelman (D.C. Bar No. 446636)
*Printed name and bar number*

ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036

*Address*

agoelman@zuckerman.com
*E-mail address*

(202) 778-1800
*Telephone number*

(202) 822-8106
*FAX number*