AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Carter Page | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-03460-KBJ |
| James Comey, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joe Pientka, III.

Date: 05/17/2021

/s/ Robin A. Smith
*Attorney's signature*

Robin A. Smith, D.C. Bar No. 1685989
*Printed name and bar number*

Morrison & Foerster LLP
2100 L Street, Suite 900
Washington, DC 20037
*Address*

RSmith@mofo.com
*E-mail address*

(202) 887-1500
*Telephone number*

(202) 887-0763
*FAX number*