UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER W. PAGE,<br><br>   Plaintiff,<br><br> v.<br><br>JAMES COMEY, ANDREW MCCABE, KEVIN CLINESMITH, PETER STRZOK, LISA PAGE, JOE PIENTKA III, STEPHEN SOMMA, BRIAN J. AUTEN, DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, UNITED STATES OF AMERICA, JOHN DOES 1-10, JANE DOES 1-10,<br><br>   Defendants. | No. 1:20-cv-03460-KBJ |

**[PROPOSED] ORDER GRATING MOTION FOR ADMISSION *PRO HAC VICE* OF STORMIE MAUCK**

Under consideration of Petitioner's Motion for Admission *Pro Hac Vice* of Stormie Mauck it is hereby ORDERED that the Motion is GRANTED.  Stormie Mauck is admitted *pro hac vice* and may appear on behalf of Defendant James Comey in the above-captioned case.


Dated: _____       _____

                             Hon. Ketanji Brown Jackson
                             United States District Judge