PAGE V. COMEY, ET. AL.,
CIV. A. NO. 20-3460 (KBJ)

**EXHIBITS INTRODUCED IN GOVERNMENT DEFENDANTS'[1] MOTION TO DISMISS**

| Exh. | | Description |
|---|---|---|
| A | | Complaint (ECF 1) in *Page v. Oath*, 1:17-cv-6990-LGS (S.D.N.Y) |
| B | | Press Release by Senate Select Committee on Intelligence (1/13/2017) |
| C | | Press Release by the House Permanent Select Committee on Intelligence (3/1/2017) |
| D | | *The Washington Post* article "FBI obtained FISA warrant to monitor former Trump adviser Carter Page" (4/11/2017) |
| E | | *The New York Times* article, "Comey Tried to Shield the F.B.I. From Politics. Then He Shaped An Election." (4/22/2017) |
| F | | House Permanent Select Committee on Intelligence Hearing Transcript (11/2/2017) |
| G | | House Permanent Select Committee on Intelligence Majority Staff Memo ("Nunes Memo") (1/18/2018) (declassified on 2/2/2018) |
| H | | Plaintiff's Statement on Twitter (2/2/2018) |
| I | | House Permanent Select Committee on Intelligence Redacted Minority Memorandum ("Schiff Memo") (1/29/2018) (declassified 2/24/2018) |
| J | | Declaration of Elijah Jenkins |
| | A | Plaintiff's May 1, 2020 Administrative Claim |
| | B | May 26, 2020 Letter to Plaintiff Denying his May 1, 2020 Administrative Claim |
| K | | Memorandum of Law in Support of Defendant Broadcasting Board of Governors' Motion to Dismiss (ECF 29) in *Page v. Oath*, 1:17-cv-6990-LGS (S.D.N.Y) |
| L | | Plaintiff's Memorandum of Law in Opposition to Defendant Broadcasting Board of Governors' Motion to Dismiss (ECF 38) in *Page v. Oath*, 1:17-cv-6990-LGS (S.D.N.Y) |
| M | | Plaintiff's Letter to FBI Director James Comey (9/25/2016) (ECF 1-5) in *Page v. Oath*, 1:17-cv-6990-LGS (S.D.N.Y) |
| N | | Reply Memorandum of Law In Support of Defendant Broadcasting Board of Governors' Motion to Dismiss (ECF 39) in *Page v. Oath*, 1:17-cv-6990-LGS (S.D.N.Y) |
| O | | Plaintiff's Letter to the Court, "Verification of Abuse of Process for Defendant BBG and their Counsel, the U.S. Department of Justice ("DOJ")" (2/5/2018) (ECF 42) in *Page v. Oath*, 1:17-cv-6990-LGS (S.D.N.Y) |
| P | | The District Court's Opinion and Order (3/20/2018) (ECF 48) in *Page v. Oath*, 1:17-cv-6990-LGS (S.D.N.Y) |
| Q | | Plaintiff's Letter to the Court Requesting to File an Amended Complaint (4/16/2018) (ECF 52) in *Page v. Oath*, 1:17-cv-6990-LGS (S.D.N.Y) |

---

[1] The Government Defendants are the Department of Justice, the Federal Bureau of Investigations, and the United States of America.

PAGE V. COMEY, ET. AL.,
CIV. A. NO. 20-3460 (KBJ)

| R | *Page v. United States Agency for Global Media, Oath, Inc.* Summary Order, Case No. 18-2295-cv, 797 F. App'x 550 (2d Cir. 12/2/2019). |
|---|---|
| S | Complaint (ECF 1) in *Page v. U.S. Dep't of Justice*, 1:19-cv-03149-KBJ (D.D.C) |
| T | Stipulation of Dismissal (ECF 19) in *Page v. U.S. Dep't of Justice*, 1:19-cv-03149-KBJ (D.D.C) |
| U | Declaration of Jonathan Malis |
| | A | Email thread dated Oct. 11, 2019, containing communications from Plaintiff |
| | B | Email thread dated Sept. 15, 2019, containing communications from Plaintiff |
| | C | Email thread dated Oct. 14, 2019, containing communications from Plaintiff |
| | D | November 12, 2019 Letter from the OIG to Plaintiff re: the OIG Report |
| V | Plaintiff/Appellant Opening Brief in *Page v. Oath, Inc.* No. 18-2295 (Dkt. No. 38) (2nd Cir.) (11/21/2018) |
| W | Transcript from Interview between Plaintiff and Chris Hayes of MSNBC's *ALL IN*, dated October 30, 2017 |