# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Carter Page <br><br> *Plaintiff(s)* <br> v. <br> James Comey, et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 20-CV-03460-KBJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Stephen Somma
c/o Meaghan VerGow
O'Melveny & Myers LLP
1625 Eye Street, N.W.
Washington, D.C. 20006


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Leslie McAdoo Gordon
McAdoo Gordon & Associates, P.C.
1140 19th Street, NW
Washington, D.C. 20036
(202)293-0534


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


ANGELA D. CAESAR, CLERK OF COURT

Date: 04/15/2021

/s/Jackie Francis
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 20-CV-03460-KBJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Stephen Somma
was received by me on *(date)* 4/15/21 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Stephen Somma authorized his attorney of record, Meaghan VerGow, to accept service on his behalf. On May 13, 2021, Ms. VerGow authorized electronic service. Service was executed on May 14, 2021. Ms. VerGow confirmed receipt of service on May 17, 2021. See attached documents.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: May 17, 2021

/s/ Leslie McAdoo Gordon
*Server's signature*

Leslie McAdoo Gordon, Owner
*Printed name and title*

McAdoo Gordon & Associates, P.C.
1140 19th Street, N.W., Suite 602
Washington, DC 20036
*Server's address*

Additional information regarding attempted service, etc:

## RE: 20-CV-03460- Page v. Comey, et al

**VerGow, Meaghan <mvergow@omm.com>**

Mon 5/17/2021 1:58 PM

**To:** Courtney Dreim <courtney.dreim@mcadoolaw.com>

Yes, I confirm receipt--thanks.

# RE: 20-CV-03460- Page v. Comey, et al

VerGow, Meaghan <mvergow@omm.com>
Thu 5/13/2021 7:25 PM

**To:** Courtney Dreim <courtney.dreim@mcadoolaw.com>

Courtney,

I'm not sure about the arrangements for receiving service at our physical office, but I'd be happy to accept service of the complaint by email.

Thanks,
Meaghan