UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER W. PAGE, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>JAMES COMEY, ET AL, )<br>)<br>      Defendants. )<br>) | CIVIL NO.: 20-cv-3460-KBJ |

### NOTICE OF PLAINTIFF'S INTENTION TO FILE
### SECOND AMENDED COMPLAINT

COMES NOW, the Plaintiff, Carter Page ("Dr. Page"), by and through his undersigned attorney, and respectfully notifies the Court and the defendants of his intention to file a second amended complaint in lieu of opposing the defendants' motions to dismiss, and in support thereof states as follows:

1. On November 27, 2020, Plaintiff filed his original complaint in the above captioned matter.

2. On April 15, 2021, Dr. Page filed a first amended complaint with leave of Court pursuant to Fed. R. Civ. P. 15(a)(2). (See Dkt #51, Dkt #45, and April 14, 2021 Minute Order)

3. On May 18, 2021, all defendants filed motions to dismiss the first amended complaint pursuant to Fed. R. Civ. P. 12(b).

4. Fed. R. Civ. P. 15(a)(1)(B) allows a party to amend a pleading as a matter of right within "21 days after service of a motion under Rule 12(b), (e), or (f) . . . ."

5. The filing of an amended complaint pursuant to Rule 15 avoids concession of any pending motion to dismiss, even though plaintiff does not file an opposition to the motion to dismiss. *See Barnes v. District of Columbia*, 42 F. Supp. 3d 111, 117 (D.D.C 2014)(Howell, J.).

WHEREFORE, in the interests of transparency and clarity, Dr. Page provides this Notice to the Court and the defendants of his intention to file a second amended complaint, as of right pursuant to Fed. R. Civ. P. 15(a)(1)(B), within 21 days after service of the defendants' motions to dismiss pursuant to Rule 12(b).

Dated: May 26, 2021                                      Respectfully Submitted,


_____/s/_____
Leslie McAdoo Gordon (D.C. Bar #456781)
1140 19th Street, N.W.
Suite 602
Washington, DC  20036
(202) 293-0534
leslie.mcadoo@mcadoolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on May 26, 2021, a copy of the foregoing Notice of Plaintiff's Intention to File Second Amended Complaint was served electronically on:

>Amisha R. Patel
>David N. Kelley
>Dechert, LLP
>1900 K Street, NW
>Washington, DC 20006
>
>Brigida Benitez
>Steptoe & Johnson, LLP
>1330 Connecticut Avenue, NW
>Washington, DC 20036
>
>William Bullock Pittard, IV
>Christopher Muha
>Sarah Renee Fink
>KaiserDillon PLLC
>1099 14th Street NW
>8th Floor West
>Washington, DC 20005
>
>Aitan Dror Goelman
>Zuckerman Spaeder, LLP
>1800 M Street, NW
>Suite 1000
>Washington, DC 20036
>
>Dorothy Ames Jeffress
>Kaitlin Brooke Konkel
>Robert J. Katerberg
>Arnold & Porter Kaye Scholer LLP
>601 Massachusetts Ave, NW
>Washington, DC 20001

James Koukios
Vanshika Vij
Robin A. Smith
Morrison & Foerster LLP
2100 L Street NW
Suite 900
Washington, DC 20037

Meaghan VerGow
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006

Brian Matthew Heberlig
Patrick Francis Linehan, III
James Martin Hobbs
Steptoe & Johnson LLP
1330 Connecticut Ave., NW
Washington, DC 20036

Amy E. Powell
U.S. Department of Justice
150 Fayetteville St.
Ste 2100
Raleigh, NC 27601

Daniel Paul Chung
U.S. Department of Justice
Civil Division Torts Branch-FTCA Section
P.O. Box 888
Washington, DC 20044

_____/s/_____
Leslie McAdoo Gordon