**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Carter PAGE, | ) | |
| | ) | |
|   Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:20-cv-03460 |
| JAMES COMEY, et al., | ) | |
| | ) | |
|   Defendants. | ) | |
| | ) | |

## OFFICIAL CAPACITY DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE SECOND AMENDED COMPLAINT

Defendants the United States, the Department of Justice, and the Federal Bureau of Investigation (collectively, "Government Defendants") respectfully move for an extension of their deadline to respond to the Second Amended Complaint, up through and including September 17, 2021.  Undersigned counsel has conferred with Plaintiff's counsel, who consents to the relief requested herein.  Undersigned counsel also conferred with counsel for individual Defendants, who consents to the relief requested as well.  Government Defendants have likewise consented to an extension for the individual defendants.

Government Defendants moved to dismiss the First Amended Complaint on May 18, 2021.  *See* ECF No. 67.  On May 28, 2021, Plaintiff notified the Court that he intended to file a second amended complaint "in lieu of opposing the Defendants' motions to dismiss."  *See* ECF No. 72.  On June 8, 2021, Plaintiff filed the Second Amended Complaint.  *See* ECF No. 73.  The deadline for Government Defendants to response to the Second Amended Complaint is presumptively June 22, 2021.  *See* Fed. R. Civ. P. 15(a)(3).

The new complaint makes additional factual allegations and includes additional legal theories as to multiple claims.  Most significantly, Plaintiff, having received an administrative

determination, added a novel claim against Defendant United States under the PATRIOT Act and 18 U.S.C. § 2712.  The Second Amended Complaint is nearly fifty paragraphs longer than the First Amended Complaint.

Government Defendants seek an extension until September 17, 2021 to respond to the Second Amended Complaint.  This request is supported by good cause, including the need to consider the new allegations, and the need to coordinate multiple components of the Department of Justice to provide input on a motion to dismiss claims presenting complex and novel legal issues related to national security, as well as the press of other business and the planned vacations of relevant agency and DOJ personnel.  This is Government Defendants' first request to extend the deadline to respond to the Second Amended Complaint, and as noted above, the parties consent to this extension.

Dated:  June 16, 2021

Respectfully Submitted,

BRIAN BOYNTON
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/Amy E. Powell*
AMY E. POWELL
Trial Attorney, Federal Programs Branch
Civil Division, Department of Justice
c/o U.S. Attorney's Office
150 Fayetteville St., Suite 2100
Raleigh, NC 27601
Phone: 919-856-4013
Email:  amy.powell@usdoj.gov

*Attorneys for Defendants Department of
Justice and Federal Bureau of Investigation*

*/s/  Daniel P. Chung*

DANIEL P. CHUNG
CATE E. CARDINALE
Trial Attorneys, Torts Branch
Civil Division
United States Department of Justice
P.O. Box 888 Ben Franklin Station
Washington, DC 20044
Phone: (202) 616-4258
Email: Daniel.P.Chung@usdoj.gov

*Attorneys for the United States of America*