AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Carter Page | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cv-3460 |
| James Comey, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America                                                                                            .

Date:    08/17/2021

/s/Cate E. Cardinale
*Attorney's signature*

Cate E. Cardinale (SC Bar No. 103149)
*Printed name and bar number*

U.S. Department of Justice, Civil Division, Torts Branch
P.O. Box 888
Washington, D.C. 20044
*Address*

cate.cardinale@usdoj.gov
*E-mail address*

(202) 514-1067
*Telephone number*

(202) 616-5200
*FAX number*