# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER W. PAGE,<br><br>        Plaintiff,<br><br>v.<br><br>JAMES B. COMEY, *et al.*,<br><br>        Defendants. | Case No.: 1:20-cv-03460<br><br><u>ORAL ARGUMENT REQUESTED</u> |

## DEFENDANT ANDREW MCCABE'S MOTION TO DISMISS
## THE SECOND AMENDED COMPLAINT

Defendant Andrew McCabe hereby files this Motion to Dismiss the Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). As set forth in the accompanying Memorandum of Points and Authorities in Support, the Court should dismiss Counts I-IV and Count VI against McCabe because Plaintiff fails to state a claim for which relief may be granted.

WHEREFORE, McCabe respectfully requests that the Court dismiss Counts I-IV and VI of the Second Amended Complaint as to him with prejudice. A proposed order is attached.

Dated: September 17, 2021

Respectfully submitted,

/s/ Brigida Benitez
Brigida Benitez (DC Bar No. 446144)
Lisa M. Southerland (DC Bar No. 198412)
**STEPTOE & JOHNSON LLP**
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone:   (202) 429-3000
Fax:              (202) 429-3902
bbenitez@steptoe.com
lsoutherland@steptoe.com

*Counsel for Defendant Andrew McCabe in his individual capacity*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties and/or counsel of record.

/s/ Brigida Benitez
Brigida Benitez