# EXHIBIT 2

TESTIMONY OF CARTER PAGE

Thursday, November 2, 2017

U.S. House of Representatives,

Permanent Select Committee on Intelligence,

Washington, D.C.

The committee met, pursuant to call, at 9:40 a.m., in Room HVC-304, the Capitol,

the Honorable K. Michael Conaway presiding.

Present:   Representatives Conaway, King, LoBiondo, Rooney, Ros-Lehtinen, Turner, Wenstrup, Crawford, Gowdy, Stefanik, Hurd, Schiff, Himes, Sewell, Carson, Speier, Quigley, Swalwell, Castro, and Heck.

# GLOBAL ENERGY CAPITAL LLC

May 22, 2017

## BY CERTIFIED U.S. AND ELECTRONIC MAIL

The Honorable K. Michael Conaway and Adam Schiff
U.S. House of Representatives
Permanent Select Committee on Intelligence (HPSCI)
Capitol Visitor Center HVC-304
US Capitol Building
Washington, DC 20515

Dear Congressman Conaway and Congressman Schiff:

Thank you for your recent correspondence requesting information regarding government active measures directed at the 2016 U.S. election. In support of your ongoing efforts and to help set the stage for my upcoming testimony before your Committee, I am pleased to present this initial collection of evidence to HPSCI which should significantly contribute to the discovery of facts within your investigation's publicly announced parameters. Having apparently come up with limited substance thus far, much of the other ongoing discourse on matters related to Russia in both chambers of the U.S. Congress as well as throughout our great country has become desperately all-encompassing and increasingly tangential. This race to the bottom in terms of irrelevancy has often only created further confusion in and damage to America. Rather than assist in the actual pursuit of truth, the deceptive smokescreen of leaks has further exacerbated current misunderstandings since most of that dialogue has remained behind a selective cloud of partial secrecy.

But in contrast, HPSCI's four highly-focused and analytic questions as set for your investigation on March 1, 2017, reflect a distinct level of thoughtfulness and offer a constructive framework for analysis.[1] I greatly appreciate this opportunity to help set the record straight on each of these four points following the false evidence, other illegal activities as well as additional extensive lies distributed by the Clinton campaign and their transnational associates. Working in coordination with the Obama Administration, their transnational criminal associates which severely defamed me, many other supporters of the Trump campaign and our democracy in general should hopefully soon gain full exposure. Unlike recent misleading illegal leaks, the proper legal procedures of disclosure currently underway should further assist in this process.

As per discussions with the HPSCI Senior Counsel for Counterterrorism on Friday, I tentatively look forward to testifying on the record regarding these matters before your Committee on Tuesday, June 6, 2017. In support of that forthcoming appearance, I have recently been in contact with Deputy Attorney General Rod Rosenstein, Special Counsel Robert Mueller and other Justice Department officials regarding the multiple outstanding requests for immediate

---

[1] Devin Nunes and Adam Schiff, "Intelligence Committee Chairman, Ranking Member Establish Parameters for Russia Investigation," House Permanent Select Committee on Intelligence website, March 1, 2017.
[http://intelligence.house.gov/news/documentsingle.aspx?DocumentID=767]

590 Madison Avenue, 21st floor, New York, New York 10022
t: +1(212) 537 9258  f: +1(212) 537 9281

release of the illegitimate FISA warrants that were allegedly filed by the Obama Administration against me in 2016. My personal appeals for public disclosure have echoed recent loud cries across America's political spectrum from left to right, including the American Civil Liberties Union (ACLU)[2] and Judicial Watch (JW).[3] The Privacy Act of 1974 includes provisions which, "Grant individuals the right to seek amendment of agency records maintained on themselves upon a showing that the records are not accurate, relevant, timely, or complete."[4] As a major affront to our democracy, the complete mockery that the Obama Administration allegedly made of the 2016 election makes such immediate steps essential today.

Whereas **I have never done anything wrong in Russia**, no documents, records, electronically stored information including email, communication, recordings, data and tangible things could reasonably lead to the discovery of any facts within the investigation's publicly announced parameters as it relates to actions by the Russian government. As further proof of this reality, the forthcoming documents related to **my alleged FISA warrant that currently remain somewhat classified and temporarily withheld from the public by the U.S. Government should soon lead to the discovery of a plethora of highly relevant facts within the investigation's publicly announced parameters once disclosed**. In the immortal words of Judge Robert Bork, an "intellectual feast" at the time of their release.

Although I understand that my forthcoming testimony might be held behind closed doors, I would request that some form of live public access may be allowed. For example, either live-streamed via the internet, on public-access television or perhaps C-SPAN-8. It is important that the American public have an opportunity to hear the truth following the outrageous allegations that have been made against me on behalf of the Clinton campaign. On the one hand and despite a historic level of surveillance last year, it seems understandable that keeping the failure of the Trump-collusion conspiracy theory covered up might offer a means of limiting the embarrassment of this dry hole dug by those who have espoused such ideas. But since many

---

[2] "With just the stroke of a pen, President Trump could provide the public with the information necessary to assess his claims that the Obama administration improperly surveilled him and his associates." Neema Singh Guliani, "How Trump Can Show Us Whether He Was Spied On," ACLU Washington Markup Blog, April 13, 2017. [https://www.aclu.org/blog/washington-markup/how-trump-can-show-us-whether-he-was-spied]

[3] Press Room, "Judicial Watch Sues for FBI Records on UK 'Trump Dossier'," Judicial Watch, May 16, 2017. [http://www.judicialwatch.org/press-room/press-releases/judicial-watch-sues-fbi-records-uk-trump-dossier/]
"Hillary Clinton's national security crimes included running the most highly classified material the U.S. possesses across her outlaw server without legal consequence. If Communications Intelligence is used as a partisan political weapon without people going to jail, we will have crossed the point of no return for institutional corruption in our government, our intelligence services and law enforcement." Chris Farrell, "On Watch: Episode 11 – 'Corrupt Weaponizing of Intelligence Collection'," Judicial Watch, March 28, 2017.
[http://www.judicialwatch.org/press-room/press-releases/watch-episode-11-corrupt-weaponizing-intelligence-collection/]

[4] Office of Justice Programs, Bureau of Justice Assistance. "Privacy Act of 1974, 5 U.S.C. § 552a," U.S. Department of Justice. [https://it.ojp.gov/PrivacyLiberty/authorities/statutes/1279]