# EXHIBIT 3

2017, offer a valuable framework for analysis of the U.S. Government's own efforts to influence the 2016 election and undermine our country's liberal democratic order.

First, the alleged U.S. cyber operations of wiretap against myself, as a previously unknown private citizen who volunteered as an informal, unpaid member of an early foreign policy advisory committee with the Trump campaign, marked a new low with this baseless domestic interference in our democracy prior to the 2016 election.

Your full committee and I do not yet entirely know the details about how I was illegally hacked and wiretapped, but we should learn that soon, given the impending expected fulfillment of related outstanding requests from Congress and myself.

Second, and in the interim, while these illicit domestic hacking activities remain undisclosed, what we do know for sure relates to the other theme of the politically motivated intelligence report from January 6th:   The role of U.S. Government agencies, state-funded media, third-party intermediaries, and paid media users or trolls that are antithetical to the foundations of a properly functioning democratic society.

The Senate has held various superfluous hearings this week with social media companies, but, as Senator Lindsey Graham correctly noted, domestic media assets can be used by terrorists to recruit in cyberworld people to their cause.

This is precisely what occurred in the wake of the dodgy dossier.   Following a familiar pattern that first began in September 2016, in the final months before last year's election, within hours of dodgy dossier recitals by members of this committee on March 20 into the congressional record and on national television regarding the fabricated fairytales about my alleged negotiations with Rosneft's CEO, a person whom I have never met at any point in my life, I received even more threats.

In the interest of time and to avoid further shocking drama today, I ask that this transcript and my full statement be submitted for the record.   It's ironic that many U.S.