UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER PAGE,<br><br>    Plaintiff,<br><br> v.<br><br>JAMES COMEY, ANDREW MCCABE, KEVIN CLINESMITH, PETER STRZOK, LISA PAGE, JOE PIENTKA III, STEPHEN SOMMA, BRIAN J. AUTEN, DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, UNITED STATES OF AMERICA, JOHN DOES 1-10, JANE DOES 1-10,<br><br>    Defendants. | No. 20-cv-3460 |

**[PROPOSED] ORDER**

Upon consideration of Defendant Kevin E. Clinesmith's Motion to Dismiss Plaintiff's Second Amended Complaint, any opposition thereto, any reply in support thereof, any argument thereon, and for good cause shown, it is hereby

ORDERED that Kevin E. Clinesmith's Motion to Dismiss Plaintiff's Second Amended Complaint is **GRANTED.** The Second Amended Complaint is dismissed as against Clinesmith in its entirety with prejudice.

Dated: _____                 _____

                                       United States District Judge