UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER PAGE,<br><br>    *Plaintiff*,<br><br>    v.<br><br>JAMES COMEY, *et al*.,<br><br>    *Defendants*. | Civil Action No. 20-cv-3460<br><br>ORAL ARGUMENT REQUESTED |

**DEFENDANT PETER STRZOK'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

Defendant Peter Strzok, by and through undersigned counsel, hereby moves this Court, at E. Barrett Prettyman U.S. Courthouse, 333 Constitution Ave., N.W., Washington, DC 20001, for an Order dismissing with prejudice all claims in the Second Amended Complaint against Peter Strzok under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim. The grounds for this Motion are set forth in Defendant Peter Strzok's Memorandum in Support of his Motion to Dismiss the Second Amended Complaint.

Dated: September 17, 2021

Respectfully submitted,

By: */s/ Aitan Goelman*
Aitan Goelman (D.C. Bar No. 446636)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
E-mail: agoelman@zuckerman.com
*Attorney for Defendant Peter Strzok*