UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER W. PAGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 20-3460 (KBJ) |
| ) | |
| JAMES COMEY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT LISA PAGE'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

Defendant Lisa Page, by and through her undersigned counsel, hereby moves to dismiss the Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

For the reasons set forth in the accompanying memorandum, Ms. Page respectfully requests that the Court dismiss with prejudice all claims against her (Counts 1-4 and Count 6 of the Second Amended Complaint) because Plaintiff fails to state a claim for which relief may be granted. A proposed order is attached.

Dated: Sept. 17, 2021

Respectfully submitted,

/s/ Amy Jeffress
Amy Jeffress (D.C. Bar No. 449258)
Robert J. Katerberg (D.C. Bar No. 466325)
Kaitlin Konkel (D.C. Bar No. 1021109)
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Avenue NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Fax: (202) 942-5999

*Counsel for Defendant Lisa Page*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 17, 2021, I caused a copy of the foregoing to be served via CM/ECF on all counsel of record.

/s/ Amy Jeffress
Amy Jeffress