UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER PAGE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES COMEY, ANDREW MCCABE, KEVIN CLINESMITH, PETER STRZOK, LISA PAGE, JOE PIENTKA III, STEPHEN SOMMA, BRIAN J. AUTEN, DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, UNITED STATES OF AMERICA, JOHN DOES 1-10, JANE DOES 1-10,<br><br>　　　　　　Defendants. | No. 20-cv-3460 |

## JOE PIENTKA III'S MOTION TO DISMISS SECOND AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Joe Pientka III respectfully moves to dismiss Plaintiff Carter Page's Second Amended Complaint with prejudice. As demonstrated in the accompanying Memorandum of Law, Plaintiff's claims against Mr. Pientka must be dismissed because: (1) Plaintiff's claims are time-barred; (2) Plaintiff fails to allege sufficient facts to state a claim under the Foreign Intelligence Surveillance Act (FISA) or *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971); (3) Plaintiff's *Bivens* claim fails because it would impermissibly extend *Bivens* to a new context; and (4) Mr. Pientka is entitled to FISA's statutory safe harbor, qualified immunity, or both.

Dated: September 17, 2021        Respectfully submitted,

                                               /s/ James M. Koukios
                                               James M. Koukios (#477072)
                                               Vanshika Vij (#1029822)
                                               Robin A. Smith (#1685989)
                                               MORRISON & FOERSTER LLP
                                               2100 L Street, NW Suite 900
                                               Washington, D.C. 20037
                                               Phone:  (202) 887-1500
                                               Fax:  (202) 887-0763
                                               JKoukios@mofo.com
                                               VVij@mofo.com
                                               RSmith@mofo.com

3

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 17, 2021, I caused a copy of the foregoing to be served via CM/ECF on all counsel of record.

/s/ James M. Koukios