UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER PAGE,<br><br>Plaintiff,<br><br>v.<br><br>JAMES COMEY, ANDREW MCCABE, KEVIN CLINESMITH, PETER STRZOK, LISA PAGE, JOE PIENTKA III, STEPHEN SOMMA, BRIAN J. AUTEN, DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, UNITED STATES OF AMERICA, JOHN DOES 1-10, JANE DOES 1-10,<br><br>Defendants. | No. 20-cv-3460<br><br>ORAL ARGUMENT REQUESTED |

## DEFENDANT STEPHEN SOMMA'S MOTION TO DISMISS

PLEASE TAKE NOTICE that defendant Stephen Somma hereby files this Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6). As set forth in the accompanying Memorandum of Law in Support, the Court should dismiss all counts against Somma (Counts I-IV and Count VI) because plaintiff fails to state a claim for which relief may be granted.

WHEREFORE, Somma respectfully requests that this Court dismiss the Second Amended Complaint as to him with prejudice. A proposed order is attached.

Dated: September 17, 2021               Respectfully submitted,

<p style="margin-left: 40%">
<u>/s/ <i>Meaghan VerGow</i></u><br>
Meaghan VerGow (D.C. Bar #977165)<br>
Andrew R. Hellman (D.C. Bar #1723887)<br>
O'MELVENY & MYERS LLP<br>
1625 Eye Street, N.W.<br>
Washington, D.C. 20006-4001<br>
Telephone: (202) 383-5300<br>
Fax: (202) 383-5414<br>
mvergow@omm.com<br>
andrewhellman@omm.com<br>
<br>
<i>Attorneys for Stephen Somma</i>
</p>

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of September, 2021, the foregoing Stephen Somma's Motion to Dismiss, Memorandum of Law in Support, and Proposed Order were served upon all parties of record by the Court's CM/ECF system.

/s/ *Meaghan VerGow*
Meaghan VerGow