UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER W. PAGE,<br><br>    Plaintiff,<br><br>  v.<br><br>JAMES COMEY, ANDREW MCCABE, KEVIN CLINESMITH, PETER STRZOK, LISA PAGE, JOE PIENTKA III, STEPHEN SOMMA, BRIAN J. AUTEN, DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, UNITED STATES OF AMERICA, JOHN DOES 1-10, JANE DOES 1-10,<br><br>    Defendants. | No. 1:20-cv-03460<br><br>*Oral Argument Requested* |

## DEFENDANT JAMES B. COMEY'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant James B. Comey moves to dismiss the claims asserted against him in the Second Amended Complaint (Dkt. 73) for failure to state a claim upon which relief can be granted.  As explained fully in Defendant Comey's memorandum of points and authorities accompanying this Motion, all of Plaintiff Carter Page's claims against Defendant Comey fail as they are time-barred and fail to plausibly state a cause of action for the following reasons:

  1.  Counts 1 through 4 of Plaintiff's Complaint for violations of Foreign Intelligence Surveillance Act, 50 U.S.C. § 1801, *et seq.* ("FISA") fail because they are time-barred and do not plausibly allege that Defendant Comey personally or intentionally "engage[d] in electronic surveillance" that was unlawful or "disclose[d] or use[d]" information obtained through such surveillance. 50 U.S.C. §§ 1809-1810.

2.      Count Six of Plaintiff's Complaint asserts an implied right of action under *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971), alleging violations of his Fourth Amendment rights for electronic surveillance of him pursuant to the FISA warrants.  This claim is also time barred, and in any event, Plaintiff fails to plausibly state a cause of action and asks the Court to extend *Bivens* to a new context not previously recognized by any other court and in the face of several special factors that weigh heavily against such an extension.

3.      All of Plaintiff's claims against Comey also fail because the Complaint does not adequately allege that Plaintiff's damages arise from Defendant Comey's conduct.

4.      Defendant Comey is entitled to qualified immunity for each cause of action alleged against him.

Defendant Comey joins in the motions to dismiss filed by the Individual Defendants in the Complaint to the extent the arguments raised in their motions apply with equal force to Defendant Comey.

For the foregoing reasons, the reasons articulated in the memorandum of points and authorities accompanying this Motion, and the memorandums filed by the Individual Defendants in support of their respective motions to dismiss and incorporated herewith,  Defendant James B. Comey respectfully requests that the Court dismiss all claims against James B. Comey (Counts 1-4, and 6) with prejudice.

Dated:  September 17, 2021                Respectfully submitted,

**DECHERT LLP**

*/s/ Amisha R. Patel*
Amisha R. Patel (DC Bar No. 1005420)
1900 K Street, NW
Washington, D.C. 20006
Tel: (202) 261-3374
Fax: (202) 261-3333

amisha.patel@dechert.com

David N. Kelley (*pro hac vice*)
Three Bryant Park
1095 Avenue of the Americas
New York, NY 100036-6797
Tel: (212) 698-3580
Fax: (212) 698-3599
david.kelley@dechert.com

Stormie Mauck (*pro hac vice*)
2929 Arch Street
Philadelphia, PA 19104
Tel: (215) 994-2516
Fax: (215) 994-2222
stormie.mauck@dechert.com

*Counsel for Defendant James B. Comey*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 17, 2021, a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic notification system.


Dated:  September 17, 2021                         */s/ Amisha R. Patel*
                                                                              Amisha R. Patel