# EXHIBIT 2

# GLOBAL ENERGY CAPITAL LLC

September 25, 2016

The Honorable James Comey
Director of the Federal Bureau of Investigation
935 Pennsylvania Avenue, NW
Washington, DC 20535

Dear Director Comey:

I am writing to request the FBI's prompt end of the reported inquiry regarding my personal trip to Russia in July 2016 – an investigation which has been widely mentioned in the media. In this regard, I wanted to provide you with a few basic facts that should help underscore what a complete waste of time this witch-hunt directed at me is.

As you may be aware, the source of these accusations is nothing more than completely false media reports.  Yet for the record, I have not met this year with any sanctioned official in Russia despite the fact that there are no restrictions on U.S. persons speaking with such individuals.

I understand that my stake in PJSC Gazprom has also been brought to your attention.  For your information, last month I sold my American Depository Receipts and at this time maintain no holding in the company within any of my investment entities or personal accounts.  My prior stake in Gazprom which I divested last month represented a de minimis equity investment that I sold at a loss.  It is hard to imagine why this information might have been deemed relevant, but I wanted to mention it since you were asked to look into this matter.

In bothering the Bureau with such repeated appeals, the parties who have requested my investigation clearly fail to appreciate the risks they create for America with these shenanigans.  Instead of allowing the staff of the FBI to focus the nation's limited resources on real threats, these desperate and unfounded calls for my investigation as a private citizen to advance political interests based on nothing more than preposterous mainstream media reports is a true disgrace.

Having interacted with members of the U.S. intelligence community including the FBI and CIA for many decades, I appreciate the limitations on your staff's time and assets.  Although I have not been contacted by any member of your team in recent months, I would eagerly await their call to discuss any final questions they might possibly have in the interest of helping them put these outrageous allegations to rest while allowing each of us to shift our attention to relevant matters.  Thank you in advance for your consideration.

Sincerely,

*[signature]*

Carter Page