UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER PAGE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JAMES COMEY, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 1:20-cv-3460 |

**GOVERNMENT DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT**

Defendants the United States of America, the Department of Justice ("DOJ") and the Federal Bureau of Investigation ("FBI") ("Government Defendants") respectfully move this Court for dismissal of the claims against the Government Defendants.  Specifically, the Government Defendants move, pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, that this Court dismiss claims against the United States, DOJ, and FBI for lack of subject matter jurisdiction and for failure to state a claim upon which relief can be granted.  In the alternative, Government Defendants move for summary judgment on Count 7 of the Second Amended Complaint.  Attached hereto in support of this motion are a memorandum of points and authorities, along with a proposed order.

Date: September 17, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

MARCIA BERMAN
Assistant Director, Federal Programs Branch

AMY E. POWELL
Trial Attorney, Federal Programs Branch

*Attorneys for Defendants Department of Justice and Federal Bureau of Investigation*

DANIEL P. CHUNG
CATE E. CARDINALE
Trial Attorneys, Torts Branch

*Attorneys for the United States of America*