**PAGE V. COMEY, ET. AL.,**
**CIV. A. NO. 20-3460**

**EXHIBITS INTRODUCED IN GOVERNMENT DEFENDANTS'[1] MOTION TO DISMISS THE SECOND AMENDED COMPLAINT, OR IN THE ALTERNATIVE FOR PARTIAL SUMMARY JUDGMENT**

| Ex. | Description |
|---|---|
| A | Complaint (ECF 1) in *Page v. Oath*, 1:17-cv-6990-LGS (S.D.N.Y) |
| B | Complaint (ECF 1) in *Page v. U.S. Dep't of Justice*, 1:19-cv-03149-KBJ (D.D.C) |
| C | Press Release by Senate Select Committee on Intelligence (1/13/2017) |
| D | Plaintiff's Letter to the Senate Select Committee on Intelligence (3/8/2017) |
| E | Press Release by the House Permanent Select Committee on Intelligence (3/1/2017) |
| F | *The Washington Post* article "FBI obtained FISA warrant to monitor former Trump adviser Carter Page" (4/11/2017) |
| G | *The New York Times* article, "Comey Tried to Shield the F.B.I. From Politics. Then He Shaped An Election."  (4/22/2017) |
| H | Combined CNN Transcripts, New Day, Trump's Tax Cut Wish List Sparks Fiery Reactions From Both Sides Aisles; Interview with Sen. Ben Cardin; Do Trump's Tax Cuts Boost the Economy?; United Airlines Announces Major Changes After Flight Fiasco; Former Trump Adviser Carter Page on New Day (4/27/2017) |
| I | House Permanent Select Committee on Intelligence Hearing Transcript (11/2/2017) |
| J | House Permanent Select Committee on Intelligence Majority Staff Memo ("Nunes Memo") (1/18/2018) (declassified on 2/2/2018) |
| K | Sen. Charles Grassley Request to Declassify Senate Judiciary Committee's Jan.4, 2018 Referral of Christopher Steele to FBI and DOJ (2/2/2018) |
| L | Redacted Jan. 4, 2018 Grassley-Graham Referral |
| M | Plaintiff's Twitter Statement (2/2/2018) |
| N | House Permanent Select Committee on Intelligence Redacted Minority Memorandum ("Schiff Memo") (1/29/2018) (declassified 2/24/2018) |
| O | Corrected Opinion and Order, *In Re Accuracy Concerns Regarding FBI Matters Submitted to the FISC*, No. 19-02 (FISC Mar. 5, 2020) |
| P | Opinion and Order Regarding Use and Disclosure of Information, *In Re Carter W. Page, a U.S. Person*, Nos. 16-1182, 17-52, 17-375, 17-679 (FISC June 25, 2020) |
| Q | Notice of Potential Use and Disclosure of FISA Information, *In Re Carter W. Page, a U.S. Person*, Nos. 16-1182, 17-0052, 17-0375, 17-0679 (FISC Nov. 3, 2020) |
| R | Order Regarding Further Disclosures of Information, *In Re Carter W. Page, a U.S. Person*, Nos. 16-1182, 17-52, 17-375, 17-679 (FISC Nov. 23, 2020) |

---

[1] The Government Defendants are the Department of Justice, the Federal Bureau of Investigation, and the United States of America.

PAGE V. COMEY, ET. AL.,
CIV. A. NO. 20-3460

| S | Declaration of Elijah Jenkins | |
|---|---|---|
| | A | Plaintiff's May 1, 2020 Administrative Claim |
| | B | May 26, 2020 Letter to Plaintiff Denying his May 1, 2020 Administrative Claim |
| T | Declaration of Ethan L. Don with attachments | |
| U | Memorandum of Law in Support of Defendant Broadcasting Board of Governors' Motion to Dismiss (ECF 29) in *Page v. Oath*, 1:17-cv-6990-LGS (S.D.N.Y) | |
| V | Plaintiff's Memorandum of Law in Opposition to Defendant Broadcasting Board of Governors' Motion to Dismiss (ECF 38) in *Page v. Oath*, 1:17-cv-6990-LGS (S.D.N.Y) | |
| W | Plaintiff's Letter to FBI Director James Comey (9/25/2016) (ECF 1-5) in *Page v. Oath*, 1:17-cv-6990-LGS (S.D.N.Y) | |
| X | Plaintiff's Letter to the Court, "Verification of Abuse of Process for Defendant BBG and their Counsel, the U.S. Department of Justice ("DOJ")" (2/5/2018) (ECF 42) in *Page v. Oath*, 1:17-cv-6990-LGS (S.D.N.Y) | |
| Y | The District Court's Opinion and Order (3/20/2018) (ECF 48) in *Page v. Oath*, 1:17-cv-6990-LGS (S.D.N.Y) | |
| Z | Plaintiff's Letter to the Court Requesting to File an Amended Complaint (4/16/2018) (ECF 52) in *Page v. Oath*, 1:17-cv-6990-LGS (S.D.N.Y) | |
| AA | Order (06/11/2018) (ECF 59) in *Page v. Oath*, 1:17-cv-6990-LGS (S.D.N.Y) | |
| BB | *Page v. United States Agency for Global Media, Oath, Inc.* Summary Order, Case No. 18-2295-cv, 797 F. App'x 550 (2d Cir. 12/2/2019). | |
| CC | Stipulation of Dismissal (ECF 19) in *Page v. U.S. Dep't of Justice*, 1:19-cv-03149-KBJ (D.D.C) | |
| DD | Declaration of Jonathan M. Malis, with attachments | |
| EE | Plaintiff/Appellant Opening Brief in *Page v. Oath, Inc.* No. 18-2295 (Dkt. No. 38) (2nd Cir.) (11/21/2018) | |
| FF | Transcript from Interview between Plaintiff and Chris Hayes of MSNBC's *ALL IN*, dated October 30, 2017 | |
| GG | John Solomon, Leaking lovers and an FBI smear job of Carter Page? *The Hill* (Sept. 10, 2018). | |
| HH | Plaintiff's Tweet (Sept. 20, 2018) | |
| II | Plaintiff's Tweet (Oct. 20, 2018) | |