# Exhibit W

**1:20-cv-003460-KBJ**

EXHIBIT 6



**НОВОСТИ**

25
Сентябрь
2016

# В США проверяют советника Трампа относительно связей с Россией

Правоохранительные органы США проверяют, не давал ли бизнесмен Картер Пейдж, близкий Дональду Трампу, конфиденциальных обещаний российским деятелям, находящимся в санкционных списках, что санкции будут с них сняты, если кандидат от Республиканской партии победит на президентских выборах.

О поездках Картера Пейджа, консультанта Трампа по внешнеполитическим вопросам, в Москву и беседах с российскими представителями сообщают, среди прочих, новостной портал Yahoo, телекомпания ABC, журнал Foreign Policy.

Избирательный штаб Трампа открещивается от Пейджа, заявляя, что он не играет и не играл никакой роли в предвыборной кампании. В марте, однако, кандидат республиканцев в интервью Washington Post назвал Пейджа, инвестора, утверждающего, что имеет давние связи с энергическим сектором России, одним из своих пяти ближайших помощников.

Избирательный штаб республиканца также отрицает близость Трампа к двум сомнительной репутации бизнесменам из бывшего СССР, президенту Российско-американской торговой палаты Сергею Миллиану и главе нью-йоркской риелторской фирмы Bayrock Group LLC Феликсу Сатеру.

Демократы – члены Конгресса США обеспокоены признаками вмешательства России в президентскую кампанию на стороне Трампа.

Руководитель штаба Трампа Пол Манафорт покинул в прошлом месяце свой пост по следам появившейся в СМИ информации, что он получил миллионы долларов от людей из окружения бывшего президента Украины Виктора Януковича.

## Уважаемые посетители форума РС, пожалуйста, используйте свой аккаунт в

**Facebook для участия в дискуссии. Комментарии премодерируются, их появление на сайте может занять некоторое время.**

Радио Свобода © 2017 RFE/RL, Inc. | Все права защищены.

EXHIBIT 7



10 Вересень 2017, Київ 20:30

**НОВИНИ |
МІЖНАРОДНІ**

24
Вересень
2016, 11:29

# Спецслужби США з'ясовують контакти радника Трампа з Кремлем – Yahoo News

Американські спецслужби з'ясовують, чи мав бізнесмен Картер Пейдж, радник республіканського кандидата на посаду президента США Дональда Трампа, приватні контакти з російськими високопосадовцями на тему ймовірного зняття санкцій проти Росії. Журналіст-розслідувач Майкл Ісікофф із видання Yahoo News написав про це 23 вересня, посилаючись на кілька джерел, «поінформованих із цього питання».

За даними, які наводить Yahoo News, американські чиновники отримали повідомлення розвідки, що в липні у

Москві Пейдж зустрівся з Ігорем Сєчіним, головою державної компанії «Роснєфть» і одним із соратників президента Росії Володимира Путіна. Сєчін є серед численних російських чиновників і бізнесменів, яких стосуються санкції, запроваджені Вашингтоном і Євросоюзом через анексію Криму та роль Москви в збройному конфлікті на Донбасі.

Також, як ідеться у матеріалі, співробітники розвідки США отримали повідомлення, що Пейдж зустрівся з Ігорем Дівейкіним, «правою рукою» В'ячеслава Володіна, який дотепер працював першим заступником голови адміністрації Путіна і є головним архітектором політичного ландшафту в Росії під час третього терміну російського лідера.

Цього тижня Путін запропонував обрати Володіна на посаду голови нижньої палати парламенту – Державної думи. З огляду на те, що владна партія «Єдина Росія» здобула за підсумками голосування 18 вересня конституційну більшість, ця пропозиція, найімовірніше, буде схвалена.

Трамп призначив Пейджа радником з питань зовнішньої політики в березні 2016 року року. Пейдж, колишній інвестиційний банкір, працював у Москві в американському інвестиційному банку Merryll Lynch, де консультував найбільші

російські енергетичні компанії, які зараз
знаходяться під американськими
санкціями.

## FACEBOOK КОМЕНТАРІ

EXHIBIT 8



**POLITICS** 09/25/2016 12:01 pm ET | Updated Dec 19, 2016

# Trump Campaign: That Adviser Reportedly Talking With Russian Officials Isn't An Adviser Anymore

Note to Russia.

 By Matt Fuller

↓ [See Screen shot, next page]





WASHINGTON — Carter Page, who reportedly has had discussions with senior Russian officials about lifting economic sanctions, is no longer an adviser to Republican presidential nominee Donald Trump, campaign manager Kellyanne Conway said Sunday.

