# Exhibit CC

**1:20-cv-003460-KBJ**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER PAGE,<br><br>    *Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>    *Defendant.* | Case No. 1:19-CV-03149-KBJ |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Carter Page and Defendant the United States Department of Justice, hereby jointly stipulate to the dismissal of this action without prejudice, with each side bearing its own fees and costs.

Dated: September 11, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

MARCIA BERMAN
Assistant Director, Federal Programs Branch

*/s/Amy E. Powell*
AMY E. POWELL
Senior Trial Counsel, Federal Programs Branch
Civil Division, Department of Justice
c/o U.S. Attorney's Office
150 Fayetteville St., Suite 2100
Raleigh, NC 27601
Phone: 919-856-4013
Email: amy.powell@usdoj.gov

*Counsel for Defendant*

*/s/ Carter Page*
CARTER PAGE, PH.D.
c/o Global Natural Gas Ventures LLC
101 Park Ave., Suite 1300
Oklahoma City, OK 73102
Phone: (405) 825-0712
Email: cpage@globalenergycap.com

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2020, the foregoing notice was electronically filed and served on all counsel of record through the Court's CM/ECF system, in accordance with the Court's electronic case filing policies and procedures.

*/s/ Carter Page*
Carter Page
