# Exhibit DD

**1:20-cv-003460-KBJ**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ | ) |
| CARTER PAGE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 1:20-cv-3460-KBJ |
| | ) |
| JAMES COMEY, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| _____ | ) |

**<u>Declaration of Jonathan M. Malis</u>**

I, Jonathan M. Malis, do hereby declare:

1. I am the General Counsel for the Office of the Inspector General (OIG), United States Department of Justice (Department or DOJ), and a member of the Senior Executive Service.  I have worked at the Department since 1998, for twenty years as an Assistant United States Attorney and since October 1, 2018, as the OIG's General Counsel.  I obtained my B.A. from Yale University in 1991 and my J.D. from Harvard Law School in 1995.

2. Among my responsibilities as General Counsel for the OIG, I serve as the principal legal advisor to the Inspector General, provide authoritative legal guidance critical to the OIG's mission, and oversee the OIG's privacy program.  Due to the nature of my duties, I am familiar with the OIG's processes and procedures for preparing and issuing reports arising from OIG audits, inspections, investigations, and reviews.  I am also familiar with the OIG's obligations under the Privacy Act.  The statements herein are based on my personal knowledge and other information I have acquired while performing my official duties.

3. On December 9, 2019, the OIG issued a report entitled "Review of Four FISA Applications and Other Aspects of the FBI's Crossfire Hurricane Investigation," https://www.oversight.gov/sites/default/files/oig-reports/o20012.pdf (accessed May 17, 2021) (the Report).  Because the subject matter of this review necessitated an examination of highly classified information, the Report was drafted on a classified system, underwent final classification review just prior to its issuance, and was released publicly with some redactions.

Communications with Carter Page

4.  Beginning in or around September 2019, I became aware of a request from Carter Page to review a draft of the Report, prior to its public release, pursuant to the access provisions of the Privacy Act, 5 U.S.C. § 552a(d).  I reviewed emails that Mr. Page sent to the Inspector General and other senior DOJ officials, in which he made that request. Attached as Exhibits A, B, and C are a few of these emails; I was made aware of these communications around the time they were received.  I also became aware of a *pro se* lawsuit filed by Mr. Page against DOJ on October 21, 2019, asserting various causes of action under the Privacy Act, 5 U.S.C. § 552a, and the Freedom of Information Act, 5 U.S.C. § 552.

5.  I concluded that Mr. Page had no right to access the draft Report, prior to its public release, pursuant to the Privacy Act.  On November 12, 2019, in response to Mr. Page's request to review a draft of the Report, I sent Mr. Page a letter, attached as Exhibit D, informing him that the OIG had not contacted him for an interview because his actions were not the subject of the OIG's review.  I further advised Mr. Page that the OIG would notify him of the Report's anticipated release date shortly before the Report would be made public.  I also advised Mr. Page that I would not specifically address his request to review a draft of the Report pursuant to the Privacy Act, due to the pendency of his October 21, 2019 lawsuit.

6.  On November 14, 2019, I had a conference call with Mr. Page and his then counsel, at counsel's request, during which I reiterated the points in my November 12, 2019 letter.

7.  On November 21, 2019, I notified Mr. Page and his then counsel that the OIG expected to release the Report on December 9, 2019.

8.  Since the public issuance of the Report on December 9, 2019, Mr. Page has not contacted the OIG to identify any inaccuracies in the Report, to request any corrections be made to the Report, or to otherwise make a Privacy Act request for access or amendment with respect to the final Report.

Facts Relevant to the Privacy Act Determination

9.  It is my understanding that a system of records exists only if the information contained within the body of material is both "retrievable by personal identifier" and "actually retrieved by personal identifier."  Applying that definition, neither the draft nor the final Report are in a system of records.  Draft versions of the Report are saved by working title of the Report in the OIG's classified electronic records.  The OIG's Oversight and Review Division (O&R), which conducted the review that led to the issuance of the Report, generally does not index its investigative records relating to reviews or retrieve them by use of a personal identifier.  Rather, O&R would access such records by reference to the title of the report or OIG investigation file number.

10.  The final Report is accessible on the public OIG website and filed in O&R's electronic files.  As accessible on the website or in O&R's files, the Report is indexed by the title

2

and number of the Report, not Mr. Page's personal identifier.  While one could conceivably run a text search for Mr. Page's name, that is not how the agency accesses or retrieves the Report.

11.  Moreover, it is my understanding that the Attorney General (AG) has exempted the OIG's investigative records from the access and amendment provisions of the Privacy Act.  *See* 28 C.F.R. § 16.75 (citing 5 U.S.C. § 552a(j)(2), (k)(1), and (k)(2)).  This regulation provides that "[t]hese exemptions apply only to the extent that information in this system is subject to exemption pursuant to 5 U.S.C. 552a (j)(2), (k)(1) and (k)(2)" and further states that "[w]here compliance would not appear to interfere with or adversely affect the law enforcement process, and/or where it may be appropriate to permit individuals to contest the accuracy of the information collected, e.g., public source materials, the applicable exemption may be waived, either partially or totally" by OIG.  *See* 28 C.F.R. § 16.75.

12.  The information in the draft Report, if it were contained in a system of records, would be subject to this exemption.  In its entirety, a draft report would be "investigatory material compiled for law enforcement purposes" under Section 552a(k)(2).  The AG exempted such information to protect investigative and classified information and because amendment would "impose an impossible administrative burden by requiring investigations to be continuously reinvestigated."  Here, the draft Report, if it were in a system of records at all, would be subject to this exemption, and the exemption would not be waived.  I base that conclusion on a variety of factors:

- At the time of Mr. Page's access request, the draft Report was still classified.  It only underwent final classification review just prior to its issuance and public release.  To my knowledge, Mr. Page did not hold a national security clearance in the Fall of 2019 and, even if he did, there was no "need-to-know" determination entitling him to access any classified information that was contained in the draft Report.

- At the time of Mr. Page's access request, the draft Report was still undergoing review and revision.  The deliberative, non-final draft Report reflects the then – ongoing deliberations and investigative activity related to the final Report.

- In addition to the OIG's internal deliberations over the content of the draft Report, and consistent with the OIG's standard practice in such reviews, the OIG provided portions of the draft Report to individuals who were interviewed and whose conduct was addressed in the draft Report, along with certain other witnesses, for review and comment.  *See* Report at 14, n. 23.  Mr. Page was not such a witness because his conduct was not at issue in the Report.

- A waiver for the non-public draft Report would be particularly inappropriate now because a public version of the final Report is available, providing a final, accurate, fully reviewed and publicly accessible version of the Report.

Dated: May 17, 2021

JONATHAN
MALIS

Digitally signed by
JONATHAN MALIS
Date: 2021.05.17
13:14:12 -04'00'

Jonathan M. Malis
General Counsel
Office of the Inspector General
United States Department of Justice

Malis Decl. Exhibit A

| From: | Horowitz, Michael E.(OIG) |
|---|---|
| To: | Hulko, Jonathan M. (OIG); Blier, William M.(OIG); O Neill, Michael S. (OIG) |
| Subject: | FW: Expedited Processing Requested on FOIA Track No. FY17-245 and EOUSA-2017-001754 |
| Date: | Friday  October 11  2019 12:04:49 AM |

FYI

**From:** Carter Page ▬▬▬▬▬▬▬▬▬
**Sent:** Thursday  October 10  2019 10 54 PM
**To:** Privacy (SMO) <Ex_PrivacySOBO@jmd.usdoj.gov>
**Cc:** Horowitz  Michael E.(OIG) <mhorowitz@OIG.USDOJ.GOV>; Horowitz  Michael E <mhorowitz@OIG.USDOJ.GOV>; Durham  John (USACT) <JDurham@usa.doj.gov>; Durham  John (USACT) <JDurham@usa.doj.gov>
**Subject:** Re  Expedited Processing Requested on FOIA Tracking No. FY17-245 and EOUSA-2017-001754

OPLC team:

In response to your request, I believe that I have already provided DOJ with extensive evidence of these earlier Privacy Act violations  These extend all the way back to the time of my original requests which I had addressed to the FOIA/PA Mail Referral Unit in May 2017  But to this day, these have still never been properly fulfilled   More recently, the summaries that I have included in the email chain below provide a brief overview sample of a few of these specific areas of concern   Succinctly speaking, the premature leaking of my illegitimate FISA affidavits to the *New York Times* on July 21, 2018 before I ever even received a copy myself days later is a prominent case in point of these Privacy Act violations

With regards to the most urgent actionable request at this current late point in the process, the OPCL website states: "Within ten working days of receiving your request for amendment or correction of records, the component that received your request should send you a written acknowledgment of its receipt of your request, notifying you whether your request is granted or denied  " To the contrary, it took one full month before I received any response to my emails from your office  Finally, today   In this context and contrary to the suggestions previously made to me by OIP, I am particularly concerned that a senior member of one of the Congressional Committees which oversees the Justice Department has recently reported that the Inspector General's FISA abuse report is now expected to be released imminently even though appropriate reviews for accuracy and comment purposes have not been completed yet:

https://www.realclearpolitics.com/video/2019/10/06/ratcliffe_doj_inspector_generals_report_on_fisa_abuse_during_2016_election_will_be_released_friday.html

More specifically, this is most concerning since I have still not had any opportunity to verify these systems of records pertaining to me for accuracy purposes  This runs contrary to both: (A) the legal tenets enumerated in the previously cited 5 U S C  § 552a(d)(2) subsection that allows for amendment of government records pertaining to an individual as I had requested long ago, and (B) Inspector General Horowitz's September 13 letter to Senate Judiciary Chairman Lindsey Graham and other Congressional leaders that indicated his assurance that "appropriate reviews occur for accuracy and comment purposes" would occur prior to release of the forthcoming FISA abuse report   By all indications and in accordance with the Privacy Act statute, no other such possible review by anyone else seems as critically important as the one that I am awaiting to eventually conduct

As the most urgent matter related to your request this afternoon, please let me know as soon as possible the appropriate methods for completing this review of the FISA abuse Inspector General report draft  In prior years amidst this ongoing saga, contacts within OIP had previously suggested that I file a civil action in a U S  District Court as a potential remedy to this continued impasse   I hope we can avoid this less efficient process, but I would be willing to proceed down such a cumbersome litigation path if there is no other way to finally ensure Privacy Act compliance at this juncture

Kind regards,
Carter Page

**From:** "Privacy (SMO)" <Privacy@usdoj.gov>
**Date:** Thursday  October 10  2019 at 1 47 PM
**To:** ▬▬▬▬▬▬▬▬▬▬▬
**Subject:** RE  Expedited Processing Requested on FOIA Tracking No. FY17-245 and EOUSA-2017-001754

Mr. Page

The Office of Privacy and Civil Liberties of the Department of Justice oversees compliance with privacy-related federal laws  regulations  and policies within the Department. If you are claiming that a component of the Justice Department violated the Privacy Act  please provide concise details.

