# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CARTER PAGE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 1:20-cv-3460 |
| JAMES COMEY, et al., | ) ) ) | |
| Defendants. | ) ) | |

## GOVERNMENT DEFENDANTS' STATEMENT OF MATERIAL FACTS

Pursuant to Local Civil Rule 7(h)(1), Defendants the United States of America, the Department of Justice ("DOJ") and the Federal Bureau of Investigation ("FBI") ("Government Defendants") submit this statement of facts as to which there is no genuine issue, in support of the Government Defendants' alternative Motion for Partial Summary Judgment.

1. On December 9, 2019, the DOJ Office of the Inspector General ("OIG") issued a report entitled "Review of Four FISA Applications and Other Aspects of the FBI's Crossfire Hurricane Investigation," https://www.oversight.gov/sites/default/files/oig-reports/o20012.pdf ("OIG Report"). *See* Gov't Defs' Ex. DD, Declaration of Jonathan M Malis ("Malis Decl.") ¶ 3.

2. Because the subject matter of this review necessitated an examination of highly classified information, the Report was drafted on a classified system, underwent final classification review just prior to its issuance, and was released publicly with some redactions. *Id*.

3. Plaintiff requested access to the draft of the OIG Report prior to its completion. OIG did not grant access to the draft report. *Id.* ¶¶ 4-7.

4. Since the public issuance of the Report on December 9, 2019, Mr. Page has not contacted the OIG to identify any inaccuracies in the Report, to request any corrections be made to the Report, or to otherwise make a Privacy Act request for access or amendment with respect to the final Report. *Id.* ¶ 8.

5. OIG reasonably determined that draft versions of the OIG Report are not within a system of records. Draft versions of the Report are saved by working title of the Report in the OIG's classified electronic records. The OIG's Oversight and Review Division (O&R), which conducted the review that led to the issuance of the Report, generally does not index its investigative records relating to reviews or retrieve them by use of a personal identifier. Rather, O&R would access such records by reference to the title of the report or OIG investigation file number. *Id*. ¶ 9.

6. OIG reasonably determined that the final OIG Report is not within a system of records. The final Report is accessible on the public OIG website and filed in O&R's electronic files. As accessible on the website or in O&R's files, the Report is indexed by the title and number of the Report, not Mr. Page's personal identifier. While one could conceivably run a text search for Mr. Page's name, that is not how the agency accesses or retrieves the Report. *Id*. ¶ 10.

7. OIG reasonably determined that the draft versions of the Report, if contained in a system of records, would be subject to the AG exemption for OIG investigative files because it contains classified, deliberative and investigative information, and because a final version is now available to the public. *Id*. ¶ 11.

Date: September 17, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

MARCIA BERMAN
Assistant Director, Federal Programs Branch

AMY E. POWELL
Trial Attorney, Federal Programs Branch

*Attorneys for Defendants Department of Justice and Federal Bureau of Investigation*

DANIEL P. CHUNG
CATE E. CARDINALE
Trial Attorneys, Torts Branch

*Attorneys for the United States of America*