UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CARTER PAGE,

    *Plaintiff*,

v.

JAMES COMEY, *et al.*,

    *Defendants.*

Civil Action No. 20-cv-3460 (FYP)

**MOTION FOR ADMISSION PRO HAC VICE OF IVANO M. VENTRESCA**

Pursuant to Local Civil Rule 83.2(d), Aitan Goelman, a member of the Bar of this Court and counsel for Defendant Peter Strzok, hereby moves for admission *pro hac vice* of Ivano M. Ventresca in the above-captioned case. In support of this motion, the undersigned states as follows.

1. I am a member in good standing of the Bar of this Court.

2. Ivano M. Ventresca is an associate with the law firm of Zuckerman Spaeder LLP and maintains his office at 1800 M Street NW, Washington, DC, 20036. He can be reached at 202-778-1842.

3. As set forth in the attached declaration, Mr. Ventresca is an active member in good standing of the Bars of the District of Columbia and Pennsylvania, and his application for admission to the Bar of this Court is pending. Mr. Ventresca has also been admitted to practice in the U.S. Court of Appeals for the Third Circuit.

4. Mr. Ventresca has not been disciplined by any bar.

5. Mr. Ventresca has not been admitted *pro hac vice* in this Court in the past two years.

6. Mr. Ventresca is representing Defendant Peter Strzok in this case.

WHEREFORE, movant respectfully requests that the Court enter an order permitting Ivano M. Ventresca to appear *pro hac vice* in the above-captioned case.

Dated: October 25, 2021

Respectfully submitted,

By: */s/ Aitan Goelman*
Aitan Goelman (D.C. Bar No. 446636)
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
Tel: (202) 778-1800
Fax: (202) 822-8106
E-mail: agoelman@zuckerman.com
*Attorney for Defendant Peter Strzok*