Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CARTER PAGE

        Plaintiff

   vs.

JAMES B. COMEY, ET AL

        Defendant

Civil No.   20-3460   (JEB)

Category  L

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on _11/15/2021_ from _Judge Florence Y. Pan_ to _Judge James Boasberg_ by direction of the Calendar Committee.

(Randomly Reassigned)

<u>JUDGE RUDOLPH CONTRERAS</u>
Chair, Calendar and Case Management Committee

cc:  Judge Florence Y. Pan  & Courtroom Deputy
      Judge James Boasberg  & Courtroom Deputy
      Liaison, Calendar and Case Management Committee