Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CARTER PAGE

       Plaintiff

    vs.

JAMES B. COMEY, ET AL

       Defendant

Civil No.   20-3460   (TJK)

Category   L

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on 11/17/2021 from Judge James Boasberg to Judge Timothy J. Kelly by direction of the Calendar Committee.

(Randomly Reassigned)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case Management Committee

cc: Judge James Boasberg & Courtroom Deputy
Judge Timothy J. Kelly & Courtroom Deputy
Liaison, Calendar and Case Management Committee