Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CARTER PAGE

        Plaintiff

   vs.

JAMES B. COMEY, et al

        Defendant

Civil No.    20-3460    (DLF)

Category   L

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on  11/17/2021  from  Judge Timothy J. Kelly

to  Judge Dabney L. Friedrich  by direction of the Calendar Committee.

(Randomly Reassigned)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case
Management Committee

cc:  Judge Timothy J. Kelly  & Courtroom Deputy
     Judge Dabney L. Friedrich  & Courtroom Deputy
     Liaison, Calendar and Case Management Committee