UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CARTER W. PAGE,

Plaintiff,

v.

JAMES COMEY, ET AL,

Defendants.

CIVIL NO.: 20-cv-3460-DLF

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITIONS TO MOTIONS TO DISMISS AND FOR PARTIAL SUMMARY JUDGMENT and TO SET A DEADLINE FOR THE FILING OF REPLY BRIEFS THERETO and FOR PERMISSION FOR PLAINTIFF TO FILE A SINGLE OMNIBUS OPPOSITION WITHOUT PAGE LIMITATIONS TO THE MOTIONS TO DIMISS OF THE INDIVIDUAL DEFENDANTS**

COMES NOW, the Plaintiff, Carter Page ("Dr. Page"), by and through his undersigned attorney, and respectfully requests the Court grant this motion for the relief described herein. In support of this Motion Plaintiff states as follows:

Plaintiff filed his Second Amended Complaint on June 8, 2021.

On September 17, 2021, Defendants James Comey, Andrew McCabe, Kevin Clinesmith, Peter Strzok, Lisa Page, Joe Pientka III, Stephen Somma, and Brian Auten ("Individual Defendants") each filed a motion to dismiss Plaintiff's Second Amended Complaint. (ECF 80, 81, 82, 83, 84, 85, 86, and 87.)

Defendants the United States, the Department of Justice, and the Federal Bureau of Investigation ("Government Defendants") also filed a motion to dismiss or in the alternative a motion for partial summary judgment. (ECF 88.)

The Government and Individual Defendants each previously requested and received a 3-month extension to answer Plaintiff's Second Amended Complaint by September 17, 2021. (See Minute Orders of June 17, 2021 and June 18, 2021.)

All motions are voluminous, and each defendant raises different, complex legal issues. Indeed, the Government Defendants were granted leave to file a motion to dismiss and memorandum in support that exceeded the page limitations under LCv.R. 7(e) by 15 pages. (See Minute Order of 9/15/21.)

Pursuant to LCv.R. 7(b), the deadline to oppose to the defendants' motions was October 1, 2021 and due to the volume and complexity of defendants' motions, Dr. Page requested additional time to fully respond, up through and including January 11, 2022. All defense counsel agreed to that request, and it was granted by the Court by Minute Order on October 1, 2021.

Plaintiff's counsel have been working toward the January 11, 2022 filing deadline. However, unexpected developments, including (1) the recent illness of several members of the legal team, including the team member who is a full-time member of this bar of this court and serves as the team pleadings manger and "local counsel" for purposes of compliance with the local rules, and (2) technology difficulties arising from the relocation of another team member's law office, have

made it necessary for Plaintiff's counsel to request a short further extension to properly prepare Plaintiff's Oppositions. Therefore:

(1) Undersigned counsel has conferred with opposing counsel regarding a short further extension of the current filing deadline. All defense counsel have agreed with Plaintiff's request to extend the filing deadline for his Oppositions by ten days, to January 21, 2022;

(2) Undersigned counsel has also conferred with opposing counsel regarding the filing of a single Omnibus Opposition responding to all of the arguments made in the eight Motions to Dismiss filed by the Individual Defendants. All defense counsel, including counsel for the Government Defendants, have agreed, for the efficiency and benefit of all parties and the court, that Plaintiff should file a single Opposition without page limitation to those motions, and a second, separate Opposition responding solely to the arguments made in the Motion to Dismiss and for Partial Summary Judgment filed by the Government Defendants, which opposition may exceed the ordinary page limitation by up to 15 pages; and

(3) Counsel for all Defendants have asked that this Motion also include the request on behalf of all parties to set a deadline for all Defendants to file their Replies sixty days after the filing of Plaintiff's Oppositions, *i.e.*, on Friday, April 1, 2022.

WHEREFORE, Dr. Page, respectfully requests that this motion be granted.

Dated: January 11, 2022

Respectfully Submitted,

__________/s/___________________________
Leslie McAdoo Gordon (D.C. Bar #456781)
1629 K Street, N.W.
Suite 300
Washington, DC 20006
(202) 293-0534
leslie.mcadoo@mcadoolaw.com

# CERTIFICATE OF SERVICE

I hereby certify that, on January 11, 2022, a copy of the foregoing Unopposed Motion for Extension of Time to File Oppositions to Defendants' Motions to Dismiss and For Partial Summary Judgment and for further relief was served electronically on:

Amisha R. Patel
David N. Kelley
Dechert, LLP
1900 K Street, NW
Washington, DC 20006

Brigida Benitez
Lisa M. Southerland
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

William Bullock Pittard, IV
Christopher Muha
Sarah Renee Fink
KaiserDillon PLLC
1099 14th Street NW
8th Floor West
Washington, DC 20005

Aitan Dror Goelman
Ivano Michael Ventresca
Zuckerman Spaeder, LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036

Dorothy Ames Jeffress
Kaitlin Brooke Konkel
Robert J. Katerberg
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW
Washington, DC 20001

James Koukios
Vanshika Vij
Robin A. Smith
Morrison & Foerster LLP
2100 L Street NW
Suite 900
Washington, DC 20037

Meaghan McLaine VerGow
Andrew Hellman
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006

Brian Matthew Heberlig
Patrick Francis Linehan, III
James Martin Hobbs
Steptoe & Johnson LLP
1330 Connecticut Ave., NW
Washington, DC 20036

Amy E. Powell
U.S. Department of Justice
150 Fayetteville St.
Ste 2100
Raleigh, NC 27601

Daniel Paul Chung
Cate Cardinale
U.S. Department of Justice
Civil Division Torts Branch-FTCA Section
P.O. Box 888
Washington, DC 20044

__________/s/__________________________
Leslie McAdoo Gordon