| DEFENSES | AUTEN | CLINESMITH | COMEY | MCCABE | PAGE | PIENTKA | SOMMA | STRZOK |
|---|---|---|---|---|---|---|---|---|
| Statute of Limitations (FISA and *Bivens*) | pp. 8-11<br><br>Oppo pp. 64-67 | pp. 14-18 FISA;<br><br>p. 25-30 (*Bivens*)<br><br>Oppo pp. 64-67 | pp. 15-20 FISA;<br><br>pp. 33-35 (*Bivens*)<br><br>Oppo pp.64-67 | pp. 23 – 28<br><br>Oppo pp. 64-67 | pp. 14-15<br><br>Oppo pp.64-67 | pp. 7-10<br><br>Oppo pp.64-67 | pp. 10-11 (*Bivens*)<br><br>pp. 12-14 (FISA)<br><br>Oppo pp. 64-67 | pp. 9-10 (FISA)<br><br>Oppo pp. 64-67 |
| Statutory Good Faith / 1809(b) | pp. 19-20<br><br>Oppo pp. 53-54 | pp. 20<br><br>Oppo pp. 53-54 |  | pp. 14-16<br><br>Oppo pp. 53-54 |  | p. 20<br><br>Oppo pp. 53-54 | pp. 18-19<br><br>Oppo pp. 53-54 | p. 17<br><br>Oppo pp. 53-54 |
| Qualified Immunity | pp. 20-22<br><br>Oppo pp. 61-64 | pp. 43-45<br><br>Oppo pp. 61-64 | pp. 39-43<br><br>Oppo pp. 61-64 | pp. 28-37<br><br>Oppo pp. 61-64 | pp. 17<br><br>Oppo pp. 61-64 | p. 21<br><br>Oppo pp. 61-64 | pp. 22-24<br><br>Oppo pp. 61-64 | P. 17<br><br>Oppo pp. 61-64 |
| *12(b)(6):*<br><br>FISA – 1809 | pp. 17-18<br><br>Oppo pp. 18-53 | pp. 18-21<br><br>Oppo pp.18-53 | pp. 20-25<br><br>Oppo pp.18-53 | pp. 8- 14<br><br>Oppo pp. 18-53. | pp. 6—8, 14<br><br>Oppo pp.18-53 | pp. 11-16<br><br>Oppo pp.18-53 | pp. 15-17, 19<br><br>Oppo pp.18-53 | pp. 11-13, and 16<br><br>Oppo pp.18-53 |
| *Bivens* | pp. 12-14<br><br>Oppo pp. 55-60 | pp. 31-43<br><br>Oppo pp. 55-60 | pp. 32, 35-39<br><br>Oppo pp. 55-60 | pp. 16-23 and 30-37<br><br>Oppo pp. 55-60 | p. 13, 14 and 15-16<br><br>Oppo pp. 55-60 | pp. 18-20<br><br>Oppo pp. 55-60 | p. 14<br><br>Oppo pp. 55-60 | pp. 18<br><br>Oppo pp. 55-60 |
| Damages Issues | p. 22<br><br>Oppo pp. 60-61 |  | p. 39<br><br>Oppo pp. 60-61 | pp. 28<br><br>Oppo pp. 60-61 |  | pp. 17<br><br>Oppo pp. 60-61 | pp. 19-21<br><br>Oppo pp. 60-61 |  |
| FBI Director Certification or "high-rank" |  |  | p. 12, 28-32<br><br>Oppo pp. 23 | p. 12, 24<br><br>Oppo pp. 26 |  |  |  | p. 22-23<br><br>Oppo pp.32-33 |

EXHIBIT A