UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER PAGE, <br><br> Plaintiff, <br><br> v. <br><br> JAMES COMEY, ANDREW MCCABE, KEVIN CLINESMITH, PETER STRZOK, LISA PAGE, JOE PIENTKA III, STEPHEN SOMMA, BRIAN J. AUTEN, <br><br> U.S. DEPARTMENT OF JUSTICE <br> 950 Pennsylvania Ave, NW <br> Washington, D.C. 20530; <br><br> FEDERAL BUREAU OF INVESTIGATION <br> 935 Pennsylvania Ave, N.W. <br> Washington, D.C. 20535; <br><br> JOHN DOES 1-10; and JANE DOES 1-10, <br><br> Defendants. | Civil Action No. 1:20-cv-3460-DLF |

**GOVERNMENT DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT, AND MEMORANDUM IN SUPPORT THEREOF**

Defendants, the United States of America, the Department of Justice ("DOJ") and the Federal Bureau of Investigation ("FBI"), (collectively "Government Defendants"), through undersigned counsel, respectfully moves this Court for leave to exceed the 25-page limit applicable to reply memorandum filed in this Court that is set by Local Civil Rule ("LCvR") 7(e). Government Defendants anticipate that its reply brief in support of its Motion to Dismiss, or in the alternative, for Summary Judgment (ECF No. 88) ("Government Defendants' Motion") will exceed the 25-page limit by no more than 10 pages.

This case brought against Government Defendants by Plaintiff is based on four separate claims: one under the Uniting and Strengthening America by Providing Appropriate Tools Required to Intercept and Obstruct Terrorism Act ("PATRIOT Act") for violating the Foreign Intelligence Surveillance Act ("FISA"); a tort claim brought under the Federal Tort Claims Act ("FTCA"); and two claims brought under the Privacy Act. Each claim requires the Government Defendants to sufficiently address Plaintiff's allegations, claims and arguments he raised in his Opposition (ECF No. 99-1). With the Government Defendants' consent, Plaintiff requested and ultimately this Court approved a 15-page extension to the page limit for Plaintiff's Opposition. *See* ECF No. 97; ECF Docket Report Minute Order (Jan. 14, 2022). In order to fully address the arguments made in Plaintiff's Opposition to Government Defendants' Motion, the Government Defendants request up to 10 additional pages beyond the 25-page limit for its reply memorandum.

Pursuant to LCvR 7(m), undersigned counsel contacted Plaintiff's counsel for Plaintiff's position on this motion; counsel stated that Plaintiff does not oppose this motion.

WHEREFORE, for the foregoing reasons, Government Defendants respectfully requests that the Court grant this request to file a reply memorandum that is up to 35 pages long. A proposed Order is attached.

Dated:  March 29, 2022        Respectfully submitted,

                              BRIAN M. BOYNTON
                              Principal Deputy Assistant Attorney General

                              MARCIA BERMAN
                              Assistant Director, Federal Programs Branch

/s/ Amy E. Powell
AMY E. POWELL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
c/o U.S. Attorney's Office
150 Fayetville St., Suite 2100
Raleigh, NC 27601
Phone: 919-856-4013
Email: amy.powell@usdoj.gov

/s/ Elizabeth Tulis
ELIZABETH TULIS
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 514-9237
Fax: (202) 616-8470
E-mail: elizabeth.tulis@usdoj.gov

*Attorneys for Defendants Department of Justice and Federal Bureau of Investigation*


/s/ Daniel P. Chung
DANIEL P. CHUNG
CATE E. CARDINALE
Trial Attorneys
United States Department of Justice
Civil Division, Torts Branch
P.O. Box 888 Ben Franklin Station
Washington, DC 20044
Phone: 202-616-4258
Email: Daniel.P.Chung@usdoj.gov

*Attorneys for the United States of America*

**CERTIFICATE OF SERVICE**

      I certify that on March 29, 2022, I electronically filed the foregoing GOVERNMENT DEFENDANTS' MOTION FOR LEAVE TO FILE EXCESS PAGES FOR ITS REPLY MEMORANDUM, AND MEMORANDUM IN SUPPORT THEREOF with the Clerk of Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document, which suffices for service to the attorneys of record who have entered an appearance. *See* L.R. 5.4(d).

DATED: March 29, 2022

                                            */s/ Amy E. Powell*
                                            AMY E. POWELL
                                            Trial Attorney
                                            United States Department of Justice
                                            Civil Division, Federal Programs Branch

                                            */s/ Daniel P. Chung*
                                            DANIEL P. CHUNG
                                            Trial Attorney
                                            United States Department of Justice
                                            Civil Division, Torts Branch