UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER PAGE,<br><br>　Plaintiff,<br><br>　v.<br><br>JAMES COMEY, ANDREW MCCABE, KEVIN CLINESMITH, PETER STRZOK, LISA PAGE, JOE PIENTKA III, STEPHEN SOMMA, BRIAN J. AUTEN,<br><br>U.S. DEPARTMENT OF JUSTICE<br><br>FEDERAL BUREAU OF INVESTIGATION<br><br>JOHN DOES 1-10; and JANE DOES 1-10,<br><br>　Defendants. | Civil Action No. 1:20-cv-3460-DLF |

**ORDER**

This matter comes before the Court on Motion for Leave to File Excess Pages filed by Defendants, the United States of America, the Department of Justice and the Federal Bureau of Investigation ("Government Defendants").

Upon consideration of the Motion, the relevant law, and the entire record, it is **ORDERED** that Defendant's Motion is hereby **GRANTED,** and

it is furthered **ORDERED** that Government Defendants' reply memorandum may exceed the 25-page limit by up to 10 pages.

It is **SO ORDERED** this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE

*All parties to be served via ECF.*