AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | | |
|---|---|---|
| Carter Page | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:20-cv-03460-DLF |
| James Comey, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

James B. Comey                                                                                                            .

Date:      04/01/2021

/s/ Stormie B. Mauck
*Attorney's signature*

Stormie B. Mauck
*Printed name and bar number*
Dechert LLP
2929 Arch Street
Philadelphia, PA 19104

*Address*

stormie.mauck@dechert.com
*E-mail address*

(215) 994-2516
*Telephone number*

(215) 994-2222
*FAX number*