UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER PAGE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:20-cv-3460 |
| JAMES COMEY, et al., | ) ) ) |
| Defendants. | ) ) |

**NOTICE OF CHANGE OF COUNSEL**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 83.6(b), Cate E. Cardinale of the U.S. Department of Justice is hereby withdrawn as counsel for the United States and should be withdrawn from the Court's service list for this matter. Daniel P. Chung of the U.S. Department of Justice remains as counsel for the United States and should continue to be included on the docket and service list.

Dated: July 15, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

/s/  Cate E. Cardinale
CATE E. CARDINALE
Trial Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 888 Ben Franklin Station
Washington, DC 20044
Phone: (202) 514-1067
Email: cate.cardinale@usdoj.gov

*Attorney for the United States of America*