UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER PAGE,<br><br>                Plaintiff,<br><br>     v.<br><br>JAMES COMEY, ANDREW MCCABE, KEVIN CLINESMITH, PETER STRZOK, LISA PAGE, JOE PIENTKA III, STEPHEN SOMMA, BRIAN J. AUTEN, DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, UNITED STATES OF AMERICA, JOHN DOES 1-10, JANE DOES 1-10,<br><br>                Defendants. | No. 20-cv-3460-DLF |

**KEVIN E. CLINESMITH'S NOTICE OF SUPPLEMENTAL SUBMISSION**

As requested by the Court, Mr. Clinesmith hereby identifies those newspaper articles cited in the Second Amended Complaint (ECF No. 73) and those external to the SAC that bear upon his statute of limitations arguments:

1. The SAC identifies with specificity one newspaper article about the surveillance of Dr. Page: a story in the *Washington Post* from April 11, 2017 that quotes Page. SAC ¶ 221. The SAC recites the contents of that article at length. *Id.* The full article was attached to Clinesmith's Motion to Dismiss Plaintiff's Second Amended Complaint ("Motion") as Exhibit 1 (ECF No. 81-2). Clinesmith relied on it in establishing that Page's FISA claim was untimely. ECF No. 81-1 at 16-17 (noting Page's conclusion in article that he was being subjected to "'unjustified, politically motivated government surveillance'").

2. Clinesmith's Motion also relies on articles in four national publications from November 2019 not identified in the SAC, but of a kind Page admits he knew of.  *See* ECF Nos. 81-7 (*New York Post*); ECF No. 81-8 (*The New York Times*); ECF No. 81-9 (*Washington Examiner*); ECF No. 81-10 (*Wall Street Journal*).  The SAC admits that Page was aware of "[m]edia reports in early October 2019" which "describe[d] the release of the Horowitz Report as imminent."  SAC ¶239.  It says he then took repeated steps that month to try to learn its contents.  *Id.* ¶¶240-48.  Weeks later, these four national "media reports" described what he'd been seeking, reporting on the content of the (not yet released) IG Report in general and Clinesmith's conduct in particular.  Clinesmith relies on them in arguing that the *Bivens* claim is especially untimely as to him.  ECF No. 81-1 at 28-29.

Dated:   August 31, 2022

Respectfully submitted,

/s/ Christopher C. Muha
William Pittard (#482949)
Christopher C. Muha (#987116)
Sarah Fink (#166663)
KAISERDILLON PLLC
1099 14th St. N.W.
8th Floor West
Washington, D.C. 20005
Phone:  (202) 640-2850
Fax:  (202) 280-1034
wpittard@kaiserdillon.com
cmuha@kaiserdillon.com
sfink@kaiserdillon.com

*Attorneys for Kevin E. Clinesmith*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 31, 2022, a copy of the foregoing was served upon counsel of record through the Court's electronic filing system.

/s/ Christopher C. Muha
Christopher C. Muha
