UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER PAGE,<br><br>*Plaintiff*,<br><br>v.<br><br>JAMES B. COMEY *et al.*,<br><br>*Defendants*. | No. 20-cv-3460 (DLF) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the individual defendants' Motions to Dismiss, Dkts. 80–87, are **GRANTED**. It is further

**ORDERED** that the government defendants' Motion to Dismiss, Dkt. 88, is **GRANTED**. It is further

**ORDERED** that the plaintiff's Second Amended Complaint, Dkt. 73, is **DISMISSED**. It is further

**ORDERED** that Count Six (*Bivens*) is **DISMISSED WITH PREJUDICE**. The remaining counts are **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to close this case.

_____
DABNEY L. FRIEDRICH
United States District Judge

September 1, 2022