AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Carter Page | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:20-cv-3460 |
| James Comey, et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America.

Date: 09/08/2022

/s/ Kristin McGrory
*Attorney's signature*

Kristin McGrory (MD Bar ID 0512140251)
*Printed name and bar number*
U.S. Department of Justice, Civil Division
Torts Branch - FTCA Section
P.O. Box 888 Ben Franklin Station
Washington DC 20044
*Address*

kristin.b.mcgrory@usdoj.gov
*E-mail address*

(202) 616-4206
*Telephone number*

(202) 616-5200
*FAX number*