IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CARTER PAGE,<br><br>       Plaintiff,<br><br>v.<br><br>JAMES B. COMEY, ET AL,<br><br>       Defendants. | Civil Action No. 1:20-cv-03460 |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to LCv.R. 83.6(b), please take notice of the withdrawal of my appearance as counsel for Plaintiff Dr. Carter Page ("Dr. Page"). No trial date is set in this matter.

I am retiring from the active practice of law in the courts after 26 years of practice.

Dr. Page continues to be represented in this matter by attorneys in the lawfirms of  Miller Keffer & Pedigo PLLC and the Parlatore Law Group, LLP, all of whom have already entered their appearances on Dr. Page's behalf in this matter.

Dr. Page has been informed of my intention to withdraw due to my retirement from the active practice of law in the courts and has provided his signed acknowledgement thereof, which is attached to this Notice.

Dated: September 9, 2021                    Respectfully Submitted,


_____/s/_____
Leslie McAdoo Gordon (Bar # 013503)
McAdoo Gordon & Associates, P.C.
1629 K Street, NW, Suite 300
Washington, DC 20006
(202) 704-7388 telephone
(202) 478-2095 facsimile
leslie.mcadoo@mcadoolaw.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that the above document was served on counsel of record for all parties on the above listed date, via the Court's ECF filing system.

_____/s/_____
Leslie McAdoo Gordon
