IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER PAGE,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES B. COMEY, ET AL,<br><br>    Defendants. | Civil Action No. 1:20-cv-03460 |

### ACKNOWLEDGEMENT OF NOTICE OF WITHDRAWAL OF COUNSEL

I, Dr. Carter Page, Plaintiff in this case, have been informed that my counsel, Leslie McAdoo Gordon, is withdrawing as my counsel in the above captioned case due to her retirement from practicing law in the courts. I consent to her withdrawal as my counsel in this matter and acknowledge that I have other counsel of record currently representing me in this matter.

Dated: September 9, 2022     Respectfully Submitted,

*/s/ Carter Page*

_____
Carter Page