UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER PAGE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:20-cv-3460 |
| JAMES COMEY, et al., | ) |
| Defendants. | ) |

NOTICE OF CHANGE OF COUNSEL

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that pursuant to Local Rule 83.6(b), Daniel P. Chung of the U.S. Department of Justice is hereby withdrawn as counsel for the United States and should be withdrawn from the Court's service list for this matter. Kristin McGrory of the U.S. Department of Justice remains as counsel for the United States and should continue to be included on the docket and service list.

Dated: September 19, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

/s/ Daniel P. Chung
DANIEL P. CHUNG
Trial Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 888 Ben Franklin Station
Washington, DC 20044
Phone: (202) 616-4258
Email: Daniel.P.Chung@usdoj.gov

*Attorney for the United States of America*