IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CARTER W. PAGE**<br><br>                 **Plaintiff,**<br>    v.<br><br> **JAMES COMEY**<br>**ANDREW McCABE**<br>**KEVIN CLINESMITH**<br>**PETER STRZOK**<br>**LISA PAGE**<br>**JOE PIENTKA III**<br>**STEPHEN SOMMA,**<br>**BRIAN J. AUTEN**<br>**DEPARTMENT OF JUSTICE,**<br>**FEDERAL BUREAU OF**<br>**INVESTIGATON,**<br>**UNITED STATES OF AMERICA,**<br>**JOHN DOES 1-10, and**<br>**JANE DOES 1-10,**<br><br>                 **Defendants** | CIVIL CAUSE OF ACTION<br><br>No. 1:20-cv-3460-KBJ<br><br><br>Honorable District Court Judge,<br>Dabney L. Friederich, Presiding<br><br><br>**JURY TRIAL DEMANDED FOR ALL CLAIMS SO TRIABLE** |

### MOTION OF PLAINTIFF CARTER W. PAGE TO ALTER OR AMEND JUDGMENT PURSUANT TO CIV. R. 59(E) AND FOR RELIEF FROM JUDGMENT UNDER CIV. R. 60(B)

Plaintiff Carter W. Page ("Page") by undersigned counsel, hereby moves the Court to grant his "**Motion Of Plaintiff Carter W. Page To Alter Or Amend Judgment Pursuant To Civ. R. 59(E) And For Relief From Judgment Under Civ. R. 60(B),**" pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 59(e), his civil rights and other rights at law.

Here, the District Court entered an Order on September 1, 2022, dismissing Cause of Action Six with prejudice against re-filing, but the rest of the Causes of Action without prejudice against re-

1

filing. An accompanying Mem. Op. was issued by the Court on the same day.

Thus, a Motion under Rule 59(e) will be timely up through the end of Thursday, September 29, 2022, starting the counting of days on the day after the triggering event. See FRCP Rule 6.

Counsel for the Plaintiff contacted Defendant's counsel to ask for their position on whether they would agree or oppose this motion, in whole or in part, or agree to part of the relief.

Oral argument is requested.

Date: September 30, 2022                    Respectfully Submitted,

                                            /s/ John M. Pierce
                                            _____

                                            John M. Pierce
                                            21550 Oxnard Street
                                            3rd Floor, PMB #172
                                            Woodland Hills, CA 91367
                                            Tel: (213) 400-0725
                                            Email: jpierce@johnpiercelaw.com
                                            Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that this document is being filed on this September 30, 2022, with the Clerk of the Court by using the U.S. District Court for the District of Columbia's CM/ECF system, which will send an electronic copy of to the following CM/ECF participants. From my review of the PACER account for this case the following attorneys are enrolled to receive notice and a copy through the ECF system.

            Amisha R. Patel, Esq.
            Email:  amisha.patel@dechert.com
            Dechert, LLP
            1900 K Street, NW
            Washington, DC 20006
            *Counsel for James B. Comey*

            David N. Kelley, Esq.
            DECHERT LLP
            Three Bryant Park
            1095 Avenue of the Americas
            New York, NY 10036

Telephone:  212-698-3500
Email:  david.kelley@dechert.com
*Counsel for James B. Comey*

Stormie Mauck, Esq.
DECHERT, LLP
2929 Arch Street
Cira Center
Philadelphia, PA 19104
Telephone:  215-994-2516
Email:  stormie.mauck@dechert.com
*Counsel for James B. Comey*

Brigida Benitez, Esq.
STEPTOE & JOHNSON, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Telephone:  (202) 429-6261
Email:  bbenitez@steptoe.com
*Counsel for Andrew McCabe*

William Bullock Pittard, IV, Esq.
Telephone:  (202) 640-2850
Email:   wpittard@kaiserdillon.com
Christopher Muha, Esq.
Telephone:  (202) 640-2850
(202) 280-1034 (fax)
Email:  cmuha@kaiserdillon.com
Sarah Renee Fink, Esq.
Telephone:  (202) 640-2850
Email:  SFink@kaiserdillon.com
KaiserDillon PLLC
1099 14th Street NW
8th Floor West Suite 800
Washington, DC 20005
*Counsel for Kevin Clinesmith*

Aitan Dror Goelman, Esq.
ZUCKERMAN SPAEDER, LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
Telephone:  (202) 778-1996
(202) 822-8106 (fax)
Email:  agoelman@zuckerman.com
*Counsel for Peter Strzok*

3

Dorothy Ames Jeffress, Esq.
Telephone:  (202) 942-5968
(202) 942-5999 (fax)
Email:  amy.jeffress@aporter.com
Kaitlin Brooke Konkel, Esq.
Telephone:  (202) 942-5757
(202) 942-5999 (fax)
Email:  kaitlin.konkel@arnoldporter.com
Robert J. Katerberg, Esq.
Telephone:  (202) 942-5000
(202) 942-5999 (fax)
Email:  robert.katerberg@arnoldporter.com
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW
Washington, DC 20001
*Counsel for Lisa Page*

James Koukios, Esq.
Telephone:  202-887-1590
202-887-0763 (fax)
Email:  JKoukios@mofo.com
Vanshika Vij, Esq.
Telephone:  202-887-1558
202-887-0763 (fax)
Email:  vvij@mofo.com
Robin A. Smith, Esq.
Telephone 202-247-1481
Email:  rsmith@mofo.com
Morrison & Foerster LLP
2100 L Street NW, Suite 900
Washington, DC 20037
*Counsel for Joe Pientka III*

Andrew Robert Hellman, Esq.
Telephone:  202-383-5300
Email:  andrewhellman@omm.com
Meaghan VerGow, Esq.
Telephone:  (202) 383-5300
(202) 383-5414 (fax)
Email:  mvergow@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
*Counsel for Stephen Somma*

Brian Matthew Heberlig, Esq.
Telephone: (202) 429-3000
(202) 429-3902 (fax)
Email: bheberlig@steptoe.com
Patrick Francis Linehan, III, Esq.
Telephone: (202) 429-8154
(202) 429-3902 (fax)
Email: plinehan@steptoe.com
James Martin Hobbs
Telephone: 202-429-8179
Email: jhobbs@steptoe.com
Steptoe & Johnson LLP
1330 Connecticut Ave., NW
Washington, DC 20036
*Counsel for Brian J. Auten*

Brigada Benitez, Esq.
Email: bbenitez@steptoe.com
Lisa M. Southerland
Email: lsoutherland@steptoe.com
Steptoe & Johnson LLP
1330 Connecticut Ave., NW
Washington, DC 20036
Telephone: (202) 429-6261
*Counsel for Andrew McCabe*


Elizabeth Murray Tulis, Esq.
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 514-9237
(202) 616-8470 (fax)
Email: elizabeth.tulis@usdoj.gov
*Counsel for U.S. Department of Justice
and the Federal Bureau of Investigation*

Amy E. Powell, Esq.
U.S. Department of Justice
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone: (919) 856-4013
Email: amy.powell@usdoj.gov

*Counsel for U.S. Department of Justice
and the Federal Bureau of Investigation
and the United States of America*

**Kristin McGrory**
DOJ-CIV
Torts Branch - FTCA
PO Box 880, Ben Franklin Station
Washington DC, DC 20044
Telephone: 202-616-4206
E-mail: kristin.b.mcgrory@usdoj.gov
*Counsel for the United States of America*

_____
John M. Pierce