**DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| CARTER PAGE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:20-cv-3460 |
| | ) | |
| JAMES COMEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CONSENT MOTION FOR TWO-WEEK EXTENSION OF TIME TO FILE**
**OPPOSITION TO MOTION TO ALTER OR AMEND JUDGMENT**

The Government Defendants, with the Individual Defendants' and Plaintiff's consent, hereby move for a fourteen-day extension of time for the Government Defendants and Individual Defendants to file their memoranda in opposition to Plaintiff's Motion to Alter or Amend Judgment (ECF No. 119). The current opposition deadline is October 13, 2022.

1.      On September 1, 2022, the Court issued an order dismissing all of Plaintiff's claims. ECF No. 114.

2.      On September 29, 2022, Plaintiff filed a "Motion to Alter or Amend Judgment under Rule 59(e) and for Relief from Judgment under Rule 60(b)." ECF No. 119. Among other things, Plaintiff proposes that the Court re-open the case, allow Plaintiff to take discovery and to file a third amended complaint, and alter and/or amend its Order and Memorandum Opinion. *See* ECF No. 119-4.

3.      The Government Defendants are currently preparing a memorandum in opposition to Plaintiff's motion.  However, they require additional time to allow for consultation with and review by various offices with the U.S. Department of Justice, and to accommodate

undersigned counsel's deadlines in other cases. The Government Defendants therefore seek an

extension of fourteen days, from October 13 to October 27, 2022, to file their opposition

memorandum.

4.      The Individual Defendants consent to the requested extension and ask that if the

requested extension is granted it applies to all Defendants.

WHEREFORE, the Government Defendants respectfully request that the Court extend

until October 27, 2022, the deadline for the Government Defendants and Individual Defendants

to file their memoranda in opposition to Plaintiff's Motion to Alter or Amend Judgment. The

Individual Defendants and Plaintiff consent to this request.

Dated:  October 11, 2022                         Respectfully Submitted,


                                                 BRIAN M. BOYNTON
                                                 Principal Deputy Assistant Attorney General

                                                 ALEXANDER K. HAAS
                                                 Director, Federal Programs Branch

                                                 ANTHONY J. COPPOLINO
                                                 Deputy Director, Federal Programs Branch

                                                 MARCIA BERMAN
                                                 Assistant Director, Federal Programs Branch

                                                 */s/ Elizabeth Tulis*
                                                 ELIZABETH TULIS
                                                 Trial Attorney, Federal Programs Branch
                                                 Civil Division, Department of Justice
                                                 1100 L Street, NW
                                                 Washington, DC 20005
                                                 Phone: 202-514-9237
                                                 Email: elizabeth.tulis@usdoj.gov

                                                 AMY E. POWELL
                                                 Senior Trial Counsel, Federal Programs Branch
                                                 Civil Division, Department of Justice
                                                 c/o U.S. Attorney's Office

2

150 Fayetteville St., Suite 2100
Raleigh, NC 27601
Phone: 919-856-4013
Email: amy.powell@usdoj.gov

*Attorneys for Defendants Department of Justice
and Federal Bureau of Investigation*

/s/  *Kristin B. McGrory*
KRISTIN B. MCGRORY
Trial Attorney, Torts Branch
Civil Division
United States Department of Justice
P.O. Box 888 Ben Franklin Station
Washington, DC 20044
Phone: 202-616-4206
Email: Kristin.B.McGrory@usdoj.gov

*Attorney for the United States of America*