IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER W. PAGE,<br><br>          Plaintiff,<br><br>-v-<br><br>JAMES COMEY, ET AL,<br><br>          Defendants. | Civil No.: 20-cv-3460-DLF |

### [PROPOSED] ORDER

Having considered Plaintiff Carter Page's Consent Motion for Two-Week Extension of Time to File Reply to Defendants' Oppositions to Plaintiff's Motion to Alter or Amend Judgment, the Motion is hereby GRANTED for good cause shown, and it is

ORDERED that Plaintiff Carter Page's deadline to file his memoranda in reply to Defendants' Opposition is hereby extended to and including November 17, 2022.

SO ORDERED.

Dated: _____, 2022

_____
HON. DABNEY FRIEDRICH
United States District Judge