# Exhibit A

**1:20-cv-003460-DLF**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | Criminal No. 21-CR-245 (AJT) |
| v. | : | |
| | : | |
| IGOR Y. DANCHENKO, | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S LIST OF TRIAL EXHIBITS

| GX # | FBI Records | Admitted |
|---|---|---|
| 100 | 3-DAY INTERVIEW REPORT OF IGOR DANCHENKO K. Helsen 10/14/22 | |
| 101 | 2017-05-18 CONTACT REPORT SUBSTITUTION | |
| 102 | 2017-10-24 CONTACT REPORT SUBSTITUTION K. Helsen 10/14/22 | |
| 103 | 2017-11-02 CONTACT REPORT SUBSTITUTION | |
| 104 | ANDERSON, AMY LYNC CHATS | |
| 105 | AUTEN, BRIAN LYNC CHAT EXCERPT | |
| 106 | HELSON, KEVIN LYNC CHATS | |
| 107 | HERTZOG, BRITTANY LYNC CHATS | |
| 109A | COMPANY REPORT 095  B. Auten, 10/11/22 | ✓ |
| 109B | COMPANY REPORT 095 | |
| 112 | COMPANY REPORT 105  B. Auten, 10/12/22 ; C. Dolan, 10/13/22 | ✓ K. Helson 10/13/22 |
| 114 | 2017-06-12 104500 EMAIL | |
| 115 | 3-DAY INTERVIEW OF DANCHENKO 1A EXCERPT EMAIL  B. Auten 10/12/22 | ✓ K. Helson - 10/13/22 |
| 115T | 3-DAY INTERVIEW OF DANCHENKO 1A EXCERPT EMAIL TRANSCRIPT | ✓ K. Helson - 10/13/22 |
| 116 | 3-DAY INTERVIEW OF DANCHENKO 1A EXCERPT BUSINESS CARD | |
| 117 | DOSSIER REPORTS | |
| 118 | IMMUNITY LETTER  B. Auten, 10/11/22 ; K. Helson 10/13/22 | ✓ |
| 119 | 2017-05-17 CONTACT REPORT SUBSTITUTION | ✓ K. Helson, 10/13/22 |
| 120 | 2017-07-13 CONTACT REPORT SUBSTITUTION | ✓ K. Helson, 10/13/22 |
| 150 | 2017-03-16 RECORDING | |
| 0151 | 2017-03-16 RECORDING EXCERPT  K. Helson 10/13/22 | ✓ |
| 0151T | 2017-03-16 RECORDING EXCERPT TRANSCRIPT | ✓ |
| 0152 | 2017-03-16 RECORDING EXCERPT  K. Helson 10/13/22 | ✓ |

