# Exhibit B

**1:20-cv-003460-DLF**



***Topics for discussion***
*Terrorist campaigns and media considerations*

March 30, 2017

# A "dark cloud": Spiking the football on March 20, 2017

Building upon frequently recited past lies, Mook sent a call to their followers



"Hillary Clinton's former campaign manager said Monday that President Trump's campaign aides should be '**prosecuted for treason**' if an FBI investigation proves they coordinated with Russia in the presidential campaign.

"**Robby Mook said he's 'glad' FBI Director James Comey is testifying before the House Intelligence Committee**, where Comey on Monday morning disclosed that his agency is investigating possible collusion between Trump's campaign and Moscow during the election.

Source: Amie Parnes, "Mook: Trump aides 'should be prosecuted for treason' if they conspired with Russia," *The Hill*, March 20, 2017.

http://thehill.com/homenews/administration/324772-mook-trump-aides-should-be-prosecuted-for-treason-if-they-conspired

**Verbiage precisely matched the threatening anonymous call from an Oklahoma number, shortly thereafter.**

# USA PATRIOT Act

Definition of domestic terrorism



- Acts of domestic terrorism are those which: "(A) involve **acts dangerous to human life that are a violation of the criminal laws of the United States** or of any State; (B) **appear to be intended – (i) to intimidate or coerce a civilian population**; (ii) to influence the policy of a government by intimidation or coercion; or (iii) to affect the conduct of a government by mass destruction, assassination, or kidnapping; and (C) **occur primarily within the territorial jurisdiction of the United States**."

Source: https://en.wikipedia.org/wiki/Domestic_terrorism_in_the_United_States

**The obstruction of justice in the form of illegal false evidence intended to both intimidate me and coerce the American electorate seems to potentially fit well within this definition.**

# Topics for discussion
Covering all the bases, and further addressing the epic lies

**Tactical issues / Potential topics:**

### CWP
- Dodgy Dossier (HRC's Steele report)
- Related fake media reports
- Review FISA surveillance findings, as applicable
- Computer download (SSIC preserve, etc)

### HRC & Co.
- Criminal introduction of false evidence
- "Influence on election": Obstruction of justice / collusion with Obama Administration officials

**Bottom line / Next steps:**

Extreme vetting, full cavity search preferred in the interest of ending this nonsense once and for all (and alleviating concerns amongst cynics)

"Help her heal" or full justice?

# Former U.S. Ambassador to Russia Michael McFaul

Pinned tweet



"We need a bipartisan, independent, 9/11-like commission to investigate foreign meddling in our elections."

Source: https://twitter.com/McFaul/status/830156591173230592

👆 Supporter of the primary meddler in 2016 election, whose campaign in turn had principal responsibility for concocting and marketing Dodgy Dossier to USG.

# Lessons from the original 9/11 Commission

The risk of distraction from real threats



- "The commission's final report was lengthy and based on extensive interviews and testimony. Its primary conclusion was that the failures of the U.S. Central Intelligence Agency (CIA) and Federal Bureau of Investigation (FBI) permitted the terrorist attacks to occur and that if these agencies acted more wisely and more aggressively, the attacks could potentially have been prevented."

Source: https://en.wikipedia.org/wiki/9/11_Commission

**Per Sunday, September 25, 2016 letter: "I would eagerly await… helping [your team] put these outrageous allegations to rest while allowing each of us to shift our attention to useful matters."**

# Comparison of efforts that may have undermined public faith in the 2016 U.S. election

| | Impact of so-called Russian actions against the Clinton campaign | Impact of the Clinton campaign's direct personal attacks on Carter Page |
|---|---|---|
| **Nonpublic** | Yes, the Wikileaks emails were nonpublic. | The Clinton's Buzzfeed report which they leaked to the press for months and provided to U.S. law enforcement previously was also non-public, but completely fake. False Evidence is a crime, and reflects Obstruction of Justice – President Nixon's impeachment charge. |
| **Materiality** | Wikileaks: main conclusion is that the Clinton regime is dishonest. But who didn't know that? So it is almost completely immaterial. | The lies that the Clinton campaign told primarily against me, since I've had the longest close relations with senior Russians amongst known supporters of the Trump campaign, were far more material. These lies continue to put a dark cloud and open questions over the new Presidential Administration. This needs to be urgently cleared up, for the sake of justice in the United States, and the preservation of national security. |

# Morgan Stanley watch party: UEFA Euro 2016, July 6, 2016

Portugal beats Wales, 2-0

- Semi-finals telecast of Stade de Lyon, France
- Ronaldo scores one goal, one assist.



