UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER PAGE,<br><br>*Plaintiff*,<br><br>v.<br><br>JAMES B. COMEY *et al.*,<br><br>*Defendants*. | No. 20-cv-3460 (DLF) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the plaintiff's motion to alter or amend the judgment and for relief from the judgment, Dkt. 119, is **DENIED.**

The case remains closed.

**SO ORDERED.**

January 18, 2023

_____
DABNEY L. FRIEDRICH
United States District Judge