UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER PAGE,<br><br>    *Plaintiff,*<br><br>  v.<br><br>JAMES B. COMEY, *et al.*,<br><br>    *Defendants*. | No. 20-cv-3460 (DLF) |

NOTICE OF APPEARANCE

  The Clerk of the Court will please enter the appearance of the undersigned as counsel of record for Plaintiff.

  Respectfully submitted this day February 22, 2023.

                  */s/ Gene C. Schaerr*
                  Gene C. Schaerr
                  (D.C. Bar No. 416368)
                  SCHAERR | JAFFE LLP
                  1717 K Street NW, Suite 900
                  Washington, DC 20006
                  Tel.: (202) 787-1060
                  Fax: (202) 776-0136
                  Email: gschaerr@schaerr-jaffe.com

                  *Counsel for Plaintiff*