UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CARTER PAGE,<br><br>               Plaintiff,<br><br>  v.<br><br>JAMES COMEY, ANDREW MCCABE, KEVIN CLINESMITH, PETER STRZOK, LISA PAGE, JOE PIENTKA III, STEPHEN SOMMA, BRIAN J. AUTEN, DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION, UNITED STATES OF AMERICA, JOHN DOES 1-10, JANE DOES 1-10,<br><br>               Defendants. | No. 20-cv-03460 (DLF) |

**NOTICE OF WITHDRAWAL AS COUNSEL**

Please take notice that, under Local Civil Rule 83.6(b), James M. Hobbs is withdrawing as counsel for Defendant Brian J. Auten in this case. Consistent with this Court's Local Rules, undersigned counsel states that Mr. Auten will continue to be represented by Patrick Linehan and Brian Heberlig of Steptoe & Johnson LLP, no trial date has been set in this case, and Mr. Auten has reviewed and signed this notice. Respectfully submitted on March 27, 2023.

| | |
|---|---|
| /s/ Brian J. Auten<br>Brian J. Auten | /s/ James M. Hobbs<br>James M. Hobbs (#1031106)<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>Telephone: (202) 429-3000<br>Fax: (202) 429-3902<br>jhobbs@steptoe.com<br><br>*Counsel for Defendant Brian J. Auten* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March, 2023, the foregoing Notice of Withdrawal as Counsel was served upon all parties of record by the Court's CM/ECF system.


Dated: March 27, 2023                                          /s/ James M. Hobbs
                                                               James M. Hobbs