Members of Congress have been briefed on Page discussing sanctions relief with Russia, Yahoo News reported Friday. But Conway said she has not spoken to Page about these talks because he's not part of the campaign anymore.

"Meaning he's not part of our national security or foreign policy briefings that we do now at all, certainly not since I have become campaign manager," Conway said.

**TRENDING**

 Miss Texas Tears Into Trump In A Blistering 15-Second Takedown On Live TV

 Miss North Dakota Cara Mund Is Crowned State's First-Ever Miss America

 Neil deGrasse Tyson Destroys Climate Change Deniers' Favorite Argument In 1 Tweet

 A History Of Donald Trump's Tasteless Comments About 9/11

 The Most Revealing Red-Carpet



http://www.huffingtonpost.com/entry/trump-campaign-russia-carter-page_us_57e7eb59e4b0e80b1ba299b9

POLITICS 09/25/2016 12:01 a.m. ET | Updated Dec 12, 2016

# Trump Campaign: That Adviser Reportedly Talking With Russian Officials Isn't An Adviser Anymore

Note to Russia.

 By Matt Fuller



45 DAYS UNTIL THE ELECTION

REPORT: U.S. OFFICIALS INVESTIGATING TRUMP ADVISER OVER TIES TO RUSSIA

GLOBAL CITIZEN STARTS IN 3:32:45

LIVE

MSNBC 20 YEARS

WASHINGTON — Carter Page, who reportedly has had discussions with senior Russian officials about lifting economic sanctions, is no longer an adviser to Republican presidential nominee Donald Trump, campaign manager Kellyanne Conway said Sunday.

Members of Congress have been briefed on Page discussing sanctions relief with Russia, Yahoo News reported Friday. But Conway said she has not spoken to Page



REST IN PEACE WITH A $350,000 LIFE INSURANCE POLICY FOR $21/MONTH

Your family needs protection. If something were to happen to you, they could not pay the bills, cover the daily expenses, or enjoy the lifestyle they do now. For as low as $21 a month you could protect them with a $350,000 policy. If you haven't looked into getting life insurance recently, you may be surprised at how affordable it is.

Tap Your Age

| TAP YOUR AGE | TAP YOUR AGE | TAP YOUR AGE |
|---|---|---|
| 18-25 | 26-35 | 36-45 |
| 46-55 | 56-65 | Over 65 |

Calculate New Payment

Trump Campaign: That Adviser Reportedly Talking With Russian Officials Isn't An Adviser Anymore | HuffPost

9/11/17, 12:55 F




**Photos Ever**
Sponsored by TV Guide


**Trump Supporters' Attempt At Stephen King Boycott Backfires Spectacularly**

It's unclear when Page stopped advising the Trump campaign, but Trump called him an adviser during a March interview with The Washington Post. Hope Hicks, a spokeswoman for the GOP nominee, said last month that Page was an "informal foreign adviser" who "does not speak for Mr. Trump or the campaign," Yahoo noted in its report.

If Page is in talks with Russian officials, "he's certainly not doing it with the permission or knowledge of the campaign," Conway said Sunday. She clarified that he is "certainly not authorized" to be talking to Russia on behalf of the Trump campaign.

*Editor's note: Donald Trump regularly incites political violence and is a serial liar, rampant xenophobe, racist, misogynist and birther who has repeatedly pledged to ban all Muslims — 1.6 billion members of an entire religion — from entering the U.S.*

*Do you have information you want to share with HuffPost? Here's how.*

— SPONSORED BY HEALTH CENTRAL —



**10 Very Simple Steps to a Better Relationship**



**HUFFPOST**
**How will Trump's administration impact you?**
Subscribe to the Politics email

address@email.com

SUBSCRIBE




Matt Fuller
Congressional Reporter, HuffPost

Suggest a correction

MORE:

( Donald Trump ) ( Elections 2016 ) ( Russia ) ( Carter Page )

**You May Like**

Sponsored Links by Taboola

**Bob Barker's Net Worth Has Left Fans Questioning Everything**

Trump Campaign: That Adviser Reportedly Talking With Russian Officials Isn't An Adviser Anymore | HuffPost