Thank you

Office of Privacy and Civil Liberties
United States Department of Justice

**From:** Carter Page ▬▬▬▬▬▬▬▬▬
**Sent:** Tuesday  September 10  2019 6 24 PM
**To:** Peter Winn <Peter.Winn@usdoj.gov>; Privacy (SMO) <Ex_PrivacySOBO@jmd.usdoj.gov>
**Cc:** Horowitz  Michael E.(OIG) <mhorowitz@OIG.USDOJ.GOV>; Durham  John (USACT) <JDurham@usa.doj.gov>; Liu  Jessie (USACT) <Liu@usa.doj.gov>; Smith  James M. (OIP) <jmsmith@jmd.usdoj.gov>; Hurd  Matthew (OIP) <mhurd@jmd.usdoj.gov>; Pustay  Melanie A (OIP) <mpustay@jmd.usdoj.gov>; USDOJ-Office of Legal Counsel (SMO) <Ex_OLC@jmd.usdoj.gov>; FOIArequests  CRT (CRT) <CRT.FOIArequests@crt.usdoj.gov>; Mallory Arnetta (NSD) <amallory@jmd.usdoj.gov>; ogis@nara.gov; Zachary ("Zach") Somers <zach_somers@judiciary-rep.senate.gov>; Davis  Kolan (Judiciary-Rep) <Kolan_Davis@judiciary-rep.senate.gov>; peter_carey@judiciary-rep.senate.gov; erin_creegan@judiciary-rep.senate.gov; aaron_cummings@judiciary-rep.senate.gov; ryan_dattilo@judiciary-rep.senate.gov; richard_dizinno@judiciary-rep.senate.gov; josh_flynn-brown@judiciary-rep.senate.gov; steve_kenny@judiciary-rep.senate.gov; barbara_ledeen@judiciary-rep.senate.gov; kyle_mccollum@judiciary-rep.senate.gov; lauren_mehler@judiciary-rep.senate.gov; katherine_nikas@judiciary-rep.senate.gov; jessica_vu@judiciary-rep.senate.gov; theo_wold@judiciary-rep.senate.gov; lee_holmes@judiciary-rep.senate.gov; Cecilia Bessee <Cecilia.Bessee@ic.fbi.gov>; Bessee  Cecilia O. (OGC) (FBI) <COBessee@fbi.gov>
**Subject:** Re  Expedited Processing Requested on FOIA Tracking No. FY17-245 and EOUSA-2017-001754

Dear Mr  Winn and Ms  Harman-Stokes:

Based on my discussions with the DOJ's Office of Information Policy today, I have been referred to your Office of Privacy and Civil Liberties as the more appropriate point of contact for the resolution of the historic abuses which relate to the continued Privacy Act of 1974 violations by the Department  Please see my two recent emails below and the associated attachments

By way of introduction and along the lines of the inequities briefly outlined in my prior correspondence, the latest criminal leaks on p. A1 of today's *New York Times* have further exposed the continued pattern of the dual justice system at DOJ and other elements of the U S  Intelligence Community, relating to unresolved crimes surrounding the FISA abuse against the Trump movement including myself   As further described in the associated description and references sent to OIP below, this is the same newspaper which illegally received my redacted FISA warrants prior to me in violation of the Privacy Act statute   In this latest instance, another Government informant has been revealed as not only receiving special treatment but also allegedly getting a luxurious taxpayer-funded mansion to boot:

https://www.rferl.org/a/virginia-residents-question-whether-their-neighbor-was-a-russian-informant/30157496.html

    Per my correspondence with OIP below and as the most specific pressing issue that should be addressed immediately, I have been trying to ensure DOJ's necessary change to future compliance with 5 U S C  § 552a(d)(2) which permits individuals "to request amendment of a record pertaining to him"  I have been requesting and waiting for that to happen for years

already   By comparison and within hours of today's headline story first breaking, Secretary of State Pompeo very promptly made clear that today's aforementioned new reports were "materially inaccurate" at this afternoon's White House press briefing   Given my long history as another U S  Intelligence Community source whose life was unnecessarily put in danger, I have been waiting for over three years for the U S  Government to resolve these inaccuracies which have thus far led to countless terror threats in the process   As of yet, the only people who have taken any visible steps to resolve this unchecked criminal activity has been seen in the initial investigations by senior Congressional leaders including Senate Judiciary Chairman Lindsey Graham

As noted in today's lead story in the *New York Times*, "officials worried about safety made the arduous decision in late 2016 to offer to extract the source"   This is the polar opposite of the continued non-action by the FBI, DOJ and other agencies of the U S  Intelligence Community in the face of many death threats I have faced from Oklahoma and elsewhere, stemming from the DNC-FBI-DOJ's well-funded disinformation campaign which began in 2016   For example, please see one of my letters to FBI Director Wray this year - Exhibit 1 in this court filing:  https://assets documentcloud org/documents/5720862/Notice-other pdf

Please let me know as soon as possible when you are available to urgently discuss this matter   I look forward to hearing your suggestions for the immediate resolution of this historic mess and returning to some semblance of legality with respect to the Privacy Act of 1974

Kind regards,
Carter Page, Ph D

**From:** Carter Page - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Date:** Monday September 9  2019 at 6 34 AM
**To:** "Pustay  Melanie A (OIP)" <Melanie.A.Pustay@usdoj.gov>
**Cc:** "Michael E  Horowitz" <Michael.e horowitz@usdoj.gov>, "John H  Durham" <john.durham@usdoj.gov>, Jessie Liu <jessie.liu@usdoj.gov>, "Kochurka  Kimberley (OIP)" <kimberley.Kochurka@usdoj.gov>,  "Smith  James M. (OIP)" <James.M.Smith@usdoj.gov>,  USDOJ-Office of Legal Counsel <USDOJ-OfficeofLegalCounsel@usdoj.gov>, CRT FOIArequests (CRT)" <CRT.FOIArequests@usdoj.gov>, "FOIArequests, CRT (CRT)" <Arnetta.Mallory@usdoj.gov>, <ogis@nara.gov>, <privacy@usdoj.gov>, "Zachary ('Zach") Somers" <zach_somers@judiciary.senate.gov>, "Davis  Kolan (Judiciary-Rep)" <kolan_Davis@judiciary-rep.senate.gov>, <peter_carey@judiciary-rep.senate.gov>, <erin_creegan@judiciary-rep.senate.gov>, <aaron_cummings@judiciary-rep.senate.gov>, <ryan_dattilo@judiciary-rep.senate.gov>, <richard_dizinno@judiciary-rep.senate.gov>, <josh_flynn-brown@judiciary-rep.senate.gov>, <steve_kenny@judiciary-rep.senate.gov>, <barbara_ledeen@judiciary-rep.senate.gov>, <marc_marie@judiciary-rep.senate.gov>, <kyle_mccollum@judiciary-rep.senate.gov>, <lauren_mehler@judiciary-rep.senate.gov>, <katherine_nikas@judiciary-rep.senate.gov>, <brian_simonsen@judiciary.senate.gov>, <jessica_vu@judiciary-rep.senate.gov>, <katharine_willey@judiciary-rep.senate.gov>, <theo_wold@judiciary-rep.senate.gov>
**Subject:** Re  Expedited Processing Requested on FOIA Tracking No. FY17-245 and EOUSA-2017-001754

Dear Ms  Pustay:

I wanted to check with you on the status of my pending Privacy Act request, below   Given the time-sensitive nature of this matter and the widely expected public release of the summaries by the Inspector General relating to the illegal systems of record pertaining to me, please let me know at your earliest convenience the preferred timeline for resolving these open issues and ensuring DOJ's return to Privacy Act compliance with regard to the IG's forthcoming FISA abuse report

As a further related reference in addition to the documents I have re-sent you last week, attached to this email is the other initial Privacy Act request which I had also simultaneously delivered to the appropriate office at DOJ in May 2017 during the Rosenstein-Sessions era   Consistent with DOJ's aforementioned Privacy Act noncompliance in the premature disclosure of my personal records to *New York Times* in July 2018, please note that the Mueller report sections about me similarly misrepresented my prior support of the FBI as a government informant [in particular, see the highly inaccurate portrayal of the FBI as falsely described in Volume 1, pp  96-97 regarding Russian diplomats including Victor Podobnyy, et al]   It is worth noting that the majority of Mr  Mueller's partisan DOJ team members who aggressively interrogated me for his misinformation campaign were also financial contributors to the Democrat-initiated FISA abuse enterprise which helped fund the "opposition research" operation that may form part of the subject matter of the forthcoming IG report

Please note that the current edition of DOJ's standards regarding Privacy Act subsections (d)(2) amendment compliance focuses on the following precedent:

  Clarkson v  IRS, 678 F 2d 1368, 1376-77 (11th Cir  1982) (maintaining that although subsections (e)(1) and (e)(5) apply only to records contained in a system of records, "find[ing] it both necessary and appropriate to construe the plain meaning of the language of subsections (d)(2) and (d)(3) to authorize the amendment or expungement of all records which are maintained in violation of subsection (e)(7)")
  https://www.justice gov/opcl/definitions#access

As you are undoubtedly aware regarding this necessary and appropriate compliance, subsection (e)(7) clearly guarantees that the government shall:

  maintain no record describing how any individual exercises rights guaranteed by the First Amendment unless expressly authorized by statute or by the individual about whom the record is maintained or unless pertinent to and within the scope of an authorized law enforcement activity;

Whereas you probably have less familiarity with the relevant FISA statutes, please note that the text of this subsection (e)(7) runs parallel to another closely related authority which the DNC-FBI-DOJ's FISA abuse enterprise also flagrantly violated in 2016-2017 – specifically, 50 U S  Code  § 1805(a)(2)(A): "no United States person may be considered a foreign power or an agent of a foreign power solely upon the basis of activities protected by the first amendment to the Constitution of the United States"

For your reference and along these same lines, please see my attached 2nd Circuit brief which addresses these related First Amendment considerations – in particular, § 9 beginning on p 44 (ECF p  51-54), entitled: **"U.S. Constitution Guarantees Equal Justice Under Law for Private Citizens as Well as   Large Federal Departments"**   As indicated herein and with respect to the U S  Government-funded defamatory propaganda attacks that supported Yahoo's infamous false report which directly supported the government's FISA abuse as confirmed in the shocking Grassley-Graham memo, this dual justice system has thus far continued and I hope we can now change that longstanding pattern by ensuring DOJ's compliance in the upcoming planned disclosures

Thanks again for your consideration  I look forward to resolving this with you and your colleagues in the coming days

Best regards,
Carter Page

**From:** Carter Page - ▮▮▮▮▮▮▮▮▮▮▮▮
**Date:** Tuesday, September 3, 2019 at 1:00 PM
**To:** "Pustay, Melanie A (OIP)" <Melanie.A.Pustay@usdoj.gov>
**Cc:** "Michael E  Horowitz" <Michael.e horowitz@usdoj.gov>, "John H  Durham" <john.durham@usdoj.gov>, Jessie Liu <jessie.liu@usdoj.gov>, "Kochurka, Kimberley (OIP)" <Kimberley.Kochurka@usdoj.gov>, "Smith, James M  (OIP)" <James.M.Smith@usdoj.gov>, USDOJ-Office of Legal Counsel <USDOJ-OfficeofLegalCounsel@usdoj.gov>, "FOIArequests, CRT (CRT)" <CRT.FOIArequests@usdoj.gov>, "Mallory, Arnetta (NSD)" <Arnetta.Mallory@usdoj.gov>, <ogis@nara.gov>, "Davis, Kolan (Judiciary-Rep)" <Kolan_Davis@judiciary-rep.senate.gov>, <peter_carey@judiciary-rep.senate.gov>, <erin_creegan@judiciary-rep.senate.gov>, <aaron_cummings@judiciary-rep.senate.gov>, <ryan_dattilo@judiciary-rep.senate.gov>, <richard_dizinno@judiciary-rep.senate.gov>, <josh_flynn-brown@judiciary-rep.senate.gov>, <steve_kenny@judiciary-rep.senate.gov>, <barbara_ledeen@judiciary-rep.senate.gov>, <marc_marie@judiciary-rep.senate.gov>, <kyle_mccollum@judiciary-rep.senate.gov>, <lauren_mehler@judiciary-rep.senate.gov>, <katherine_nikas@judiciary-rep.senate.gov>, <brian_simonsen@judiciary.senate.gov>, <jessica_vu@judiciary-rep.senate.gov>, <katharine_willey@judiciary-rep.senate.gov>, <theo_wold@judiciary-rep.senate.gov>
**Subject:** FW: Expedited Processing Requested on FOIA Tracking No  FY17-245 and EOUSA-2017-001754

Dear Ms  Pustay:

I am following up on my prior correspondence with you and your OIP colleagues from July 2017 (please see below/attached)   On a news show yesterday and directly related to our prior exchanges from years ago, U S  Senate Judiciary Chairman Graham noted: **"Lindsey Graham presses DOJ to declassify Carter Page FISA process":** https://www.washingtonexaminer com/news/lindsey-graham-presses-doj-to-declassify-carter-page-fisa-process

As you are undoubtedly aware, 5 U S C  § 552a(d)(2) requires that DOJ "permit the individual to request amendment of a record pertaining to him" prior to public disclosure  Throughout the time since my first related initial letter that I sent to DOJ over 27 months ago (also attached), I have still not had any of my Privacy Act-related requests fulfilled by the Justice Department in accordance with the law

I am entirely open to declassification of this fraudulent Russian disinformation found in my illegal FISA warrants which was originally funneled to the Justice Department by DNC consultants including Nellie Ohr and Christopher Steele  Like Chairman Graham, I am also eager to see this completed as soon as possible  But it seems to me that now might be a good time for DOJ to start following the law as part of that process (Privacy Act of 1974, et al)

On or before Saturday, July 21, 2018 and in direct violation of the Privacy Act, the FBI and/or DOJ illegally released my partially-redacted and highly misleading FISA affidavits to the *New York Times* [https://www.nytimes.com/2018/07/21/us/politics/carter-page-fisa.html]   In our two-tiered justice system, both this newspaper and Mr Comey have clearly been given unconscionable special treatment   Not only was I never previously afforded my legal right to amend my own record record pertaining to me beforehand which I had requested on many earlier occasions for over a year [5 U S C  § 552a(d)(2)], I did not receive these documents until after the *New York Times* at the start of the next week on Monday, July 23, 2018

To put these continued illegal abuses in a statutory context, as per 5 U S C  § 552a(i)(1):

> "Any officer or employee of an agency, who by virtue of his employment or official position, has possession of, or access to, agency records which contain individually identifiable information the disclosure of which is prohibited by this section or by rules or regulations established thereunder, and who knowing that disclosure of the specific material is so prohibited, willfully discloses the material in any manner to any person or agency not entitled to receive it, shall be guilty of a misdemeanor and fined not more than $5,000."