K. Helson 10/14/22  • 117A

| | GX# | Description | | Admitted |
|---|---|---|---|---|
| | 0152T | 2017-03-16 RECORDING EXCERPT TRANSCRIPT | • | ✓ K. Helson 10/13/22 |
| | 0153 | 2017-03-16 RECORDING EXCERPT | | |
| | 0153T | 2017-03-16 RECORDING EXCERPT TRANSCRIPT | | |
| | 160 | 2017-05-18 RECORDING | | |
| | 0161 | 2017-05-18 RECORDING EXCERPT | | |
| | 0161T | 2017-05-18 RECORDING EXCERPT TRANSCRIPT | | |
| K. Helson 10/13/22 | 0162 | 2017-05-18 RECORDING EXCERPT | • | ✓ |
| | 0162T | 2017-05-18 RECORDING EXCERPT TRANSCRIPT | • | ✓ |
| | 0163 | 2017-05-18 RECORDING EXCERPT | | |
| | 0163T | 2017-05-18 RECORDING EXCERPT TRANSCRIPT | | |
| K. Helson 10/13/22 | 0164 | 2017-05-18 RECORDING EXCERPT | • | ✓ |
| | 0164T | 2017-05-18 RECORDING EXCERPT TRANSCRIPT | • | ✓ |
| | 170 | 2017-06-15 RECORDING | | |
| K. Helson 10/13/22 | 0171 | 2017-06-15 RECORDING EXCERPT | • | ✓ |
| | 0171T | 2017-06-15 RECORDING EXCERPT TRANSCRIPT | • | ✓ |
| K. Helson 10/13/22 | 0172 | 2017-06-15 RECORDING EXCERPT | • | ✓ |
| | 0172T | 2017-06-15 RECORDING EXCERPT TRANSCRIPT | • | ✓ |
| K. Helson 10/13/22 | 0173 | 2017-06-15 RECORDING EXCERPT | • | ✓ |
| | 0173T | 2017-06-15 RECORDING EXCERPT TRANSCRIPT | • | ✓ |
| | **GX#** | **Google Records** | | **Admitted** |
| | 203 | 2016-07-14 044134 EMAIL | | |
| B. Auten 10/12/22 | 204 | 2016-07-21 124700 EMAIL K. Helson, 10/13/22 | • | ✓ |
| | 204T | 2016-07-21 124700 TRANSLATION K. Helson, 10/13/22, 10/14/22 | | ✓ |
| | 205 | 2016-07-26 093300 EMAIL K. Helson, 10/13/22 | • | ✓ |
| | 205T | 2016-07-26 093300 TRANSLATION K. Helson, 10/13/22 | • | ✓ |
| | 206 | 2016-07-26 100600 EMAIL K. Helson, 10/13/22 | • | ✓ |
| | 206T | 2016-07-26 100600 TRANSLATION K. Helson, 10/13/22 | • | ✓ |
| | 207 | 2016-08-18 123300 EMAIL K. Helson, 10/13/22 | • | ✓ |
| | 207T | 2016-08-18 123300 TRANSLATION K. Helson, 10/13/22 | • | ✓ |
| | **GX#** | **Sprint Records (202-679-xxxx)** | | **Admitted** |
| | 300 | 2016-01 CALL DETAIL RECORDS | | |
| | 301 | 2016-02 CALL DETAIL RECORDS | | |
| | 302 | 2016-03 CALL DETAIL RECORDS | | |
| | 303 | 2016-04 CALL DETAIL RECORDS | | |
| | 304 | 2016-05 CALL DETAIL RECORDS | | |
| | 305 | 2016-06 CALL DETAIL RECORDS | | |
| | 306 | 2016-07 CALL DETAIL RECORDS | | |
| | 307 | 2016-08 CALL DETAIL RECORDS | | |
| | 308 | 2016-09 CALL DETAIL RECORDS | | |
| | 309 | 2016-10 CALL DETAIL RECORDS | | |
| | 310 | 2016-11 CALL DETAIL RECORDS | | |

| | GX# | | | Admitted |
|---|---|---|---|---|
| | 311 | 2016-12 CALL DETAIL RECORDS | | |
| | 312 | 2017-01 CALL DETAIL RECORDS | | |
| | 313 | 2017-02 CALL DETAIL RECORDS | | |
| | 314 | 2017-03 CALL DETAIL RECORDS | | |
| | 315 | 2017-04 CALL DETAIL RECORDS | | |
| | 316 | 2017-05 CALL DETAIL RECORDS | | |
| | 317 | 2017-06 CALL DETAIL RECORDS | | |
| | 318 | SPRINT SUBSCRIBER INFO DANCHENKO | | |
| | GX# | **AT&T Records (202-445-xxxx)** | | **Admitted** |
| | 402 | CALL DETAIL RECORDS MOBILITY 2017 | | |
| | 403 | SUBSCRIBER RECORDS 2017 | | |
| | 404 | CALL DETAIL RECORDS INTERNATIONAL 2017 | | |
| | 405 | CALL DETAIL RECORDS WIRELINE 2017 | | |
| | 407 | CALL DETAIL RECORDS MOBILITY 2016 | | |
| | 408 | SUBSCRIBER RECORDS 2016 | | • |
| | 409 | CALL DETAIL RECORDS INTERNATIONAL 2016 | | |
| | 410 | CALL DETAIL RECORDS WIRELINE 2016 | | |
| | GX# | **Verizon Records (404-667-xxxx)** | | **Admitted** |
| | 500 | BILLING RECORDS | | |
| | 501 | ACCOUNT RECORDS | | |
| R.James 10/14/22 • | 503 | ACCOUNT RECORDS | • | ✓ |
| | GX# | **Facebook Records** | | **Admitted** |
| K.Helson 10/13/22 | 605 | 2016-06-14 ENTRY | • | ✓ |
| | 605T | 2016-06-14 ENTRY TRANSLATION | ○ | ✓ |
| R.James 10/14/22 | 607 | 2016-07-28 ENTRY | ○ | ✓ |
| K.Helson 10/13/22 | 610 | 2016-09-26 ENTRY — | • | ✓ |
| | 610T | 2016-09-26 ENTRY TRANSLATION | • | ✓ |
| " ○ | 611 | 2018-04-04 ENTRY | ● | ✓ |
| " ○ | 612 | 2018-12-09 ENTRY | ○ | ✓ |
| " ○ | 612T | 2018-12-09 ENTRY TRANSLATION | ○ | ✓ |
| | GX# | **KGlobal Records** | | **Admitted** |
| | 700 | 2016-03-08 164300 EMAIL | | |
| | 701 | 2016-03-10 200600 EMAIL | | |
| • | 702 | 2016-04-29 203300 EMAIL  C. Dolan, 10/13/22 | ○ | ✓ |
| • | 703 | 2016-04-29 204000 EMAIL  C. Dolan, 10/13/22 | ○ | ✓ |
| | 704 | 2016-04-29 212100 EMAIL | | |
| | 705 | 2016-04-30 101100 EMAIL | | |
| | 706 | 2016-04-30 175300 EMAIL | | |
| | 708 | 2016-05-31 175100 EMAIL | | |
| | 709 | 2016-06-10 164900 EMAIL | | |
| | 710 | 2016-06-14 080000 EMAIL | | |