**Packed house in attendance at a bar in Moscow that night. I stopped by shortly before heading back to my hotel to work on speech. Some industry people in attendance, who I spoke with briefly… albeit primarily about the soccer game.**

# What could he possibly have meant?
## Mingling chit-chat at a reception

- "ACOSTA: Three months later, Trump's national security adviser say they met with the Russian ambassador in Cleveland, during the Republican convention. Former campaign adviser J.D. Gordon tells CNN he and another foreign policy adviser, Carter Page, discussed U.S.- Russian relations with the ambassador."

> As alluded to previously, J.D. liked to run the show and play the lead role in conversations. I honestly have zero recollection of anything that was said at that reception, but may have stopped by while J.D. was talking with Kislyak.



# What could he possibly have meant?

Mingling chit-chat at a reception

**4:00pm – 6:30pm   Panel Discussion and Reception hosted by Jones Day**
901 Lakeside Avenue, Cleveland, OH 44114

**4:30pm-5:30pm   International Business Panel**
*Moderator:* Nicole Wallace
*Political Analyst, MSNBC; Former Cohost, ABC's The View*

*Panelists:*
KT McFarland
*Fox News National Security Analyst*

Lodewijk "Lou" Berger
*Jones Day Partner, Amsterdam Office*

Michael Thaman
*Chairman and CEO, Owens Corning*

John Phillips
*Jones Day, London*

**5:30pm-6:30pm   Networking Reception**

March 20 testimony: "…researcher is either knowingly or unwittingly passing information to a foreign adversary…"

## Definition of Unwitting

- **(of a person) not aware of the full facts.**

*Adjective, un·wit·ting, ən-ˈwi-tiŋ*

> **This one term largely defines the perennial nature of U.S.-Russia relations. But the full facts can expose potential ways to fix it, as per the objectives frequently stated by then-candidate Donald J. Trump last year…. Before leakers and liars got in the way.**

In any event and to the best of my recollection, nothing I said to any Russian scholar, businessman, journalist or other person last year could possibly be construed as representing material non-public information. And I certainly never encouraged anyone to do anything that is in any way even close to being illegal.

# Fake News Propaganda Campaign underwritten by the U.S.G.

Misuse of Government Resources: Severe Defamation on Behalf of Obama/Clinton team



- **September 24, 2016:** "Report: U.S. Intelligence Officials Examining Trump Adviser's Russia Ties," Radio Free Europe / Radio Liberty. [http://www.rferl.org/a/report-us-intelligence-probes-trump-advisers-russia-ties-kremlin/28010062.html]:

  - "Yahoo News cited the same Western intelligence source as saying that U.S. intelligence officials have received reports that Page has also met with Igor Diveikin, a right-hand man of Vyacheslav Volodin, Putin's first deputy chief of staff and a key architect of Russia's political landscape during Putin's third term."

- **November 6, 2016:** Mike Eckel, "Reset To Overload: Russia-U.S. Ties Have Changed, No Matter Who Wins The Election," Radio Free Europe / Radio Liberty. [http://www.rferl.org/a/u-s-election-trump-clinton-relations-russia/28100058.html]

  - "Another adviser, Carter Page, reportedly met with top Kremlin officials including those under U.S. sanctions."

Fake "Intelligence Sources"

# Fake News Propaganda Campaign underwritten by the U.S.G.

Misuse of Government Resources: Severe Defamation on Behalf of Obama/Clinton team



## *Radio Free Europe/Radio Liberty FY 2016 Budget:*

## $108.4 million

Last year's taxpayer funding for the U.S. Government propaganda source that directly contributed to the defamatory misinformation initiative organized by the Clinton campaign with the direct support of the Obama Administration

# To-Do List
Next Steps

- **"Preserve" records** – Full download for Christopher Joyner, Staff Director, U.S. Senate Select Committee on Intelligence
- **Future plans**
  - Go/No-go decision regarding Crimea speech trip, travel dates: April 15-23.

## Important Disclaimers & Contact

This confidential presentation (the "Presentation") is being furnished as background for our discussions.

No representation or warranty is given as to the completeness or accuracy of any information contained within this Presentation. Everything included herein is based on the best of my recollection regarding the events of last year, as well as publicly available information available in the mainstream media (the "MSM"). Given how false the vast majority of information presented by the MSM has been on these topics thus far including the Trump–Russia dossier (the "Dodgy Dossier"), opinions expressed herein are subject to change without notice.



Carter Page, Ph.D.
Global Energy Capital LLC

15