9/11/17, 12:55 P

### Tiger Woods' Private Jet Is Far From You'd Expect

### What Tiger Woods' Ex -Wife Looks Like Now Left Us With No Words

### Angelina Jolie's New Go-To Travel Shoe Is Surprisingly Affordable

### More Mar-a-Lago customers dump Trump

### The Most Hilarious Photos Captured At The Airport

## Around The Web

Powered By ZergNet



The One Thing William and Kate Ban from Their Home



Pizza Delivery Cracks Case of Missing 4-Year-Old Girl



American Financier Arrested in London Jogger Attack

## MOST SHARED



There Were A Lot Of Vulvas Showing At Namilia's New York Fashion Week Show



J.K. Rowling And Patton Oswalt Hit Back At Kickboxer's Depression Claim



Steve Bannon Says Trump Firing Comey May Be Biggest Mistake In Modern Politics



Pay Off Your House At A Furious Pace If You Have Not Missed A Payment In 6 Months

Sponsored by Lowermybills



John Oliver Figures Out Trump's Problem: He's 'Out Of His F**king Mind'

## WHAT'S HOT







http://www.huffingtonpost.com/entry/trump-campaign-russia-carter-page_us_57e7eb59e4b0e80b1ba299b9

Trump Campaign: That Adviser Reportedly Talking With Russian Officials Isn't An Adviser Anymore | HuffPost

9/11/17, 12:55 PM



**Trump Voter Fraud Panel Agenda Paints Picture Of Election System Rife With Fraud**



**Here's How to Save Money by Switching to Daily Contact Lenses**
Sponsored by Insider Envy



**Twitter Roasts Los Angeles Rams' Awful Attendance In NFL Opener**



**Alexis Bledel Has An Emmy Now**



**Report: 8 Shot Dead At Dallas Cowboys Watch Party In Plano, Texas**



**Emma Thompson Still Regrets Turning Down That Date With Donald Trump**

**10 Best Practices for Men's Sexual Health**
Sponsored by HealthCentral



**Beached Manatees Rescued From Low Tide In Wake Of Hurricane Irma**

**HUFFPOST**

ABOUT US
ADVERTISE
About Our Ads
Contact Us

RSS
FAQ
Careers
Archive

User Agreement
Privacy Policy
Comment Policy

© HuffPost
An Oath brand

©2017 Oath Inc. All rights reserved. Part of HuffPost • HPMG News

EXHIBIT 9

# GLOBAL ENERGY CAPITAL LLC

The Honorable James Comey                                          September 25, 2016
Director of the Federal Bureau of Investigation
935 Pennsylvania Avenue, NW
Washington, DC 20535

Dear Director Comey:

I am writing to request the FBI's prompt end of the reported inquiry regarding my personal trip to Russia in July 2016 – an investigation which has been widely mentioned in the media. In this regard, I wanted to provide you with a few basic facts that should help underscore what a complete waste of time this witch-hunt directed at me is.

As you may be aware, the source of these accusations is nothing more than completely false media reports. Yet for the record, I have not met this year with any sanctioned official in Russia despite the fact that there are no restrictions on U.S. persons speaking with such individuals.

I understand that my stake in PJSC Gazprom has also been brought to your attention. For your information, last month I sold my American Depository Receipts and at this time maintain no holding in the company within any of my investment entities or personal accounts. My prior stake in Gazprom which I divested last month represented a de minimis equity investment that I sold at a loss. It is hard to imagine why this information might have been deemed relevant, but I wanted to mention it since you were asked to look into this matter.

In bothering the Bureau with such repeated appeals, the parties who have requested my investigation clearly fail to appreciate the risks they create for America with these shenanigans. Instead of allowing the staff of the FBI to focus the nation's limited resources on real threats, these desperate and unfounded calls for my investigation as a private citizen to advance political interests based on nothing more than preposterous mainstream media reports is a true disgrace.

Having interacted with members of the U.S. intelligence community including the FBI and CIA for many decades, I appreciate the limitations on your staff's time and assets. Although I have not been contacted by any member of your team in recent months, I would eagerly await their call to discuss any final questions they might possibly have in the interest of helping them put these outrageous allegations to rest while allowing each of us to shift our attention to relevant matters. Thank you in advance for your consideration.

Sincerely,

Carter Page

EXHIBIT 10

**From:** Hillary for America Press <press@hillaryclinton.com>
**Date:** October 19, 2016 at 9:37:46 PM EDT
**To:** Press User <press@hillaryclinton.com>
**Subject: 15 Facts About Donald Trump's Deeply Unsetting Russia Problem And WikiLeaks**



# 15 Facts About Donald Trump's Deeply Unsetting Russia Problem And WikiLeaks

The recent *unprecedented* <u>announcement</u> by the U.S. government - specifically <u>17</u> intelligence agencies and organizations - removed any reasonable doubt that "Russia's senior-most officials" are behind the cyberattacks on the DNC and other Democratic organizations to influence the outcome of the election. The Kremlin has clearly weaponized WikiLeaks to meddle in our election and benefit Donald Trump's candidacy.