In accordance these aforementioned statutory citations as well as other related laws, rules and regulations, the U S  Government was not entitled to bestow higher priority for receipt of my personal information to the *New York Times* and other favored media outlets, particularly since I was never granted any chance to amend it in accordance with 5 U S C  § 552a(d)(2)   As I have alluded to previously, this statutory clause (*Id.*) explicitly guarantees that agencies shall: "permit the individual to request amendment of a record pertaining to him"   Although many proven liars have allegedly been talking about and contributing as witnesses to the forthcoming IG report which relates to their prior corrupt FISA warrants against President Trump and me, I have never been permitted any such opportunity to review the false information pertaining to me which they have provided to DOJ   In the case of the *New York Times'* illegally-revealed FISA warrants from July 21, 2018, the selective redactions also allowed for outrageous disclosures that untrustworthy people like McCabe and Comey had forever branded me as an "Agent of Russia" or an "agent of a foreign power" while leaving completely blacked-out all of their nonsensical specific bases upon which these false allegations were made on behalf of the DNC and their political beneficiaries in the first place

I can appreciate that these prior unfortunate crimes occurred during the Rosenstein-Sessions era at DOJ when FISA-related lawlessness ran rampant within the Department   The prior correspondence that I sent to you and Rod Rosenstein on July 23, 2017 (*infra*) came less than one month after that former Deputy Attorney General filed his fraudulent FISA affidavit against me on or about June 29, 2017   However, I know that Attorney General Barr, Inspector General Horowitz and the U S  Attorneys for Connecticut and D C  have more recently begun work on restoring rule of law in this country   Specific to the Privacy Act of 1974 and consistent with that return to conscionable practices, last week's IG report specifically recognized the importance of actually following this important law:

> Comey's interest in communicating with his counsel must be balanced against **the government's legitimate interest in protecting its information and preventing disclosure of certain types of information, such as national security or Privacy Act-protected information** [*Martin* v  *Lauer*, 686 F 2d 24, 34 (D C  Cir  1982) ]

> [Emphasis added ]

In that 1982 *Martin* case cited by the IG last week (*supra*), the D C  Circuit found in favor of the Plaintiffs   In a subsequent appearance by those parties before the court, Judge Edwards of the D C  Circuit again ordered further proceedings by remanding the case to the district court and also noted:

> "the defendants finally asked some particular questions of the plaintiffs and it became even clearer that the Privacy Act was a bogus issue   At oral argument before us during this appeal, the defendants conceded that they could have made these inquiries early in the trial proceedings   Instead of doing so, they raised the Privacy Act defense (without any legitimate basis for concern), argued its relevance, and forced the plaintiffs to spend time responding to it
> On these facts, we can discern no reason for denying the plaintiffs compensation for time spent on this issue   "
> [*Martin* v  *Lauer*, 740 F 2d 36 (D C  Cir  1984) ]

In stark contrast, what I previously sent to you, Mr  Rosenstein and your colleagues at DOJ with my early Privacy Act submissions of May 2017 and related appeal of July 2017 (attached), made it explicitly clear how this was not a "bogus issue" in my case while illustrating the significant "legitimate basis for concern"   Early in our proceedings, see in particular ¶ 1  from my July 2017 Expedited Processing letter related to the "imminent threat to the life or physical safety" which directly stemmed from the DNC-FBI-DOJ inspired terror threats from Oklahoma (18 U S C  § 2331) and elsewhere which I have survived – a causal result of the specific false allegations from the Dodgy Dossier repeatedly used by these co-conspirators   As a direct cause of these imminent threats to life, the continued disinformation from the Democrats and the dishonest mainstream media stemming from false or incomplete reports helps to underscore the importance of a return to the rule of law in DOJ's future compliance with 5 U S C  § 552a(d)(2)

Thanks in advance for your kind consideration of this urgent matter, and I look forward to hearing from you soon

Best regards,
Carter Page

---

**From:** Carter Page
**Date:** Sunday  July 23  2017 at 11 21 PM
**To:** "Davis  Kolan (Judiciary-Rep)" <Kolan_Davis@judiciary-rep.senate.gov> "Ansell  Fred (Judiciary-Rep)" <Fred_Ansell@judiciary-rep.senate.gov> "Kelly  Tim (Judiciary-Rep)" <Tim_Kelly@judiciary-rep.senate.gov> "Levine  Beth (Judiciary-Rep)" <Beth_Levine@judiciary-rep.senate.gov>
**Subject:** FW  Expedited Processing Requested on FOIA Tracking No  FY17-245 and EOUSA-2017-001754

Dear  staff members of the Senate Judiciary Committee

FYI attached – correspondence to DoJ tonight requesting expedited disclosure of many of the same documents which Senator Grassley and Senator Graham have been requesting   I believe some of the extensive facts presented in my letter help to further underscore the critical importance of immediately resolving the severe injustices and civil rights abuses carried out by the Obama Administration during last year's election   Thanks again for your Committee's leadership in this essential quest.

Best regards

Carter Page
Managing Partner
Global Energy Capital LLC
590 Madison Ave , 21st floor



---

**From:** Carter Page
**Date:** Sunday  July 23  2017 at 11 00 PM
**To:** "USDOJ-Office of Legal Counsel (SMO)" <USDOJ-OfficeofLegalCounsel@usdoj.gov>
**Cc:** Rod Rosenstein <rod.rosenstein@usdoj.gov> <melanie_a.pustay@usdoj.gov> "DoJ Civil Rights Division  Voting Section" <voting.section@usdoj.gov> <ogis@nara.gov> <alina.semo@usdoj.gov> <Sarah.Isgur.Flores@usdoj.gov>
**Subject:** Re  Expedited Processing Requested on FOIA Tracking No  FY17-245 and EOUSA-2017-001754

Dear Mr  Colborn and members of the U.S. Department of Justice's Office of Legal Counsel team

Please see attached my request and appeal for Expedited Processing on FOIA Tracking No  FY17-245 and EOUSA-2017-001754   I believe the extensive information provided herein should prove of great importance to the U.S. Department of Justice and the American public  and help facilitate the essential work you are now doing in response to these essential FOIA requirements.

Related to your suggestion that I might contact the Office of Government Information Services at the National Archives and Records Administration and the Director of the Office of Information at the U.S. Department of Justice for further assistance  I have copied both on this correspondence in the hope that they might be able to provide some additional support to this essential process of restoring justice in America. In addition  I have also included Deputy Attorney General Rod Rosenstein and the Voting Section of the U.S. Department of Justice Civil Rights Division  with whom I have been in touch previously regarding these severe efforts to rig the 2016 election and the associated civil rights abuses by the Clinton-Obama-Comey regime against me.  Given the impact of the intense interest in this highly misleading Russia stories on the Department of Justice thanks to the media  including throughout this weekend and the way the true story of what the Clinton-Obama-Comey regime did could help resolve this national confusion  I have included your Director of Public Affairs too.

I certify that to the best of my knowledge and belief all of the information in the attached letter is correct.

Thank you in advance for your consideration and continued help in this essential matter.  I look forward to seeing the results of the critically important work that you and your colleagues at the U.S. Department of Justice are doing in this regard.

Best regards

Carter Page
Managing Partner
Global Energy Capital LLC



---

**From:** "USDOJ-Office of Legal Counsel (SMO)" <USDOJ-OfficeofLegalCounsel@usdoj.gov>
**Date:** Friday  July 21  2017 at 5 25 PM
**To:** Carter Page
**Cc:** "USDOJ-Office of Legal Counsel (SMO)" <USDOJ-OfficeofLegalCounsel@usdoj.gov>
**Subject:** RE  Ack for FOIA Request  OLC FY17-245

Mr. Page
Melissa is out of the office today  but please see the attached response to your inquiries.

---
Jared Kaprove
FOIA and Records Management Attorney
Office of Legal Counsel
U.S. Department of Justice

---

**From:** Carter Page
**Sent:** Thursday  July 20  2017 20 16
**To:** USDOJ-Office of Legal Counsel (SMO) <Ex_OLC@jmd.usdoj.gov>
**Subject:** Re  Ack for FOIA Request  OLC FY17-245

Melissa

Can we please have a conversation about this tomorrow?  I can appreciate that your office has been inundated with various requests on a diverse range of random issues.

However  since the focus of my request has been at the center of one of the biggest controversies rocking our country right now based on severe lies of critical historic relevance  it seems to me that this should somehow be elevated in terms of priority.  Please let me know the best number to reach you on and when might be a convenient time to talk.

Thanks
Carter

Sent from my iPhone

On Jul 20  2017  at 4 36 PM  USDOJ-Office of Legal Counsel (SMO) <USDOJ-OfficeofLegalCounsel@usdoj.gov> wrote

Dear Mr. Page

Attached  please find the acknowledgement letter for your FOIA request that has been assigned tracking number OLC FY17-245.