3

K.Helson ✓ • 606
10/14/22 (Adm w/ Redactions) • 606T

R.James ✓ • 618  Facebook Record
10/14/22

• ✓ (with redactions)
   " "
✓ "

| GX# | | | Admitted |
|---|---|---|---|
| | 711 | 2016-07-22 225900 EMAIL | |
| | 712A | 2016-08-19 130800 EMAIL C. Dolan, 10/13/22; K. Helson 10/13/12 • | ✓ |
| | 712B | 2016-08-19 200600 EMAIL C. Dolan, 10/13/22 • | ✓ |
| B. Auten 10/12/22 | 713A | 2016-08-20 124300 EMAIL C. Dolan, 10/13/22; K. Helson 10/13/12 • | ✓ |
| | 713B | 2016-08-20 124300 EMAIL C. Dolan, 10/13/22 • | ✓ |
| | 714 | 2016-08-20 140000 EMAIL B. Auten, 10/12/22; C. Dolan 10/13/22 • | ✓ K. Helson 10/13/22 |
| | 715 | 2016-09-22 104500 EMAIL | |
| | 717 | 2017-01-13 111500 EMAIL | |
| GX# | | **Marriott/Ritz Carlton Records** | Admitted |
| | 805 | 2016-06-14 031700 EMAIL | |
| | 814 | INSIDE THE KREMLIN CONTACT SHEET | |
| GX# | | **Sidar Global Records** | Admitted |
| • | 901 | 2016-07-18 114700 EMAIL B. Auten, 10/12/22, K. Helson 10/14 • | ✓ |
| GX# | | **Public Records** | Admitted |
| | 1200 | 2016-09-23 YAHOO NEWS ARTICLE | |
| • | 1202 | 2017-01-10 BUZZFEED ARTICLE C. Dolan, 10/13/22 • | ✓ |
| | 1203 | 2016-08-19 POLITICO ARTICLE | |
| | 1204 | 2017-05-17 MUELLER APPOINTMENT | |
| B. Auten 10/11/22 | 1205 | DECLASSIFIED FISA 1 • | ✓ |
| | 1206 | DECLASSIFIED FISA 2 • | ✓ |
| | 1207 | DECLASSIFIED FISA 3 • | ✓ |
| | 1208 | DECLASSIFIED FISA 4 • | ✓ |
| GX# | | **Amtrak Records** | Admitted |
| • | 1300 | AMTRAK RECORDS B. Auten, 10/12/22 • | ✓ |
| GX# | | **Customs & Border Patrol Records** | Admitted |
| • | 1400 | SERGEI MILLIAN TRAVEL RECORD B. Auten - 10/12/22 R.James 11/14 | ✓ |
| GX# | | **LinkedIn Records** | Admitted |
| | 1500 | DANCHENKO LINKEDIN MESSAGES | |
| • | 1502 | DANCHENKO LINKEDIN MESSAGES EXCERPT B. Auten, 10/11/22 | ✓ K. Helson 10/13/22 |
| GX# | | **Summary Witness Records** | Admitted |
| | 1602 | SUMMARY DANCHENKO/DOLAN CALL DETAIL RECORDS | |
| • | 1603 | SUMMARY DANCHENKO CALL DETAIL RECORDS | ✓ |
| GX# | | **Microsoft Records** | Admitted |
| | 1702 | HOTMAIL SUBSCRIBER INFORMATION DANCHENKO | |
| | 1703 | HOTMAIL CONTACT MILLIAN | |
| | 1704 | HOTMAIL CONTACT DANCHENKO, ALYONA | |
| | 1705 | HOTMAIL CONTACT CDS | |
| | 1706 | HOTMAIL CONTACT MARTIN, JOSH | |
| | 1707 | HOTMAIL CONTACT DOLAN, CHARLES | |
| | 1708 | HOTMAIL CONTACT SIDAR, CENK | |
| | 1709 | HOTMAIL CONTACT K, LYDIA | |