Here is what's startling: Donald Trump has adopted a wish list of pro-Putin policies, pursued hundreds of millions of dollars in deals with Russian business interests, and encouraged more Russian espionage. A (now former) Trump foreign policy adviser has been probed for meeting in Moscow with the Kremlin official running intelligence operations against our election – and his campaign misled the public about it. **Donald Trump needs to fully disclose his disturbing connections to Russia because this is a serious threat to the very integrity of our democracy.**

**Here are 15 facts you should know about Donald Trump, WikiLeaks and Russia:**

**1) The U.S. intelligence community, made up of <u>17</u> agencies and organizations, has <u>concluded</u> that top Kremlin officials are behind the hack of the DNC and other Democratic organizations to influence the elections – and named WikiLeaks as part of their effort.**

<u>Washington Post:</u> "Intelligence officials have identified WikiLeaks and other sites as among those receiving or publishing information from Russian intelligence, a claim that Assange has dismissed in the past.

**2) According to the <u>Wall Street Journal</u>, "FBI Suspects Russia in Hack of John Podesta Emails"**- top Russian officials meanwhile shifted away from denying a role in separate hacking of the Democratic National Committee.

**3) Long time Trump campaign associate Roger Stone <u>says</u> he is in contact with Julian Assange.** Stone unwittingly admitted the Russians are the source for WikiLeaks when he said, "The DNC heist documents...were hacked and first made public by Guccifer 2.0, almost a month ago, and when that did not get the appropriate traction, he took them to WikiLeaks who then leaked them." **Stone also seemed to <u>predict</u> Podesta's emails would be released as far back as August, suggesting possible collusion.**

4) According to <u>reports,</u> "several current and former officials who have worked in the Justice Department, **FBI and intelligence community said they have little doubt federal law enforcement is looking into the different questions surrounding the different current and one-time Trump campaign operatives."**

**5) Julian Assange's own ties to the Kremlin are extensive and well-documented:**

Assange <u>hosted a talk show</u> on Putin's propaganda network, RT.
• Forbes: <u>The Breathtaking Hypocrisy of Julian Assange, Kremlin Pawn</u>
A recent <u>New York Times examination</u> of Assange's time in exile found that WikiLeaks' activities have consistently benefitted Putin's Russia at the expense of America and our allies.

National security experts have criticized Assange and WikiLeaks for doing Putin's bidding by releasing documents obtained by Russian hackers:
• <u>Defense One:</u> **How Putin Weaponized Wikileaks to Influence the Election of an American President:**"Considerable evidence shows that the Wikileaks dump was an orchestrated act by the Russian government, working through proxies, to undermine Hillary Clinton's Presidential campaign."
<u>Former NSA analyst and counterintelligence officer, John Schindler:</u>
"Russian hackers working for the Kremlin cyber-pilfered the DNC then passed the purloined data, including thousands of unflattering emails, to Wikileaks, which has shown them to the world. This, of course, means that Wikileaks is

doing Moscow's bidding and has placed itself in bed with Vladimir Putin." <u>National Security expert Michael Weiss:</u> "In a bizarre mind-meld that could only happen today, the WikiLeaks founder is refusing to say whether he got the hacked DNC emails from Russia, and Trump is defending Putin."

**6) Trump was <u>reportedly</u> briefed by U.S. intelligence officials before the last debate that Russian intelligence services were behind the hacks.** Despite that information, Trump stood on the debate stage and claimed to 80 million Americans that it could be anyone including someone "sitting in their bed who weighs 400 pounds." Why?

<u>NBC News:</u> "A senior U.S. intelligence official assured NBC News that cybersecurity and the Russian government's attempts to interfere in the 2016 election have been briefed to, and discussed extensively with, both parties' candidates, surrogates and leadership, since mid-August. 'To profess not to know at this point is willful misrepresentation,' said the official. 'The intelligence community has walked a very thin line in not taking sides, but both candidates have all the information they need to be crystal clear.'" <u>WaPo:</u> Headline: **"Trump refusal to accept government assessments on Russian hacks dismays former officials"**

- "The former officials, who have served presidents in both parties, say they were bewildered when Trump cast doubt on Russia's role after receiving a classified briefing on the subject and again after an unusually blunt statement from U.S. agencies saying they were "confident" that Moscow had orchestrated the attacks."