Sincerely,
Melissa Golden, Esq.
Lead Paralegal and FOIA Specialist
Office of Legal Counsel
Department of Justice
**Please note my new last name (formerly Kassier)**

<Ack 17-245.pdf>

Malis Decl. Exhibit B

| | |
|---|---|
| **From:** | Horowitz, Michael E (OIG) |
| **To:** | O'Neil, Michael S. (OIG); Blier, William M.(OIG); Malis, Jonathan M. (OIG) |
| **Subject:** | FW: FISA abuse IG report - appropriate 5 U.S.C. § 552a(d)(2) reviews for accuracy and comment purposes |
| **Date:** | Sunday, September 15, 2019 2:41:12 PM |
| **Attachments:** | 2019.09.13.02 - IG letter to Congress.png |
| | 2019.09.13.01 - IG letter to Congress.png |

FYI

**From:** Carter Page██████████████████████
**Sent:** Friday, September 13, 2019 6:20 PM
**To:** Winn, Peter A  (OPCL) <pawinn@jmd usdoj gov>; Privacy (SMO) <Ex_PrivacySOBO@jmd usdoj gov>
**Cc:** Horowitz, Michael E (OIG) <mhorowitz@OIG USDOJ GOV>; Smith, James M  (OIP) <jmsmith@jmd usdoj gov>; Hurd, Matthew (OIP) <mhurd@jmd usdoj gov>; Pustay, Melanie A (OIP) <mpustay@jmd usdoj gov>; USDOJ-Office of Legal Counsel (SMO) <Ex_OLC@jmd usdoj gov>; FOIArequests, CRT (CRT) <CRT FOIArequests@crt usdoj gov>; Mallory, Arnetta (NSD) <amallory@jmd usdoj gov>; ogis@nara gov; Zachary ("Zach") Somers <zach_somers@judiciary-rep senate gov>; Davis, Kolan (Judiciary-Rep) <Kolan_Davis@judiciary-rep senate gov>; peter_carey@judiciary-rep senate gov; erin_creegan@judiciary-rep senate gov; aaron_cummings@judiciary-rep senate gov; ryan_dattilo@judiciary-rep senate gov; richard_dizinno@judiciary-rep senate gov; josh_flynn-brown@judiciary-rep senate gov; steve_kenny@judiciary-rep senate gov; barbara_ledeen@judiciary-rep senate gov; kyle_mccollum@judiciary-rep senate gov; lauren_mehler@judiciary-rep senate gov; katherine_nikas@judiciary-rep senate gov; jessica_vu@judiciary-rep senate gov; theo_wold@judiciary-rep senate gov; lee_holmes@judiciary-rep senate gov
**Subject:** Re: FISA abuse IG report - appropriate 5 U S C  § 552a(d)(2) reviews for accuracy and comment purposes

Dear Mr  Winn and Ms  Harman-Stokes:

I am writing to follow up on my prior messages given the latest developments which have been reported this afternoon   As you may already be aware, Inspector General Horowitz has sent the letter below to Chairman Graham and other senior Congressional leaders earlier today   As noted herein, he has again underscored the essential need to ensure that the forthcoming FISA abuse report receives "appropriate reviews for accuracy and comment purposes"  In this regard and along the lines of my preceding correspondence, it seems like another step in the right direction towards finally returning DOJ to 5 U S C  § 552a(d)(2) compliance in this belated instance

I will be in meetings in Oklahoma City throughout much of the day on Monday, but please let me know when would be convenient time to discuss  Have a nice weekend and I look forward to speaking with you

Kind regards,
Carter Page, Ph D



**U.S. Department of Justice**

Office of the Inspector General

---

September 13, 2019

The Honorable Ron Johnson
Chairman
The Honorable Gary C. Peters
Ranking Member
Committee on Homeland Security
  and Governmental Affairs
United States Senate

The Honorable Lindsey Graham
Chairman
The Honorable Dianne Feinstein
Ranking Member
Committee on the Judiciary
United States Senate

The Honorable Elijah E. Cummings
Chairman
The Honorable Jim Jordan
Ranking Member
Committee on Oversight and Reform
U.S. House of Representatives

The Honorable Jerrold Nadler
Chairman
The Honorable Doug Collins
Ranking Member
Committee on the Judiciary
U.S. House of Representatives

Dear Messrs. Chairmen and Ranking Members:

I am writing in connection with the Department of Justice (DOJ) Office of the Inspector General's (OIG) ongoing *Examination of the Department's and the FBI's Compliance with Legal Requirements and Policies in Applications Filed with the U.S. Foreign Intelligence Surveillance Court Relating to a certain U.S. Person.* In my June 25, 2019 letter to you, I stated that I would update your Committees on our timing for completing and issuing a final report.

As I noted in my June correspondence to you, my direction to our team has been to follow the evidence wherever it leads and to complete the review as quickly as possible. Consistent with this guidance, the team has reviewed over one million records and conducted over 100 interviews, including several of witnesses who only recently agreed to be interviewed. We have now begun the process of finalizing our report by providing a draft of our factual findings to the Department and the FBI for classification determination and marking. This step is consistent with our process for reports such as this one that involve classified material. Once we receive the marked document back from the Department and the FBI, we will then proceed with our usual process for preparing final draft public and classified reports, and ensuring that appropriate reviews occur for accuracy and comment purposes.

We will provide you with a further update on our progress toward issuance of our final report when we are able to do so.

Thank you for your interest in and support for the OIG's work. If you have any questions, please feel free to contact me or Adam Miles, Counselor to the Inspector General, at (202) 514-3435.

Sincerely,

Michael E. Horowitz
Inspector General

2



**From:** Carter Page ████████████
**Date:** Tuesday, September 10, 2019 at 6:24 PM
**To:** Peter Winn <Peter.Winn@usdoj.gov>, <privacy@usdoj.gov>
**Cc:** "Michael E  Horowitz" <Michael.e.horowitz@usdoj.gov>, "John H  Durham" <john.durham@usdoj.gov>, Jessie Liu <jessie.liu@usdoj.gov>, "Smith, James M  (OIP)" <James.M.Smith@usdoj.gov>, Matthew Hurd <matthew.hurd@usdoj.gov>, "Pustay, Melanie A (OIP)" <Melanie.A.Pustay@usdoj.gov>, USDOJ-Office of Legal Counsel <USDOJ-OfficeofLegalCounsel@usdoj.gov>, "FOIArequests, CRT (CRT)" <CRT.FOIArequests@usdoj.gov>, "Mallory, Arnetta (NSD)" <Arnetta.Mallory@usdoj.gov>, <ogis@nara.gov>, "Zachary (\"Zach\") Somers" <zach_somers@judiciary-rep.senate.gov>, "Davis, Kolan (Judiciary-Rep)" <Kolan_Davis@judiciary.senate.gov>, <peter_carey@judiciary-rep.senate.gov>, <erin_creegan@judiciary-rep.senate.gov>, <aaron_cummings@judiciary-rep.senate.gov>, <ryan_dattilo@judiciary-rep.senate.gov>, <richard_dizinno@judiciary-rep.senate.gov>, <josh_flynn-brown@judiciary-rep.senate.gov>, <Steve_kenny@judiciary-rep.senate.gov>, <barbara_ledeen@judiciary-rep.senate.gov>, <kyle_mccollum@judiciary-rep.senate.gov>, <lauren_mehler@judiciary-rep.senate.gov>, <katherine_nikas@judiciary-rep.senate.gov>, <jessica_vu@judiciary-rep.senate.gov>, <theo_wold@judiciary-rep.senate.gov>, <lee_holmes@judiciary-rep.senate.gov>, Cecilia Bessee <Cecilia.Bessee@ic.fbi.gov>, Cecilia Bessee <cobessee@fbi.gov>
**Subject:** Re: Expedited Processing Requested on FOIA Tracking No  FY17-245 and EOUSA-2017-001754

Dear Mr Winn and Ms Harman-Stokes:

Based on my discussions with the DOJ's Office of Information Policy today, I have been referred to your Office of Privacy and Civil Liberties as the more appropriate point of contact for the resolution of the historic abuses which relate to the continued Privacy Act of 1974 violations by the Department   Please see my two recent emails below and the associated attachments

By way of introduction and along the lines of the inequities briefly outlined in my prior correspondence, the latest criminal leaks on p. A1 of today's *New York Times* have further exposed the continued pattern of the dual justice system at DOJ and other elements of the U S  Intelligence Community, relating to unresolved crimes surrounding the FISA abuse against the Trump movement including myself  As further described in the associated description and references sent to OIP below, this is the same newspaper which illegally received my redacted FISA warrants prior to me in violation of the Privacy Act statue   In this latest instance, another Government informant has been revealed as not only receiving special treatment but also allegedly getting a luxurious taxpayer-funded mansion to boot:

https://www.rferl.org/a/virginia-residents-question-whether-their-neighbor-was-a-russian-informant/30157496.html

      Per my correspondence with OIP below and as the most specific pressing issue that should be addressed immediately, I have been trying to ensure DOJ's necessary change to future compliance with 5 U S C  § 552a(d)(2) which permits individuals "to request amendment of a record pertaining to him"  I have been requesting and waiting for that to happen for years already   By comparison and within hours of today's headline story first breaking, Secretary of State Pompeo very promptly made clear that today's aforementioned new reports were "materially inaccurate" at this afternoon's White House press briefing   Given my long history as another U S  Intelligence Community source whose life was unnecessarily put in danger, I have been waiting for over three years for the U S  Government to resolve these inaccuracies which have thus far led to countless terror threats in the process   As of yet, the only people who have taken any viable steps to resolve this unchecked criminal activity has been seen in the initial investigations by senior Congressional leaders including Senate Judiciary Chairman Lindsey Graham

As noted in today's lead story in the *New York Times*, "officials worried about safety made the arduous decision in late 2016 to offer to extract the source"   This is the polar opposite of the continued non-action by the FBI, DOJ and other elements of the U S  Intelligence Community in the face of many death threats I have faced from Oklahoma and elsewhere, stemming from the DNC-FBI-DOJ's well-funded disinformation campaign which began in 2016  For example, please see one of my letters to FBI Director Wray this year - Exhibit 1 in this court filing: https://assets.documentcloud.org/documents/5720862/Notice-other.pdf

Please let me know as soon as possible when you are available to urgently discuss this matter  I look forward to hearing your suggestions for the immediate resolution of this historic mess and returning to some semblance of legality with respect to the Privacy Act of 1974

Kind regards,
Carter Page, Ph D

**From:** Carter Page
**Date:** Monday, September 9, 2019 at 6:34 AM
**To:** "Pustay, Melanie A (OIP)" <Melanie.A.Pustay@usdoj.gov>
**Cc:** "Michael E  Horowitz" <Michael.e.horowitz@usdoj.gov>, "John H  Durham" <john.durham@usdoj.gov>, Jessie Liu <jessie.liu@usdoj.gov>, "Kochurka, Kimberley (OIP)" <Kimberley.Kochurka@usdoj.gov>, "Smith, James M  (OIP)" <James.M.Smith@usdoj.gov>, USDOJ-Office of Legal Counsel <USDOJ.OfficeofLegalCounsel@usdoj.gov>, "FOIArequests, CRT (CRT)" <CRT.FOIArequests@usdoj.gov>, "Mallory, Arnetta (NSD)" <Arnetta.Mallory@usdoj.gov>, <ogis@nara.gov>, <privacy@usdoj.gov>, "Zachary (\"Zach\") Somers" <zach_somers@judiciary-rep.senate.gov>, "Davis, Kolan (Judiciary-Rep)" <Kolan_Davis@judiciary-rep.senate.gov>, <peter_carey@judiciary-rep.senate.gov>, <aaron_cummings@judiciary-rep.senate.gov>, <ryan_dattilo@judiciary-rep.senate.gov>, <richard_dizinno@judiciary-rep.senate.gov>, <josh_flynn.brown@judiciary-rep.senate.gov>, <steve_kenny@judiciary-rep.senate.gov>, <barbara_ledeen@judiciary-rep.senate.gov>, <marc_marie@judiciary-rep.senate.gov>, <kyle_mccollum@judiciary-rep.senate.gov>, <lauren_mehler@judiciary-rep.senate.gov>, <katherine_nikas@judiciary-rep.senate.gov>, <brian_simonsen@judiciary-rep.senate.gov>, <jessica_wolf@judiciary-rep.senate.gov>, <katharine_willey@judiciary-rep.senate.gov>, <theo_wold@judiciary-rep.senate.gov>
**Subject:** Re: Expedited Processing Requested on FOIA Tracking No  FY17-245 and EOUSA-2017-001754

Dear Ms  Pustay:

I wanted to check with you on the status of my pending Privacy Act request, below  Given the time-sensitive nature of this matter and the widely expected public release of the summaries by the Inspector General relating to the illegal systems of record pertaining to me, please let me know at your earliest convenience the preferred timeline for resolving these open issues and ensuring DOJ's return to Privacy Act compliance with regard to the IG's forthcoming FISA abuse report

As a further related reference in addition to the documents I have re-sent you last week, attached to this email is the other initial Privacy Act request which I had also simultaneously delivered to the appropriate office at DOJ in May 2017 during the Rosenstein-Sessions era  Consistent with DOJ's aforementioned Privacy Act noncompliance in the premature disclosure of my personal records to *New York Times* in July 2018, please note that the similarly misrepresented my prior support of the FBI as a government informant [in particular, see the highly inaccurate portrayal of my support of the FBI as falsely described in Volume 1, pp  96-97 regarding Russian diplomats including Victor Podobnyy, et al]   It is worth noting that the majority of Mr  Mueller's partisan DOJ team members who aggressively interrogated me for his misinformation campaign were also financial contributors to the Democrat-initiated FISA abuse enterprise which helped fund the "opposition research" operation that may form part of the subject matter of the forthcoming IG report