R. James 10/14/22 • 1603 Summary Chart -
R. James v. 1604 Summary Chart
10/14/22

4

✓ - AS Redacted
✓

|       | GX# | Stipulations | | Admitted |
|---|---|---|---|---|
|   | 1710 | HOTMAIL CONTACT KUPKA, STEVEN | | |
|   | 1711 | HOTMAIL CONTACT OLYA | | |
|   | GX# | Stipulations | | Admitted |
| • | 1800 | LINKEDIN RECORDS  B. Auten, 10/11/22 | • | ✓ |
| B. Auten 10/12/22 | 1801 | GOOGLE LLC RECORDS | • | ✓ |
|   | 1802 | RUSSIAN TO ENGLISH TRANSLATIONS | • | ✓ |
|   | 1803 | KGLOBAL RECORDS | • | ✓ |
|   | 1804 | AT&T RECORDS | | |
| • | 1805 | FACEBOOK RECORDS  K. Helson, 10/13/22 | • | ✓ |
|   | 1806 | MARRIOTT RECORDS | | |
|   | 1807 | MICROSOFT RECORDS | | |
|   | 1808 | T-MOBILE RECORDS | | |
|   | 1809 | VERIZON RECORDS | | |
| • | 1810 | INTERNET APPLICATIONS  B. Auten, 10/12/22 – Offered | | ✓ 10/13/22 |
| • | 1811 | RECORDINGS AND TRANSCRIPTIONS  K. Helson, 10/13/22 | • | ✓ |
| • | 1812 | AMTRAK RECORDS | • | ✓ |

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Case No. 1:21-CR-00245 |
| | ) | Judge Anthony Trenga |
| IGOR DANCHENKO | ) | Trial Date: October 11, 2022 |
| | ) | |
| Defendant. | ) | |

### DEFENDANT'S EXHIBIT LIST

| Exhibit No. | Description | Bates Number | Off'd | Adm'd | Notes |
|---|---|---|---|---|---|
| Dx 1 | 5/24/2016 New York Magazine Article | | | | |
| Dx 2 | 5/25/2016 Vanity Fair Article | | | | |
| Dx 3 | 5/25/2016 Politico Article | | | | |
| Dx 4 | 5/25/2016 Politico Article | | | | |
| Dx 5 | 5/26/2016 USA Today Article | | | | |
| Dx 6 | 6/20/2016 Daily Beast Article | | | | |
| Dx 7 | 6/20/2016 New York Times Article | | | | |
| Dx 8 | 7/17/2016 New York Magazine Article | | | | |
| Dx 9 | 7/19/2016 Vanity Fair Article | | | | |
| Dx 10 | 8/14/2016 New York Times Article | | | | |
| Dx 11 | 8/14/2016 Tweet from Corey Lewandowski | | | | |
| Dx 12 | 8/14/2016 Tweet from Roland Scahill | | ✓ | ✓ | B.Auten, 10/12/22 |
| Dx 13 | 8/14/2016 The Hill Article | | | | |
| Dx 14 | 8/14/2016 Tweet | | | | |
| Dx 15 | 8/41/2016 Tweet | | | | |
| Dx 16 | 8/15/2016 Tweet | | | | |

Page 1 of 10

| Exhibit No. | Description | Bates Number | Off'd | Adm'd | Notes |
|---|---|---|---|---|---|
| Dx 17 | 8/15/2016 Tweet | | | | |
| Dx 18 | 8/15/2016 Politico Article | | | | |
| Dx 19 | 8/15/2016 Tweet | | | | |
| Dx 20 | 8/17/2016 New York Times Article | | | | |
| Dx 21 | 8/17/2016 LA Times Article | | | | |
| Dx 22 | 8/19/2016 New York Times Article | | | | |
| Dx 23 | 8/19/2016 Tweet | | | | |
| Dx 24 | 8/19/2016 Politico Article | | | | |
| Dx 25 | 8/19/2016 Rolling Stone Article | | | | |
| Dx 26 | 8/19/2016 Daily Beast Article | | ✓ | ✓ | B. Auten, 10/12/22 |
| Dx 27 | 8/21/2016 The Street Article | | | | |
| Dx 100 | ID Case Opening | SCO_105224 | ✓ | ✓ | K. Helson, 10/13/22 |
| Dx 101 | CHS Reporting Document for 5/18/2017 Interview | SCO_105282 | | | |
| Dx 102 | Debrief Notes of 6/15/2017 Interview | SCO_105333 to SCO_105334 | ✓ | ✓ | K. Helson, 10/13/22<br>A. Anderson 10/14/22 |
| Dx 103 | CHS Reporting Document of 6/15/2017 Interview | SCO_105284 | ✓ | ✓ | A. Anderson 10/14/22 |
| Dx 104 | CHS Reporting Document of 10/23/2017 Interview | SCO_105285 | | | |
| Dx 105 | CHS Reporting Document of 11/2/2017 Interview | SCO_105287 | | | |
| Dx 106 | CHS Reporting Document of 10/24/2017 Interview | SCO_105286 | | | |
| Dx 107 | Field Office Annual Source Report | SCO_105294 | ✓ | ✓ | K. Helson, 10/13/22 |
| Dx 108 | Field Office Annual Source Report | SCO_105335 | ✓ | ✓ | K. Helson, 10/13/22 |
| Dx 109 | CHS Payment Request | SCO_105247 | ✓ | ✓ | K. Helson, 10/13/22 |
| Dx 110 | CHS Payment Request | SCO_105249 | ✓ | ✓ | K. Helson, 10/13/22 |
| Dx 111 | Electronic Communication re: Raise Payment Threshold to $200,000 | SCO_105257 | | | |