**7) Donald Trump himself <u>encouraged</u> Russian hackers to spy MORE on Hillary Clinton:** "Russia, if you're listening, I hope you're able to find the 30,000 emails that are missing," Trump said. "I think you'll be rewarded mightily by our press!"

**8) Trump's business interests in Russia run deep...and present HUGE conflicts of interest.** Because Donald Trump won't release his taxes, the full extent of his Russian business interests that could conflict with American national security interests is largely unknown. But just some of the recent headlines have revealed <u>hundreds of millions</u> of dollars related to Russian business interests; connections to business groups with ties to the Kremlin like <u>Bayrock;</u> business dealings with alleged Russian mobster <u>Felix Sater</u> and a <u>30-year history</u> of pursuing business with Russia including the Miss Universe pageant. Trump's son has said that "Russians make up a pretty disproportionate

cross-section" of the Trump Organization's assets and that "we see a lot of money pouring in from Russia."

**9) Trump's policies are concerning experts because they align closely with Putin's agenda, contrary to American interests.**

<u>Op-ed by Former U.S. Ambassador to Russia, Michael McFaul:</u> "Putin has rational motives for wanting Trump to win: Trump champions many foreign policies that Putin supports. Trump's most shocking, pro-Kremlin proposal is to "look into" recognition of Crimea as a part of Russia.... Trump has demanded that other NATO members essentially pay us for protection... Trump has also disparaged our allies in Asia, creating new opportunities for Russian influence.... On the whole, Trump advocates isolationist policies and an abdication of U.S. leadership in the world. He cares little about promoting democracy and human rights. A U.S. retreat from global affairs fits precisely with Putin's international interests." **<u>Vox:</u> Trump's policies are objectively pro-Russia.** "Nothing Russia could do, on its own, would help its foreign policy more than what Trump is proposing. He is literally suggesting the United States transform global politics to make it more favorable to Russian interests." **<u>Slate:</u> Putin's Puppet:** *If the Russian president could design a candidate to undermine American interests—and advance his own—he'd look a lot like Donald Trump.* "Donald Trump is like the Kremlin's favored candidates, only more so. He celebrated the United Kingdom's exit from the EU. He denounces NATO with feeling. He is also a great admirer of Vladimir Putin." **<u>Politifact:</u>** "Trumps [sic] comments on backing away from NATO, supporting Russia on the Ukraine and rethinking sanctions against Russia certainly qualify as statements that dovetail with what the Putin administration would like."

**10) Former Acting CIA Director Michael Morrell has <u>concluded,</u> "In the intelligence business, we would say that Mr. Putin had recruited Mr. Trump as an unwitting agent of the Russian Federation."**

**11) The Trump campaign's ties to Russia are deeply disturbing.**
<u>One-time Foreign Policy Adviser Carter Page</u> is being <u>probed by U.S. intelligence agencies</u> for meeting with sanctioned Kremlin officials including Igor Diveykin. "A former Russian security official, Diveykin now serves as deputy chief for internal policy and is believed by U.S. officials to have responsibility for intelligence collected by Russian agencies about the U.S. election, the Western intelligence source said."
• The Trump campaign <u>lied</u> about Page having "never been a part of our campaign. Period" to cover up his involvement. In fact, Trump announced

Page himself to Washington Post editorial board back in March 2016 as one of his foreign policy advisers, which was confirmed by Trump spokeswoman Hope Hicks to CNN.