Please note that the current edition of DOJ's standards regarding Privacy Act subsections (d)(2) amendment compliance focuses on the following precedent:

 Clarkson v  IRS, 678 F 2d 1368, 1376-77 (11th Cir  1982) (maintaining that although subsections (e)(1) and (e)(5) apply only to records contained in a system of records, "find[ing] it both necessary and appropriate to construe the plain meaning of the language of subsections (d)(2) and (d)(3) to authorize the amendment or expungement of all records which are maintained in violation of subsection (e)(7)")
https://www.justice.gov/opcl/definitions#access

As you are undoubtedly aware regarding this necessary and appropriate compliance, subsection (e)(7) clearly guarantees that the government shall:

   maintain no record describing how any individual exercises rights guaranteed by the First Amendment unless expressly authorized by statute or by the individual about whom the record is maintained or unless pertinent to and within the scope of an authorized law enforcement activity;

Whereas you probably have less familiarity with the relevant FISA statutes, please note that the text of this subsection (e)(7) runs parallel to another closely related authority which the DNC-FBI-DOJ's FISA abuse enterprise also flagrantly violated in 2016-2017 – specifically, 50 U S  Code § 1805(a)(2)(A): "no United States person may be considered a foreign power or an agent of a foreign power solely upon the basis of activities protected by the first amendment to the Constitution of the United States"

For your reference and along these same lines, please see my attached 2nd Circuit brief which addresses these related First Amendment considerations – in particular, § 79 beginning on p  44 (ECF p  51-54), entitled: **"U.S. Constitution Guarantees Equal Justice Under Law for Private Citizens as Well as… Large Federal Departments"**  As indicated herein and with respect to the U S  Government-funded defamatory propaganda attacks that supported Yahoo's infamous false report which directly supported the government's FISA abuse as confirmed in the shocking Grassley-Graham memo, this dual justice system has thus far continued and I hope we can now change that longstanding pattern by ensuring DOJ's compliance in the upcoming planned disclosures

Thanks again for your consideration  I look forward to resolving this with you and your colleagues in the coming days

Best regards,

Carter Page

**From:** Carter Page <████████████████>
**Date:** Tuesday, September 3, 2019 at 1:00 PM
**To:** "Pustay, Melanie A (OIP)" <Melanie.A.Pustay@usdoj.gov>
**Cc:** "Michael E  Horowitz" <Michael.e.horowitz@usdoj.gov>, "John H  Durham" <john.durham@usdoj.gov>, Jessie Liu <jessie.liu@usdoj.gov>, "Kochurka, Kimberley (OIP)" <Kimberley.Kochurka@usdoj.gov>, "Smith, James M  (OIP)" <James.M.Smith@usdoj.gov>, USDOJ-Office of Legal Counsel <USDOJ-OfficeofLegalCounsel@usdoj.gov>, "FOIArequests, CRT (CRT)" <CRT.FOIArequests@usdoj.gov>, "Mallory, Arnetta (NSD)" <Arnetta.Mallory@usdoj.gov>, <ogis@nara.gov>, "Davis, Kolan (Judiciary-Rep)" <Kolan_Davis@judiciary-rep.senate.gov>, <peter_carey@judiciary-rep.senate.gov>, <erin_creegan@judiciary-rep.senate.gov>, <aaron_cummings@judiciary-rep.senate.gov>, <ryan_dattilo@judiciary-rep.senate.gov>, <richard_dizinno@judiciary-rep.senate.gov>, <josh_flynn-brown@judiciary-rep.senate.gov>, <steve_kenny@judiciary-rep.senate.gov>, <barbara_ledeen@judiciary-rep.senate.gov>, <marc_marie@judiciary-rep.senate.gov>, <kyle_mccollum@judiciary-rep.senate.gov>, <lauren_mehler@judiciary-rep.senate.gov>, <katherine_nikas@judiciary-rep.senate.gov>, <brian_simonsen@judiciary-rep.senate.gov>, <jessica_vu@judiciary-rep.senate.gov>, <katharine_willey@judiciary-rep.senate.gov>, <theo_wold@judiciary-rep.senate.gov>
**Subject:** FW: Expedited Processing Requested on FOIA Tracking No  FY17-245 and EOUSA-2017-001754

Dear Ms  Pustay:

I am following up on my prior correspondence with you and your OIP colleagues from July 2017 (please see below/attached)  On a news show yesterday and directly related to our prior exchanges from years ago, U S  Senate Judiciary Chairman Graham noted: "**Lindsey Graham presses DOJ to declassify Carter Page FISA process**": https://www.washingtonexaminer.com/news/lindsey-graham-presses-doj-to-declassify-carter-page-fisa-process

As you are undoubtedly aware, 5 U S C  § 552a(d)(2) requires that DOJ "permit the individual to request amendment of a record pertaining to him" prior to public disclosure  Throughout the time since my first related initial letter that I sent to DOJ over 27 months ago (also attached), I have still not had any of my Privacy Act-related requests fulfilled by the Justice Department in accordance with the law

I am entirely open to declassification of this fraudulent Russian disinformation found in my illegal FISA warrants which was originally funneled to the Justice Department by DNC consultants including Nellie Ohr and Christopher Steele  Like Chairman Graham, I am also eager to see this completed as soon as possible  But it seems to me that now might be a good time for DOJ to start following the law as part of that process (Privacy Act of 1974, et al)

On or before Saturday, July 21, 2018 and in direct violation of the Privacy Act, the FBI and/or DOJ illegally released my partially-redacted and highly misleading FISA affidavits to the *New York Times*  [https://www.nytimes.com/2018/07/21/us/politics/carter-page-fisa.html]  In our two-tiered justice system, both this newspaper and Mr  Comey have clearly been given unconscionable special treatment  Not only was I never previously afforded my legal right to amend my own record record pertaining to me beforehand which I had requested on many earlier occasions for over a year [5 U S C  § 552a(d)(2)], I did not receive these documents until after the *New York Times* at the start of the next week on Monday, July 23, 2018

To put these continued illegal abuses in a statutory context, as per 5 U S C  § 552a(i)(1):

> "**Any officer or employee of an agency, who by virtue of his employment or official position, has possession of, or access to, agency records which contain individually identifiable information the disclosure of which is prohibited by this section or by rules or regulations established thereunder, and who knowing that disclosure of the specific material is so prohibited, willfully discloses the material in any manner to any person or agency not entitled to receive it, shall be guilty of a misdemeanor and fined not more than $5,000.**"

In accordance with these aforementioned statutory citations as well as other related laws, rules and regulations, DOJ has maintained an even higher priority for receipt of my personal information to the *New York Times* and other favored media outlets, particularly since I was never granted any chance to amend it in accordance with 5 U S C  § 552a(d)(2)  As I have alluded to previously, this statutory clause (*Id.*) explicitly guarantees that agencies shall: "permit the individual to request amendment of a record pertaining to him "  Although many proven liars have allegedly been talking about and contributing as witnesses to the forthcoming IG report which relates to their prior corrupt FISA warrants against President Trump and me, I have never been permitted any such opportunity to review the false information pertaining to me which they have provided to DOJ  In the case of the *New York Times'* illegally-revealed FISA warrants from July 21, 2018, the selective redactions also allowed for outrageous disclosures that untrustworthy people like McCabe and Comey had forever branded me as an "Agent of Russia" or an "agent of a foreign power" while leaving completely blacked-out all of their nonsensical specific bases upon which these false allegations were made on behalf of the DNC and their political beneficiaries in the first place

I can appreciate that these prior unfortunate crimes occurred during the Rosenstein-Sessions era at DOJ when FISA-related lawlessness ran rampant within the Department  The prior correspondence that I sent to you and Rod Rosenstein on July 23, 2017 (*infra*) came less than one month after that former Deputy Attorney General filed his fraudulent FISA affidavit against me on or about June 29, 2017  However, I know that Attorney General Barr, Inspector General Horowitz and the U S  Attorneys for Connecticut and D C  have more recently begun work on restoring rule of law in this country  Specific to the Privacy Act of 1974 and consistent with that return to conscionable practices, last week's IG report specifically recognized the importance of actually following this important law:

> Comey's interest in communicating with his counsel must be balanced against **the government's legitimate interest in protecting its information and preventing disclosure of certain types of information, such as national security or Privacy Act-protected information**  [*Martin* v  *Lauer*, 686 F 2d 24, 34 (D C  Cir 1982) ]
>
> [Emphasis added ]

In that 1982 *Martin* case cited by the IG last week (*supra*), the D C  Circuit found in favor of the Plaintiffs  In a subsequent appearance by those parties before the court, Judge Edwards of the D C  Circuit again ordered further proceedings by remanding the case to the district court and also noted:

> "the defendants finally asked some particular questions of the plaintiffs and it became even clearer that the Privacy Act was a bogus issue  At oral argument before us during this appeal, the defendants conceded that they could have made these inquiries early in the trial proceedings  Instead of doing so, they raised the Privacy Act defense (without any legitimate basis for concern), argued its relevance, and forced the plaintiffs to spend time responding to it
> On these facts, we can discern no reason for denying the plaintiffs compensation for time spent on this issue…"
> [*Martin* v  *Lauer*, 740 F 2d 36 (D C  Cir  1984) ]

In stark contrast, what I previously sent to you, Mr  Rosenstein and your colleagues at DOJ with my early Privacy Act submissions of May 2017 and related appeal of July 2017 (attached), made it explicitly clear how this was not a "bogus issue" in my case while illustrating the significant "legitimate basis for concern"   Early in our proceedings, see in particular ¶ 1 from my July 2017 Expedited Processing letter related to the "imminent threat to the life or physical safety" which directly stemmed from the DNC-FBI-DOJ inspired terror threats from Oklahoma (18 U S C  § 2331) and elsewhere which I have survived – a causal result of the specific false allegations from the Dodgy Dossier repeatedly used by these co-conspirators  As a direct cause of these imminent threats to life, the continued disinformation from the Democrats and the dishonest mainstream media stemming from false or incomplete reports helps to underscore the importance of a return to the rule of law in DOJ's future compliance with 5 U S C  § 552a(d)(2)

Thanks in advance for your kind consideration of this urgent matter, and I look forward to hearing from you soon

Best regards,
Carter Page

**From:** Carter Page <███████████>
**Date:** Sunday, July 23, 2017 at 11:21 PM
**To:** "Davis, Kolan (Judiciary-Rep)" <Kolan_Davis@judiciary-rep senate gov>, "Ansell, Fred (Judiciary-Rep)" <Fred_Ansell@judiciary-rep senate gov>, "Kelly, Tim (Judiciary-Rep)" <Tim_Kelly@judiciary-rep senate gov>, "Levine, Beth (Judiciary-Rep)" <Beth_Levine@judiciary-rep senate gov>
**Subject:** FW: Expedited Processing Requested on FOIA Tracking No FY17-245 and EOUSA-2017-001754

Dear  staff members of the Senate Judiciary Committee

FYI attached – correspondence to DoJ tonight requesting expedited disclosure of many of the same documents which Senator Grassley and Senator Graham have been requesting.  I believe some of the extensive facts presented in my letter help to further underscore the critical importance of immediately resolving the severe injustices and civil rights abuses carried out by the Obama Administration during last year s election.  Thanks again for your Committee s leadership in this essential quest.