| Exhibit No. | Description | Bates Number | Off'd | Adm'd | Notes |
|---|---|---|---|---|---|
| Dx 112 | Electronic Communication re: Raise Payment Threshold to $300,000 | SCO_105260 | ✓ | ✓ | K. Helson, 10/13/22 |
| Dx 113 | Helson Memo re: 7/16/2020 Phone Call | SCO_105451 | | | |
| Dx 114 | Helson Email re: Release of ID Interview, etc. | SCO_105329 to SCO_105330 | | | |
| Dx 115 | FBI Email re: Protecting ID | SCO_105288 to SCO_105289 | | | |
| Dx 116 | Helson Email re: Durham Request for Interview of ID | SCO_105305 to SCO_105306 | | | |
| Dx 117 | Helson Electronic Communication for Expense and Lump Sum Payment | SCO_105290 to SCO_105291 | ✓ | ✓ | K. Helson 10/13/22 |
| Dx 118 | Source Closing Communication | SCO_105237 | | | |
| Dx 119 | Summary Draft Significant Source Validation Report | SCO_105163 to SCO_105164 | | | |
| Dx 120 | Summary Final Significant Source Validation Report | SCO_105161 to SCO_105162 | | | |
| Dx 121 | CHS Report | SCO_105296 | | | |
| Dx 122 | Preliminary Background on Danchenko | SCO_105332 | | | |
| Dx 123 | OIA Authorization | SCO_105326 | | | |
| Dx 124 | Inspection Report Review | SCO_105300 to SCO_105301 | | | |
| Dx 125 | Helson Email re: Durham Investigation | SCO_3500_065231 to SCO_3500_065233 | | | |
| Dx 126 | 5/18/2017 Interview Recording Excerpt | | | | |
| Dx 126T | 5/18/2017 Interview Recording Excerpt Transcript | | | | |
| Dx 127 | 6/2/2017 Helson Email re: Cases Danchenko is Reporting On | SCO_3500_067330 | | | |
| Dx 128 | 8/22/2017 Helson Email re: Anderson Asking for Danchenko Insight | SCO_3500_067348 to SCO_3500_067349 | | | |

| Exhibit No. | Description | Bates Number | Off'd | Adm'd | Notes |
|---|---|---|---|---|---|
| Dx 129 | 8/30/2017 Helson Email re: Dolan and Danchenko Putting on Conference | SCO_3500_067371 to SCO_3500_067373 | | | |
| Dx 130 | 1/10/2018 Helson Email re: Cases Danchenko is Reporting On | SCO_3500_067369 to SCO_3500_067370 | | | |
| Dx 131 | 2/23/2018 Helson Email re: Danchenko Providing Information on Orbis Customers | SCO_3500_067379 to SCO_3500_067380 | | | |
| Dx 132 | 10/2/2018 Helson Email re: Concerns About Danchenko Being Outed | SCO_3500_067381 to SCO_3500_067383 | | | |
| Dx 133 | 12/4/2018 Helson Email re: Cases Danchenko Is Reporting On | SCO_3500_067341 to SCO_3500_067342 | | | |
| Dx 134 | 9/9/2019 Helson Email re: Request for Danchenko Information on Steele Deleted Thumb Drive | SCO_3500_067412 to SCO_3500_067421 | | | |
| Dx 135 | 3/2/2020 Helson Email re: Concerns about Danchenko Being Outed | SCO_3500_067343 to SCO_3500_067347 | | | |
| Dx 136 | 10/15/2020 Helson Email re: Danchenko Collecting Information in London | SCO_3500_067505 to SCO_3500_067506 | | | |
| Dx 150 | 10/31/2018 OIG Testimony of Helson | SCO_3500_065234 to SCO_3500_065465 | | | |
| Dx 151 | OIG Testimony of Helson Excerpt | SCO_3500_065234, SCO_3500_065362 | | | |
| Dx 152 | Helson Declaration | SCO_105307 to SCO_105323 | | | |
| Dx 153 | 11/24/2020 Helson Interview with SCO | SCO_3500_064088 to SCO_3500_064108 | | | |
| Dx 154 | 7/27/2020 Helson Interview with SCO | SCO_3500_064072 to SCO_3500_064087 | | | |
| Dx 200 | 4/12/2016 Dolan Email re: Danchenko | SCO_3500_003744 to SCO_3500_003746 | | | |
| Dx 201 | 6/9/2016 Dolan Email re: Political Souvenirs | SCO_3500_002231 to SCO_3500_002232 | | | |
| Dx 202 | 9/7/2018 Dolan Email re: Danchenko Possibly Writing a Book | SCID_00017835 to SCID_00017837 | | | |