**Campaign Chair Paul Manafort was forced to resign after the New York Times revealed,** "Handwritten ledgers show $12.7 million in undisclosed cash payments designated for Mr. Manafort from Mr. Yanukovych's pro-Russian political party from 2007 to 2012...Investigators assert that the disbursements were part of an illegal off-the-books system whose recipients also included election officials." **Lt. Gen. Michael Flynn, the adviser who joined Trump for his classified intelligence briefing, has been paid by Kremlin-run RT and sat two seats down from Putin at the outlet's 10th anniversary gala.** "The presence of such an important figure at Putin's table startled current and former members of the Obama administration. 'It was extremely odd that he showed up in a tuxedo to the Russian government propaganda arm's party,' one former Pentagon official told me. Like Trump, Flynn has advocated forging closer ties with Russia." **Mike McSherry, an aide who helped lead Trump's convention strategy, worked alongside Manafort and Gates to lobby for Putin puppet Yanukovych. Howard Lorber, a Trump economic adviser, traveled with Trump to Moscow in the 1990s seeking real estate deals.** Lorber was just the the "latest in a long list of relationships that give Trump a financial stake in warm U.S.-Russian relations." **Boris Epshteyn, a senior Trump adviser and surrogate, moderated a 2013 forum at the "Invest In Moscow!" Conference and has echoed Kremlin talking points on TV.** As a surrogate for Donald Trump's campaign he argued that Russia has not seized Crimea from Ukraine, even though Vladimir Putin seized the region more than two years ago. While discussing the GOP nominee's recent remarks about Putin on CNN Sunday, campaign surrogate Boris Epshteyn said, "First of all, Russia did not seize Crimea." **Richard Burt, who has been an adviser to Trump and helped write his first major foreign policy speech, has deep ties to Russia as well.** Burt sits on the board of directors for the US-Russia Business Council, formerly sat on the senior advisory board of Russia's Alfa Bank, and has argued against U.S. sanctions on Russia. **Michael Caputo, a former top Trump adviser who also recently resigned, had a contract with Russian conglomerate Gazprom Media in 2000 to improve Putin's image in the United States.**
**12) Trump allies, WikiLeaks and Russia pushed a nonsensical conspiracy theory about the DNC hacks.** "Trump campaign surrogates are fueling a conspiracy theory that a murdered Democratic National Committee staffer was connected to the hacking of the DNC, a theory being pushed by WikiLeaks and the Russian state-controlled press. **Some experts have gone**

as far as to say that Putin is explicitly using Trump to further his agenda."

**13) Even top Republicans have raised serious concerns about Trump's relationship with Putin's Russia. 50 G.O.P officials <u>warned</u> that Donald Trump would put the nation's security at risk:** "They viewed Mr. Trump's comments on NATO as an abandonment of America's most significant alliance relationship. Mr. Trump has said throughout his campaign that he intends to upend Republican foreign policy orthodoxy on everything from trade to Russia, where he has been complimentary of President Vladimir V. Putin, saying nothing about its crackdown on human rights and little about its annexation of Crimea."

**14) Top Democrats on four House committees that oversee national security last week <u>called on the FBI to investigate</u> Donald Trump's purported ties to the Russian government and its alleged hacking of Democratic groups and operatives.**

**15) Trump has praised Putin for a decade, and Putin has returned the favor.**

<u>Trump, 2007:</u> "[Putin's] doing a great job. In rebuilding the image of Russia and also rebuilding Russia period. Forget about image."
<u>Trump, 2011:</u> "I often speak highly [of Putin] for his intelligence and no-nonsense way.... Putin has also announced his grand vision: the creation of a 'Eurasian Union' made up of former Soviet nations that can dominate the region. I respect Putin..."
<u>Trump, 2013,</u> **on Putin's NYT <u>op-ed</u> denouncing American exceptionalism:** "I thought he did an amazing job.... He's making him look like a -- he's the professor and the President is a school child... He really becomes with this letter, almost, the world leader"
<u>Trump, 2013:</u> "Do you think Putin will be going to The Miss Universe Pageant in November in Moscow - if so, will he become my new best friend?"
<u>Washington Post</u> **on Trump's 2013 Miss Universe Contest in Moscow:** "Putin canceled at the last minute, but he sent a decorative lacquered box, a traditional Russian gift, and a warm note"
<u>Trump, 2014:</u> "Putin has become a big hero in Russia with an all time high

popularity."

**Trump, 2015:** "In terms of leadership, [Putin's] getting an 'A,' and our president is not doing so well."  **Putin, 2015 on Trump:** "He's a really brilliant and talented person, without any doubt."

**Trump, 2016:** "[Putin] called me a genius, I'm going to disavow it? Are you crazy? Can you believe it? How stupid are they."

**AP, 2016:** Russia's Putin Reaffirms Praise for Trump, Calling Him 'Bright'
   ###

For Immediate Release, October 19, 2016
Contact: press@hillaryclinton.com

PAID FOR BY HILLARY FOR AMERICA
Contributions or gifts to Hillary for America are not tax deductible.
Hillary for America, PO Box 5256, New York, NY 10185

--

You received this message because you are subscribed to the Google Groups "National Press 2016" group.
To unsubscribe from this group and stop receiving emails from it, send an email to nationalpress2016+unsubscribe@hillaryclinton.com.