Best regards

Carter Page
Managing Partner
Global Energy Capital LLC

███████████

**From:** Carter Page███████████
**Date:** Sunday, July 23, 2017 at 11:00 PM
**To:** "USDOJ-Office of Legal Counsel (SMO)" <USDOJ-OfficeofLegalCounsel@usdoj gov>
**Cc:** Rod Rosenstein <rod rosenstein@usdoj gov>, <melanie a pustay@usdoj gov>, "DoJ Civil Rights Division, Voting Section" <voting section@usdoj gov>, <ogis@nara gov>, <alina semo@nara gov>, <Sarah Isgur Flores@usdoj gov>
**Subject:** Re: Expedited Processing Requested on FOIA Tracking No FY17-245 and EOUSA-2017-001754

Dear Mr  Colborn and members of the U S  Department of Justice's Office of Legal Counsel team:

Please see attached my request and appeal for Expedited Processing on FOIA Tracking No  FY17-245 and EOUSA-2017-001754   I believe the extensive information provided herein should prove of great importance to the U S  Department of Justice and the American public, and help facilitate the essential work you are now doing in response to these essential FOIA requirements

Related to your suggestion that I might contact the Office of Government Information Services at the National Archives and Records Administration and the Director of the Office of Information at the U S Department of Justice for further assistance, I have copied both on this correspondence in the hope that they might be able to provide some additional support to this essential process of restoring justice in America   In addition, I have also included Deputy Attorney General Rod Rosenstein and the Voting Section of the U S  Department of Justice Civil Rights Division, with whom I have been in touch previously regarding these severe efforts to rig the 2016 election and the associated civil rights abuses by the Clinton-Obama-Comey regime against me   Given the impact of the intense interest in this highly misleading Russia stories on the Department of Justice thanks to the media including throughout this weekend and the way the true story of what the Clinton-Obama-Comey regime did could help resolve this national confusion, I have included your Director of Public Affairs too

I certify that to the best of my knowledge and belief all of the information in the attached letter is correct

Thank you in advance for your consideration and continued help in this essential matter   I look forward to seeing the results of the critically important work that you and your colleagues at the U S Department of Justice are doing in this regard

Best regards,

Carter Page
Managing Partner
Global Energy Capital LLC

███████████

**From:** "USDOJ-Office of Legal Counsel (SMO)" <USDOJ-OfficeofLegalCounsel@usdoj gov>
**Date:** Friday, July 21, 2017 at 5:25 PM
**To:** Carter Page███████████
**Cc:** "USDOJ-Office of Legal Counsel (SMO)" <USDOJ-OfficeofLegalCounsel@usdoj gov>
**Subject:** RE: Ack for FOIA Request, OLC FY17-245

Mr  Page:
Melissa is out of the office today, but please see the attached response to your inquiries

**Jared Kaprove**
FOIA and Records Management Attorney
Office of Legal Counsel
U S  Department of Justice

**From:** Carter Page███████████
**Sent:** Thursday, July 20, 2017 20:16
**To:** USDOJ-Office of Legal Counsel (SMO) <Ex_OLC@jmd usdoj gov>
**Subject:** Re: Ack for FOIA Request, OLC FY17-245

Melissa,

Can we please have a conversation about this tomorrow?  I can appreciate that your office has been inundated with various requests on a diverse range of random issues

However, since the focus of my request has been at the center of one of the biggest controversies rocking our country right now based on severe lies of critical historic relevance, it seems to me that this should somehow be elevated in terms of priority   Please let me know the best number to reach you on and when might be a convenient time to talk

Thanks
Carter

Sent from my iPhone

On Jul 20, 2017, at 4:36 PM, USDOJ-Office of Legal Counsel (SMO) <USDOJ-OfficeofLegalCounsel@usdoj.gov> wrote:

Dear Mr  Page:

Attached, please find the acknowledgement letter for your FOIA request that has been assigned tracking number OLC FY17-245

Sincerely,
Melissa Golden, Esq
Lead Paralegal and FOIA Specialist
Office of Legal Counsel
Department of Justice
**Please note my new last name (formerly Kassier)**

<Ack 17-245 pdf>

Malis Decl. Exhibit C

**From:** Horowitz, Michael E (OIG)
**To:** O Neil, Michael S. (OIG); Biller, William M.(OIG); Maist, Jonathan N. (OIG)
**Subject:** Fwd: Request for meeting in Washington - morning of Thursday  October 17
**Date:** Monday  October 14  2019 8:57:21 AM

FYI

Begin forwarded message

**From:** Carter Page
**Date:** October 14  2019 at 6:35:32 AM EDT
**To:** "Privacy (SMO)" <Privacy@usdoj.gov>
**Cc:** "Michael E. Horowitz" <Michael.e.horowitz@usdoj.gov>, "John H. Durham" <john.durham@usdoj.gov>, Peter Winn <Peter.A.Winn@usdoj.gov>
**Subject:** Request for meeting in Washington - morning of Thursday, October 17

OPCL team:

In the wake of DOJ's earlier Privacy Act offenses during the Rosenstein-Sessions years as well as your office's more recent continued delays in resolving my still-pending 5 U S C  § 552a(d)(2) review requests which have languished since May 2017 (*infra*), I had originally planned to imminently file a related complaint in a U S  District Court within the coming days in order to finally begin resolving this debacle  But this weekend, I had an enlightening conversation with a longtime colleague whose positive assessment of your office's leadership has made me reconsider a temporary delay in my filing

Professor Ruth Wedgwood is a preeminent human rights legal scholar  We worked together as Fellows at the Council on Foreign Relations during the 1990s, during her tenure on the faculty of Yale Law School  In contrast to my horrendous past experiences with the politically-motivated disinformation abuses by other senior DOJ officials including Rod Rosenstein, Sally Yates and Dana Boente who had overseen the Department's egregious privacy abuses of my system of records that they themselves had helped to illegally acquire, Professor Wedgwood assured me that OPCL Director Peter Winn is actually a person of integrity and a distinguished legal practitioner  As I mentioned to her in my factual and legal update regarding DOJ's prior mistakes, I believe you can find that Professor Wedgwood was yet another one of the many innocent Americans whose phone calls were illegally wiretapped and whose emails were incidentally hacked in 2017 – details of which may be found within the illicit system of records collected against me in the wake of the fraudulent FISC warrant renewal affidavits repeatedly signed throughout the first half of that year

Would Mr  Winn and/or other members of your OPCL team be available to meet in Washington this Thursday morning, October 17, to discuss a pathway towards completing these requisite 5 U S C  § 552a(d)(2) reviews?  To the extent that we are unable to resolve this matter by then, that would still afford me sufficient time to head down the street to the Prettyman Courthouse to file my complaint before the Clerk's Office closes later on Thursday afternoon (coincidentally, site of DOJ's fraudulent FISC filings which created this historic privacy debacle in the first place)  Thursday's timing for the requested meeting is meant to resolve this matter prior to any unauthorized release of the draft FISA abuse reports before the "appropriate reviews occur for accuracy and comment purposes" which Inspector General Horowitz had written to Congress about  It was again reported on a Sunday morning news show that the timing for the IG report is still allegedly expected for this Friday  Meanwhile yesterday and reflective of the appalling propaganda fiasco that the underlying pattern of crimes has spawned, the very same newspaper that profited from DOJ's illegal violations of the Privacy Act on July 21, 2018 ran yet another glowing puff piece cover story in support of the most prolific known FISA abuse affiant

Just to make myself clear and pursuant to the statutory framework provided by 5 U S C  § 552a: **I DO NOT authorize release of the system of records pertaining to me found within the draft DOJ Inspector General FISA report including associated government documents prior to my review for accuracy and comment purposes**

Thanks for your consideration and please let me know your thoughts  I would look forward to seeing you on Thursday

Best regards,

Carter Page, Ph.D.
Managing Partner
Global Natural Gas Ventures LLC

---

**From:** Carter Page
**Date:** Thursday  October 10  2019 at 10:54 PM
**To:** "Privacy (SMO)" <Privacy@usdoj.gov>
**Cc:** "Michael E. Horowitz" <Michael.e.horowitz@usdoj.gov>  "Michael E. Horowitz" <mhorowitz@OIG.USDOJ.GOV>  "John H. Durham" <john.durham@usdoj.gov>  "John H. Durham" <JDurham@usa.doj.gov>
**Subject:** Re  Expedited Processing Requested on FOIA Tracking No. FY17-245 and EOUSA-2017-001754

OPLC team:

In response to your request, I believe that I have already provided DOJ with extensive evidence of these earlier Privacy Act violations  These extend all the way back to the time of my original requests which I had addressed to the FOIA/PA Mail Referral Unit in May 2017  But to this day, these have still never been properly fulfilled   More recently, the summaries that I have included in the email chain below provide a brief overview sample of a few of these specific areas of concern  Succinctly speaking, the premature leaking of my illegitimate FISA affidavits to the *New York Times* on July 21, 2018 before I ever even received a copy myself days later is a prominent case in point of these Privacy Act violations

With regards to the most urgent actionable request at this current late point in the process, the OPCL website states: "Within ten working days of receiving your request for amendment or correction of records, the component that received your request should send you a written acknowledgment of its receipt of your request, notifying you whether your request is granted or denied  "  To the contrary, it took one full month before I received any response to my emails from your office  Finally, today  In this context and contrary to the suggestions previously made to me by OIP, I am particularly concerned that a senior member of one of the Congressional Committees which oversees the Justice Department has recently reported that the Inspector General's FISA abuse report is now expected to be released imminently even though appropriate reviews for accuracy and comment purposes have not been completed yet:

https://www.realclearpolitics.com/video/2019/10/06/ratcliffe_doj_inspector_generals_report_on_fisa_abuse_during_2016_election_will_be_released_friday.html

More specifically, this is most concerning since I have still not had any opportunity to verify these systems of records pertaining to me for accuracy

purposes   This runs contrary to both: (A) the legal tenets enumerated in the previously cited 5 U S C  § 552a(d)(2) subsection that allows for amendment of government records pertaining to an individual as I had requested long ago, and (B) Inspector General Horowitz's September 13 letter to Senate Judiciary Chairman Lindsey Graham and other Congressional leaders that indicated his assurance that "appropriate reviews occur for accuracy and comment purposes" would occur prior to release of the forthcoming FISA abuse report   By all indications and in accordance with the Privacy Act statute, no other such possible review by anyone else seems as critically important as the one that I am awaiting to eventually conduct

As the most urgent matter related to your request this afternoon, please let me know as soon as possible the appropriate methods for completing this review of the FISA abuse Inspector General report draft  In prior years amidst this ongoing saga, contacts within OIP had previously suggested that I file a civil action in a U S  District Court as a potential remedy to this continued impasse   I hope we can avoid this less efficient process, but I would be willing to proceed down such a cumbersome litigation path if there is no other way to finally ensure Privacy Act compliance at this juncture

Kind regards,
Carter Page

---

**From:** "Privacy (SMO)" <Privacy@usdoj.gov>
**Date:** Thursday  October 10  2019 at 1 47 PM
**To:** ████████████████████
**Subject:** RE  Expedited Processing Requested on FOIA Tracking No. FY17-245 and EOUSA-2017-001754

Mr. Page

The Office of Privacy and Civil Liberties of the Department of Justice oversees compliance with privacy-related federal laws  regulations and policies within the Department. If you are claiming that a component of the Justice Department violated the Privacy Act  please provide concise details.