Page 4 of 10

| Exhibit No. | Description | Bates Number | Off'd | Adm'd | Notes |
|---|---|---|---|---|---|
| Dx 203 | 8/19/2016 Dolan Email re: Kalugin Resignation | SCO_3500_001468 to SCO_3500_001469 | | | |
| Dx 250 | 8/31/2021 Dolan Interview with SCO | SCO_005619 to SCO_005742 | | | |
| Dx 251 | 9/7/2021 Dolan Interview with SCO | SCO_005743 to SCO_005781 | | | |
| Dx 252 | 11/1/2021 Dolan Interview with SCO | SCO_005782 to SCO_005800 | | | |
| Dx 300 | 5/24/2017 CHS on Millian | SCO_105246 | | | |
| Dx 301 | 7/11/2017 Lync Call | SCO_3500_066373 | | | |
| Dx 302 | 8/15/2017 Chart from Anderson | SCO_3500_065663 to SCO_3500_065667 | | | |
| Dx 303 | 6/27/2019 OIG Testimony of Anderson | SCO_3500_064115 to SCO_3500_064219 | | | |
| Dx 304 | 9/14/2022 Trial Prep Notes | SCO_3500_066743 | | | |
| Dx 305 | 5/1/2020 Anderson Interview with SCO | SCO_3500_063983 to SCO_3500_063988 | | | |
| Dx 306 | 8/31/2021 Anderson Interview with SCO | SCO_3500_063989 to SCO_3500_063994 | | | |
| Dx 307 | Anderson Lync Messages | SCO_3500_064220 to SCO_3500_064233 | | | |
| Dx 308 | 5/24/2017 Lync Message Excerpt | SCO_3500_064221 to SCO_3500_064222 | | | |
| Dx 350 | 8/16/2021 Hertzog Interview with SCO | SCO_3500_066724 to SCO_3500_066732 | | | |
| Dx 351 | 10/29/2021 Hertzog Interview with SCO | SCO_3500_064109 to SCO_3500_064114 | | | |
| Dx 352 | Hertzog Lync Messages | SCO_3500_065636 to SCO_3500_065657 | | | |
| Dx 353 | 9/21/2017 Lync Message Excerpt | SCO_3500_065645 | | | |
| Dx 354 | 10/19/2017 Lync Message Excerpt | SCO_3500_065646 | | | |
| Dx 355 | 12/21/2017 Lync Message Excerpt | SCO_3500_065647 to SCO_3500_065648 | | | |
| Dx 356 | 8/3/2022 Trial Prep Notes | SCO_3500_066734 to SCO_3500_066741 | | | |
| Dx 400 | Probability Chart | SCO_3500_065100 | ✓ | ✓ | B. Auten, 10/12/22 |
| Dx 401 | Confidence in Assessments and Judgments | SCO_3500_065101 | | | |