Thank you

Office of Privacy and Civil Liberties
United States Department of Justice

---

**From:** Carter Page <████████████████
**Sent:** Tuesday  September 10  2019 6.24 PM
**To:** Peter Winn <Peter.Winn@usdoj.gov>; Privacy (SMO) <Ex  PrivacySOBO@jmd.usdoj.gov>
**Cc:** Horowitz  Michael (OIG) <mhorowitz@OIG.USDOJ.GOV>; Durham  John (USACT) <JDurham@usa.doj.gov>; Liu  Jessie (USADC) <Liiu3@usa.doj.gov>; Smith  James M. (OIP) <jmsmith@jmd.usdoj.gov>; Hurd  Matthew (OIP) <mhurd@jmd.usdoj.gov>; Pustay  Melanie A (OIP) <mpustay@jmd.usdoj.gov>; USDOJ-Office of Legal Counsel (SMO) <Ex  OLC@jmd.usdoj.gov>; FOIArequests  CRT (CRT) <CRT.FOIArequests@crt.usdoj.gov>; Mallory  Arnetta (NSD) <amallory@jmd.usdoj.gov>; ogis@nara.gov; Zachary ("Zach") Somers <zach_somers@judiciary.rep.senate.gov>; Davis  Kolan (Judiciary-Rep) <Kolan_Davis@judiciary.rep.senate.gov>; peter_carey@judiciary.rep.senate.gov; erin_creegan@judiciary.rep.senate.gov; aaron_cummings@judiciary.rep.senate.gov; ryan_dattilo@judiciary.rep.senate.gov; richard_dizinno@judiciary.rep.senate.gov; josh_flynn-brown@judiciary.rep.senate.gov; steve_kenny@judiciary.rep.senate.gov; barbara_ledeen@judiciary.rep.senate.gov; kyle_mccollum@judiciary.rep.senate.gov; lauren_mehler@judiciary.rep.senate.gov; katherine_nikas@judiciary.rep.senate.gov; jessica_vu@judiciary.rep.senate.gov; theo_wold@judiciary.rep.senate.gov; lee_holmes@judiciary.rep.senate.gov; Cecilia Bessee <Cecilia.Bessee@ic.fbi.gov>; Bessee  Cecilia O. (OIGC) (FBI) <COBessee@fbi.gov>
**Subject:** Re  Expedited Processing Requested on FOIA Tracking No. FY17-245 and EOUSA-2017-001754

Dear Mr  Winn and Ms  Harman-Stokes:

Based on my discussions with the DOJ's Office of Information Policy today, I have been referred to your Office of Privacy and Civil Liberties as the more appropriate point of contact for the resolution of the historic abuses which relate to the continued Privacy Act of 1974 violations by the Department  Please see my two recent emails below and the associated attachments

By way of introduction and along the lines of the inequities briefly outlined in my prior correspondence, the latest criminal leaks on p. A1 of today's *New York Times* have further exposed the continued pattern of the dual justice system at DOJ and other elements of the U S  Intelligence Community, relating to unresolved crimes surrounding the FISA abuse against the Trump movement including myself   As further described in the associated description and references sent to OIP below, this is the same newspaper which illegally received my redacted FISA warrants prior to me in violation of the Privacy Act statute   In this latest instance, another Government informant has been revealed as not only receiving special treatment but also allegedly getting a luxurious taxpayer-funded mansion to boot:

https://www.rferl.org/a/virginia-residents-question-whether-their-neighbor-was-a-russian-informant/30157496 html

    Per my correspondence with OIP below and as the most specific pressing issue that should be addressed immediately, I have been trying to ensure DOJ's necessary change to future compliance with 5 U S C  § 552a(d)(2) which permits individuals "to request amendment of a record pertaining to him"   I have been requesting and waiting for that to happen for years already   By comparison and within hours of today's headline story first breaking, Secretary of State Pompeo very promptly made clear that today's aforementioned new reports were "materially inaccurate" in this afternoon's White House press briefing   Given my long history as another U S  Intelligence Community source whose life was unnecessarily put in danger, I have been waiting for over three years for the U S  Government to resolve these inaccuracies which have thus far led to countless terror threats in the process   As of yet, the only people who have taken any visible steps to resolve this unchecked criminal activity has been seen in the initial investigations by senior Congressional leaders including Senate Judiciary Chairman Lindsey Graham

As noted in today's lead story in the *New York Times*, "officials worried about safety made the arduous decision in late 2016 to offer to extract the source"   This is the polar opposite of the continued non-action by the FBI, DOJ and other agencies of the U S  Intelligence Community in the face of many death threats I have faced from Oklahoma and elsewhere, stemming from the DNC-FBI-DOJ's well-funded disinformation campaign which began in 2016  For example, please see one of my letters to FBI Director Wray this year - Exhibit 1 in this court filing: https://assets documentcloud org/documents/5720862/Notice-other pdf

Please let me know as soon as possible when you are available to urgently discuss this matter  I look forward to hearing your suggestions for the immediate resolution of this historic mess and returning to some semblance of legality with respect to the Privacy Act of 1974

Kind regards,
Carter Page, Ph D

---

**From:** Carter Page <████████████████
**Date:** Monday  September 9  2019 at 6 34 AM
**To:** "Pustay  Melanie A (OIP)" <Melanie.A.Pustay@usdoj.gov>
**Cc:** "Michael E. Horowitz" <Michael.e.horowitz@usdoj.gov>  "John H. Durham" <john.durham@usdoj.gov>  Jessie Liu <Jessie.liu@usdoj.gov>  "Kochurka  Kimberley (OIP)" <kimberley.Kochurka@usdoj.gov>  "Smith  James M. Smith@usdoj.gov" <James.M.Smith@usdoj.gov>  USDOJ-Office of Legal Counsel <USDOJ.OfficeofLegalCounsel@usdoj.gov>  "FOIArequests  CRT (CRT)" <FOIArequests@usdoj.gov>  "Mallory  Arnetta (NSD)" <Arnetta.Mallory@usdoj.gov>  ogis@nara.gov  "Zachary (\"Zach\") Somers" <zach_somers@judiciary.rep.senate.gov>  "Davis  Kolan (Judiciary-Rep)" <Kolan_Davis@judiciary.rep.senate.gov>  <peter_carey@judiciary.rep.senate.gov>  <erin_creegan@judiciary.rep.senate.gov>  <aaron_cummings@judiciary.rep.senate.gov>  <ryan_dattilo@judiciary.rep.senate.gov>  <richard_dizinno@judiciary.rep.senate.gov>  <josh_flynn-brown@judiciary.rep.senate.gov>  <steve_kenny@judiciary.rep.senate.gov>  <barbara_ledeen@judiciary.rep.senate.gov>  <marc_marie@judiciary.rep.senate.gov>  <kyle_mccollum@judiciary.rep.senate.gov>  <lauren_mehler@judiciary.rep.senate.gov>  <katherine_nikas@judiciary.rep.senate.gov>  <brian_simonsen@judiciary.rep.senate.gov>  <jessica_vu@judiciary.rep.senate.gov>  <katharine_willey@judiciary.rep.senate.gov>  <theo_wold@judiciary.rep.senate.gov>
**Subject:** Re  Expedited Processing Requested on FOIA Tracking No. FY17-245 and EOUSA-2017-001754

Dear Ms  Pustay:

I wanted to check with you on the status of my pending Privacy Act request, below  Given the time-sensitive nature of this matter and the widely expected public release of the summaries by the Inspector General relating to the illegal actions of record pertaining to me, please let me know at your earliest convenience the preferred timeline for resolving these open issues and ensuring DOJ's return to Privacy Act compliance with regard to the IG's forthcoming FISA abuse report

As a further related reference in addition to the documents I have re-sent you last week, attached to this email is the other initial Privacy Act request which I had also simultaneously delivered to the appropriate office at DOJ in May 2017 during the Rosenstein-Sessions era  Consistent with DOJ's aforementioned Privacy Act noncompliance in the premature disclosure of my personal records to *New York Times* in July 2018, please note that the Mueller report sections about me similarly misrepresented my prior support of the FBI as a government informant [in particular, see the highly inaccurate portrayal of my support of the FBI as falsely described in Volume 1, pp  96-97 regarding Russian diplomats including

Victor Podobnyy, et al]  It is worth noting that the majority of Mr  Mueller's partisan DOJ team members who aggressively interrogated me for his misinformation campaign were also financial contributors to the Democrat-initiated FISA abuse enterprise which helped fund the "opposition research" operation that may form part of the subject matter of the forthcoming IG report

Please note that the current edition of DOJ's standards regarding Privacy Act subsections (d)(2) amendment compliance focuses on the following precedent:

> Clarkson v  IRS, 678 F 2d 1368, 1376-77 (11th Cir  1982) (maintaining that although subsections (e)(1) and (e)(5) apply only to records contained in a system of records, "find[ing] it both necessary and appropriate to construe the plain meaning of the language of subsections (d)(2) and (d)(3) to authorize the amendment or expungement of all records which are maintained in violation of subsection (e)(7)")
> https://www.justice.gov/opcl/definitions#access

As you are undoubtedly aware regarding this necessary and appropriate compliance, subsection (e)(7) clearly guarantees that the government shall:

> maintain no record describing how any individual exercises rights guaranteed by the First Amendment unless expressly authorized by statute or by the individual about whom the record is maintained or unless pertinent to and within the scope of an authorized law enforcement activity;

Whereas you probably have less familiarity with the relevant FISA statutes, please note that the text of this subsection (e)(7) runs parallel to another closely related authority which the DNC-FBI-DOJ's FISA abuse enterprise also flagrantly violated in 2016-2017 – specifically, 50 U S  Code § 1805(a)(2)(A): "no United States person may be considered a foreign power or an agent of a foreign power solely upon the basis of activities protected by the first amendment to the Constitution of the United States"

For your reference and along these same lines, please see my attached 2nd Circuit brief which addresses these related First Amendment considerations – in particular, § 9 beginning on p  44 (ECF p  51-54), entitled: **"U.S. Constitution Guarantees Equal Justice Under Law for Private Citizens as Well as   Large Federal Departments"**  As indicated herein and with respect to the U S  Government-funded defamatory propaganda attacks that supported Yahoo's infamous false report which directly supported the government's FISA abuse as confirmed in the shocking Grassley-Graham memo, this dual justice system has thus far continued and I hope we can now change that longstanding pattern by ensuring DOJ's compliance in the upcoming planned disclosures

Thanks again for your consideration  I look forward to resolving this with you and your colleagues in the coming days

Best regards,
Carter Page

**From:** Carter Page <███████████████
**Date:** Tuesday, September 3, 2019 at 1 00 PM
**To:** "Pustay, Melanie A (OIP)" <Melanie A Pustay@usdoj gov>
**Cc:** "Michael E  Horowitz" <Michael e horowitz@usdoj gov>, "John H  Durham" <john durham@usdoj gov>, Jessie Liu <jessie liu@usdoj gov>, "Kochurka, Kimberley (OIP)" <Kimberley Kochurka@usdoj gov>, "Smith, James M  (OIP)" <James M Smith@usdoj gov>, USDOJ-Office of Legal Counsel <USDOJ-OfficeofLegalCounsel@usdoj gov>, "FOIArequests, CRT (CRT)" <CRT FOIArequests@usdoj gov>, "Mallory, Arnetta (NSD)" <Arnetta Mallory@usdoj gov>, "Davis, Kolan (Judiciary-Rep)" <Kolan Davis@judiciary-rep senate gov>, <peter carey@judiciary-rep senate gov>, <erin creegan@judiciary-rep senate gov>, <aaron cummings@judiciary-rep senate gov>, <ryan dattilo@judiciary-rep senate gov>, <richard dizinno@judiciary-rep senate gov>, <josh flynn-brown@judiciary-rep senate gov>, <steve kenny@judiciary-rep senate gov>, <barbara ledeen@judiciary-rep senate gov>, <marc marie@judiciary-rep senate gov>, <kyle mccollum@judiciary-rep senate gov>, <lauren mehler@judiciary-rep senate gov>, <katherine nikas@judiciary-rep senate gov>, <brian simonsen@judiciary-rep senate gov>, <jessica vu@judiciary-rep senate gov>, <katharine willey@judiciary-rep senate gov>, <theo wold@judiciary-rep senate gov>
**Subject:** FW: Expedited Processing Requested on FOIA Tracking No  FY17-245 and EOUSA-2017-001754

Dear Ms  Pustay:

I am following up on my prior correspondence with you and your OIP colleagues from July 2017 (please see below/attached)  On a news show yesterday and directly related to our prior exchanges from years ago, U S  Senate Judiciary Chairman Graham noted: **"Lindsey Graham presses DOJ to declassify Carter Page FISA process"**: https://www washingtonexaminer com/news/lindsey-graham-presses-doj-to-declassify-carter-page-fisa-process

As you are undoubtedly aware, 5 U S C  § 552a(d)(2) requires that DOJ "permit the individual to request amendment of a record pertaining to him" prior to public disclosure  Throughout the time since my first related initial letter that I sent to DOJ over 27 months ago (also attached), I have still not had any of my Privacy Act-related requests fulfilled by the Justice Department in accordance with the law

I am entirely open to declassification of this fraudulent Russian disinformation found in my illegal FISA warrants which was originally funneled to the Justice Department by DNC consultants including Nellie Ohr and Christopher Steele  Like Chairman Graham, I am also eager to see this completed as soon as possible  But it seems to me that now might be a good time for DOJ to start following the law as part of that process (Privacy Act of 1974, et al)