| Exhibit No. | Description | Bates Number | Off'd | Adm'd | Notes |
|---|---|---|---|---|---|
| Dx 402 | 1/12/2017 Email re: Plan to Convert Danchenko into CHS | SCO_105244 | | | |
| Dx 403 | Papadopoulos-Millian Contact Information from August 2016 to August 2017 | SCO_105261 to SCO_105276 | ✓ | ✓ | B. Auten, 10/12/22 |
| Dx 404 | 8/27/2016 Email re: Physical Surveillance of Millian | SCO_3500_001181 to SCO_3500_001182 | | | |
| Dx 405 | 11/22/2016 FBI Biographical Data on Millian | SCO_3500_065808 to SCO_3500_065809 | | | |
| Dx 406 | 9/15/2016 Tactical TPP on Millian | SCO_3500_065813 to SCO_3500_065829 | | | |
| Dx 407 | 8/27/2016 Background on Millian | SCO_3500_066520 | | | |
| Dx 409 | 11/22/2016 FBI Biographical Data on Millian | SCO_3500_067130 to SCO_3500_067132 | | | |
| Dx 411 | 4/27/2017 Auten Email re: Danchenko's analytical conclusions | SCO_3500_067248 to SCO_3500_067249 | | | |
| Dx 412 | December 2019 OIG Report | | | | |
| Dx 415 | Factrix Excerpt | SCO_3500_001105 | | | |
| Dx 416 | Pennsylvania USAO "Tips for Testifying" | | | | |
| Dx 417 | DOJ Institute of Justice "Eyewitness Evidence: A Trainer's Manual for Law Enforcement" | | | | |
| Dx 418 | 2/3/2017 Danchenko Debriefing Document | SCO_3500_066853 to SCO_3500_066879 | | | |
| Dx 420 | 5/26/2016 Email Correspondence between Zlodorev and Millian | SC_IDC_0044205 | ✓ | ✓ | 10/14/2022 Gx 201 |
| Dx 420T | 5/26/2016 Email Translation | SCO_101591, SCO_101593421 | ✓ | ✓ | B. Auten, 10/12/22 Gx 201T |
| Dx 421 | 7/21/2016 Email from Danchenko to Millian | SC_IDC_0042660 | | | Gx 204 |
| Dx 421T | 7/21/2016 Email Translation | | | | Gx 204T |

Page 6 of 10

| Exhibit No. | Description | Bates Number | Off'd | Adm'd | Notes |
|---|---|---|---|---|---|
| Dx 422A | Amtrak Certification of Records Custodian | SCO_101433 | ✓ | ✓ | B. Auten, 10/12/22 |
| Dx 422B | Amtrak Records | SCO_101435 to SCO_101436 | ✓ | ✓ | B. Auten, 10/12/22 |
| Dx 423 | 7/26/2016 Email Correspondence between Zlodorev and Millian | SC_IDC_0042663 | | | Gx 206 |
| Dx 423T | 7/26/2016 Email Translation | SCO_002121 to SCO_002122 | | | Gx 206T |
| Dx 424 | TECS Records | SCO_101428 | ✓ | ✓ | Gx 1400 B. Auten, 10/12/22 |
| Dx 425 | TECS Records | SCO_101428 to SCO_101432 | | | |
| Dx 426 | 7/28/2016 Facebook Excerpt | SCO_002135 to SCO_002136 | ✓ | ✓ | B. Auten, 10/12/22 Gx 607 |
| Dx 427 | 8/18/2016 Email from Danchenko to Millian | SC_IDC_0042676 | | | Gx 207 |
| Dx 427T | 8/18/2016 Email Translation | | | | Gx 207T |
| Dx 428 | 9/23/2016 Facebook Message | SCO_017714 | | | |
| Dx 428T | 9/23/2016 Translated Messages | | | | |
| Dx 430 | 2010 Danchenko Resume and Cover Letter | SCO_006757 to SCO_006760 | | | |
| Dx 440 | Auten Affidavit | SCO_105351 to SCO_105450 | | | |
| Dx 441 | 10/25/2018 OIG Testimony of Auten | SCO_3500_064671 to SCO_3500_064932 | | | |
| Dx 442 | 11/13/2018 OIG Testimony of Auten | SCO_3500_064933 to SCO_3500_064998 | | | |
| Dx 443 | 4/24/2019 OIG Testimony of Auten | SCO_3500_064234 to SCO_3500_064559 | | | |
| Dx 444 | 4/26/2019 OIG Testimony of Auten | SCO_3500_064560 to SCO_3500_064670 | | | |
| Dx 445 | 10/29/2020 Auten Interview with SJC | SCO_3500_000101 to SCO_3500_000305 | | | |
| Dx 446 | 7/26/2021 Auten Interview with SCO | SCO_3500_064003 to SCO_3500_064036 | | | |
| Dx 447 | 10/21/2021 Auten Interview with SCO | SCO_3500_001071 to SCO_3500_001084 | | | |
| Dx 448 | Subsource List | SCO_105292 | | | |