On or before Saturday, July 21, 2018 and in direct violation of the Privacy Act, the FBI and/or DOJ illegally released my partially-redacted and highly misleading FISA affidavits to the *New York Times* [https://www nytimes com/2018/07/21/us/politics/carter-page-fisa html]  In our two-decade justice system, both this newspaper and Mr  Comey have clearly been given unconscionable special treatment  Not only was I never previously afforded my legal right to amend my own record record pertaining to me beforehand which I had requested on many earlier occasions for over a year [5 U S C  § 552a(d)(2)], I did not receive these documents until after the *New York Times* at the start of the next week on Monday, July 23, 2018

To put these continued illegal abuses in a statutory context, as per 5 U S C  § 552a(i)(1):

> **"Any officer or employee of an agency, who by virtue of his employment or official position, has possession of, or access to, agency records which contain individually identifiable information the disclosure of which is prohibited by this section or by rules or regulations established thereunder, and who knowing that disclosure of the specific material is so prohibited, willfully discloses the material in any manner to any person or agency not entitled to receive it, shall be guilty of a misdemeanor and fined not more than $5,000."**

In accordance with these aforementioned statutory citations as well as other related laws, rules and regulations, the U S  Government was not entitled to bestow higher priority for receipt of my personal information to the *New York Times* and other favored media outlets, particularly since I was never granted any chance to amend it in accordance with 5 U S C  § 552a(d)(2)  As I have alluded to previously, this statutory clause (*Id.*) explicitly guarantees that agencies shall: "permit the individual to request amendment of a record pertaining to him"  Although many proven liars have allegedly been talking about and contributing as witnesses to the forthcoming IG report which relates to their prior corrupt FISA warrants against President Trump and me, I have never been permitted any such opportunity to review the false information pertaining to me which they have provided to DOJ  In the case of the *New York Times'* illegally-revealed FISA warrants from July 21, 2018, the selective redactions also allowed for outrageous disclosures that untrustworthy people like McCabe and Comey have forever branded me as an "Agent of Russia" or an "agent of a foreign power" while leaving completely blacked-out all of their nonsensical specific bases upon which these false allegations were made on behalf of the DNC and their political beneficiaries in the first place

I can appreciate that these prior unfortunate crimes occurred during the Rosenstein-Sessions era at DOJ when FISA-related lawlessness ran rampant within the Department  The prior correspondence that I sent to you and Rod Rosenstein on July 23, 2017 (*infra*) came less than one month after former Deputy Attorney General filed his fraudulent FISA affidavit against me on or about June 29, 2017  However, I know that Attorney General Barr, Inspector General Horowitz and the U S  Attorneys for Connecticut and D C  have more recently begun work on restoring rule of law in this country  Specific to the Privacy Act of 1974 and consistent with that return to conscionable practices, last week's IG report specifically recognized the importance of actually following this important law:

> Comey's interest in communicating with his counsel must be balanced against **the government's legitimate interest in protecting its information and preventing disclosure of certain types of information, such as national security or Privacy Act-protected information** [*Martin v  Lauer*, 686 F 2d 24, 34 (D C  Cir  1982) ]

[Emphasis added ]

In that 1982 *Martin* case cited by the IG last week (*supra*), the D C  Circuit found in favor of the Plaintiffs  In a subsequent appearance by those parties before the court, Judge Edwards of the D C  Circuit again ordered further proceedings by remanding the case to the district court and also noted:

> "the defendants finally asked some particular questions of the plaintiffs and it became even clearer that the Privacy Act was a bogus issue  At oral argument before us during this appeal, the defendants conceded that they could have made these inquiries early in the trial proceedings  Instead of doing so, they raised the Privacy Act defense (without any legitimate basis for concern), argued its relevance, and forced the plaintiffs to spend time responding to it

On these facts, we can discern no reason for denying the plaintiffs compensation for time spent on this issue  "
[*Martin v  Laser*, 740 F 2d 36 (D C  Cir  1984) ]

In stark contrast, what I previously sent to you, Mr  Rosenstein and your colleagues at DOJ with my early Privacy Act submissions of May 2017 and related appeal of July 2017 (attached), made it explicitly clear how this was not a "bogus issue" in my case while illustrating the significant "legitimate basis for concern"   Early in our proceedings, see in particular ¶ 1 from my July 2017 Expedited Processing letter related to the "imminent threat to the life or physical safety" which directly stemmed from the DNC-FBI-DOJ inspired terror threats from Oklahoma (18 U S C  § 2331) and elsewhere which I have survived – a causal result of the specific false allegations from the Dodgy Dossier repeatedly used by these co-conspirators   As a direct cause of these imminent threats to life, the continued disinformation from the Democrats and the dishonest mainstream media stemming from false or incomplete reports helps to underscore the importance of a return to the rule of law in DOJ's future compliance with 5 U S C  § 552a(d)(2)

Thanks in advance for your kind consideration of this urgent matter, and I look forward to hearing from you soon

Best regards,
Carter Page

---

**From:** Carter Page
**Date:** Sunday  July 23  2017 at 11 21 PM
**To:** "Davis  Kolan (Judiciary-Rep)" <Kolan_Davis@judiciary-rep.senate.gov> "Ansell  Fred (Judiciary-Rep)" <Fred_Ansell@judiciary-rep.senate.gov> "Kelly  Tim (Judiciary-Rep)" <Tim_Kelly@judiciary-rep.senate.gov>
"Levine  Beth (Judiciary-Rep)" <Beth_Levine@judiciary-rep.senate.gov>
**Subject:** FW  Expedited Processing Requested on FOIA Tracking No. FY17-245 and EOUSA-2017-001754

Dear  staff members of the Senate Judiciary Committee

FYI attached – correspondence to DoJ tonight requesting expedited disclosure of many of the same documents which Senator Grassley and Senator Graham have been requesting.  I believe some of the extensive facts presented in my letter help to further underscore the critical importance of immediately resolving the severe injustices and civil rights abuses carried out by the Obama Administration during last year s election.  Thanks again for your Committee s leadership in this essential quest.

Best regards

Carter Page
Managing Partner
Global Energy Capital LLC

---

**From:** Carter Page
**Date:** Sunday  July 23  2017 at 11 00 PM
**To:** "USDOJ-Office of Legal Counsel (SMO)" <USDOJ-OfficeofLegalCounsel@usdoj.gov>
**Cc:** Rod Rosenstein <rod.rosenstein@usdoj.gov>  <melanie.a.pustay@usdoj.gov>  "DoJ Civil Rights Division  Voting Section" <voting.section@usdoj.gov>  <ogis@nara.gov>  <alina.semo@nara.gov>
<Sarah.Ispur.Flores@usdoj.gov>
**Subject:** Re  Expedited Processing Requested on FOIA Tracking No. FY17-245 and EOUSA-2017-001754

Dear Mr. Colborn and members of the U.S. Department of Justice's Office of Legal Counsel team

Please see attached my request and appeal for Expedited Processing on FOIA Tracking No. FY17-245 and EOUSA-2017-001754.  I believe the extensive information provided herein should prove of great importance to the U.S. Department of Justice and the American public  and help facilitate the essential work you are now doing in response to these essential FOIA requirements.

Related to your suggestion that I might contact the Office of Government Information Services at the National Archives and Records Administration and the Director of the Office of Information at the U.S. Department of Justice for further assistance  I have copied both on this correspondence in the hope that they might be able to provide some additional support to this essential process of restoring justice in America.  In addition  I have also included Deputy Attorney General Rod Rosenstein and the Voting Section of the U.S. Department of Justice Civil Rights Division  with whom I have been in touch previously regarding these severe efforts to rig the 2016 election and the associated civil rights abuses by the Clinton-Obama-Comey regime against me.  Given the impact of the intense interest in the highly misleading Russia stories on the Department of Justice thanks to the media including throughout this weekend and the way the true story of what the Clinton-Obama-Comey regime did could help resolve this national confusion  I have included your Director of Public Affairs too.

I certify that to the best of my knowledge and belief all of the information in the attached letter is correct.

Thank you in advance for your consideration and continued help in this essential matter.  I look forward to seeing the results of the critically important work that you and your colleagues at the U.S. Department of Justice are doing in this regard.

Best regards

Carter Page
Managing Partner
Global Energy Capital LLC

---

**From:** "USDOJ-Office of Legal Counsel (SMO)" <USDOJ-OfficeofLegalCounsel@usdoj.gov>
**Date:** Friday  July 21  2017 at 5 25 PM
**To:** Carter Page
**Cc:** "USDOJ-Office of Legal Counsel (SMO)" <USDOJ-OfficeofLegalCounsel@usdoj.gov>
**Subject:** RE  Ack for FOIA Request  OLC FY17-245

Mr. Page
Melissa is out of the office today  but please see the attached response to your inquiries.

_____
Jared Kaprove
FOIA and Records Management Attorney
Office of Legal Counsel
U.S. Department of Justice

---

**From:** Carter Page
**Sent:** Thursday  July 20  2017 20 16
**To:** USDOJ-Office of Legal Counsel (SMO)" <Ex_OLC@jmd.usdoj.gov>
**Subject:** Re  Ack for FOIA Request  OLC FY17-245

Melissa

Can we please have a conversation about this tomorrow?  I can appreciate that your office has been inundated with various requests on a diverse range of random issues.

However  since the focus of my request has been at the center of one of the biggest controversies rocking our country right now based on severe lies of critical historic relevance  it seems to me that this should somehow be elevated in terms of priority.  Please let me know the best number to reach you on and when might be a convenient time to talk.

Thanks

Carter

Sent from my iPhone

On Jul 20  2017  at 4 36 PM  USDOJ-Office of Legal Counsel (SMO) <USDOJ-OfficeofLegalCounsel@usdoj.gov> wrote

>   Dear Mr. Page

>   Attached  please find the acknowledgement letter for your FOIA request that has been assigned tracking number OLC FY17-245.

>   Sincerely,
>   Melissa Golden, Esq.
>   Lead Paralegal and FOIA Specialist
>   Office of Legal Counsel
>   Department of Justice
>   **Please note my new last name (formerly Kassier)**

>   <Ack 17-245.pdf>

Malis Decl. Exhibit D



**U.S. Department of Justice**

Office of the Inspector General

---

November 12, 2019

<u>Via U.S. Mail and Email</u>
Carter Page

███████████████

Re: <u>Request to Review Draft OIG Report</u>

Dear Mr. Page,

I am writing on behalf of the Department of Justice (DOJ) Office of the Inspector General (OIG) in response to your request to review a draft of the OIG's report concerning its ongoing *Examination of the Department's and the FBI's Compliance with Legal Requirements and Policies in Applications Filed with the U.S. Foreign Intelligence Surveillance Court (FISC) Relating to a certain U.S. Person*, prior to the public release of the final report. I have reviewed emails that you have sent to the Inspector General and other senior DOJ officials, in which you have made this request. I am also aware of the lawsuit that you filed against DOJ on October 21, 2019, asserting various causes of action under the Privacy Act of 1974, 5 U.S.C. § 552a, and the Freedom of Information Act, 5 U.S.C. § 552. Please understand that this letter does not address and should not be read to address any matter raised by your lawsuit. Rather, I am writing to acknowledge your direct outreach to the OIG and to provide a brief explanation as to why you have not been contacted for an OIG interview.

In general, the OIG's oversight responsibilities concern the programs and operations of DOJ and the conduct and actions of DOJ employees, contractors, and grantees. Here, the OIG is examining, among other things, the Department's and the FBI's compliance with laws and policies relating to applications filed with the FISC, and the actions of its personnel. While we recognize that the OIG's ongoing work is of particular importance to you, because your actions are not the subject of the OIG's examination, we have not contacted you for an interview. However, consistent with the OIG's practice in similar situations, given that the actions we are reviewing affect you personally, we will advise you shortly before the report is publicly released of the anticipated release date.

If you have any questions, please contact me at (202) 514-3435.

Sincerely,

Jonathan M. Malis
General Counsel