| Exhibit No. | Description | Bates Number | Off'd | Adm'd | Notes |
|---|---|---|---|---|---|
| Dx 470 | 3/10/2015 Email re: Millian Providing Number to Discuss Sanctions related to Russia | SC_IDC_0043950 | | | |
| Dx 470T | 3/10/2015 Email Translation | | | | |
| Dx 471 | 5/29/2015 Email re: Millian Willing to Skype with Zlodorev | SC_IDC_0043977 | | | |
| Dx 471T | 5/29/2015 Email Translation | | | | |
| Dx 472 | 7/10/2015 Email re: Millian Provides Moscow Number to Zlodorev | SC_IDC_0043999 | | | |
| Dx 472T | 7/10/2015 Email Translation | | | | |
| Dx 474 | 8/24/2015 Email re: Millian Boasting about Connections to Trump | SC_IDC_0044046 to SC_IDC_0044047 | | | |
| Dx 475 | 2/26/2016 Email re: Millian Boasting about Connections to Trump | SC_IDC_0044150 to SC_IDC_0044154 | | | |
| Dx 476 | 3/3/2016 Email re: Millian Sending Photo of him and Trump | SC_IDC_0044165 to SC_IDC_0044167 | | | |
| Dx 477 | 3/15/2016 Email re: Millian Reaches out to Cohen and Asks to Advise on Russian Matters | SC_IDC_0044174 | | | |
| Dx 478 | 3/22/2016 Email re: Millian Boasting about Relations to Candidate Trump and his Team | SC_IDC_0044177 | | | |
| Dx 478T | 3/22/2016 Email Translation | | | | |
| Dx 479 | 4/7/2016 Email re: Millian Boasting about Knowledge and Relations to Trump's Business Affairs | SC_IDC_0044184 | | | |
| Dx 479T | 4/7/2016 Millian Email Translation | | | | |
| Dx 480 | 7/15/2016 LinkedIn Message from Millian to Papadopoulos | SC_IDC_0044240, SC_IDC_0054500 | ✓ | ✓ | B. Auten, 10/12/22 |

- Portion beginning - "Please do not hesitate... (to the end of that para. - ADMITTED - DX 480

Page 8 of 10

| Exhibit No. | Description | Bates Number | Off'd | Adm'd | Notes |
|---|---|---|---|---|---|
| Dx 481 | 7/15/2016 Email re: Millian Boasting about Meeting with Trump | SC_IDC_0044241 | ✓ | ✓ | B. Auten, 10/12/22 |
| Dx 481T | 7/15/2016 Email Translation | | ✓ | ✓ | B. Auten, 10/12/22 |
| Dx 482 | 7/15/2016 Email re: Millian Boasting about Meeting with Trump | SC_IDC_0044244 | ✓ | ✓ | B. Auten, 10/12/22 |
| Dx 482T | 7/15/2016 Email Translation | | ✓ | ✓ | B. Auten, 10/12/22 |
| Dx 483 | 7/26/2018 Email re: Millian Boasting about Meeting with Trump | SC_IDC_0044262 | | | |
| Dx 484 | 7/28/2016 Email re: Millian Setting Up Interview to Talk about Trump and Affairs in Russia | SC_IDC_0044296 | | | |
| Dx 485 | 7/31/2016 Email re: Millian Angry at ABC | SC_IDC_0044302 | | | |
| Dx 486 | 8/5/2016 Email re: Introduction to Papadopoulos via Skype | SC_IDC_0044319 | ✓ | ✓ | B. Auten, 10/12/22 |
| Dx 487 | 8/8/2016 Email re: Millian and Papadopoulos Communication | SC_IDC_0044333 | | | |
| Dx 488 | 8/9/2016 Email re: Millian Boasting to Trump Advisor about Connections to Russia | SC_IDC_0044334 | | | |
| Dx 489 | 8/22/2016 Email re: Millian Emailing Papadopoulos about US-Russia Relations | SC_IDC_0044346 | | | |
| Dx 490 | 8/25/2016 Email re: Millian Discussing Public Speech about Russia-US Relations with Papadopoulos | SC_IDC_0044350 to SC_IDC_0044351 | | | |
| Dx 491 | 8/26/2016 Email re: Millian Makes Donation to Papadopoulos Hampton Church | SC_IDC_0044379 | | | |
| Dx 492 | 8/26/2016 Paypal Transaction | SC_IDC_0044380 | | | |

Page 9 of 10

| Exhibit No. | Description | Bates Number | Off'd | Adm'd | Notes |
|---|---|---|---|---|---|
| Dx 494 | 9/13/2016 Email re: Millian Boasting Catches Up to Him, Looks to Cohen for Help | SC_IDC_0044434 to SC_IDC_0044437 | | | |
| Dx 495 | 9/16/2016 Email re: Millian Boasting about Relations to Trump | SC_IDC_0044505 | | | |
| Dx 495T | 9/16/2016 Email Translation | | | | |
| Dx 496 | 9/16/2016 Email re: Millian Claims Not to Have Access to Records | SC_IDC_0044492 to SC_IDC_004498 | | | |
| Dx 497 | Auten's Handwritten Notes | SCO_3500_067255 to SCO_3500_067300 | ✓ | ✓ | B. Auten, 10/12/22 Pg. 16 ONLY |