UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CARTER PAGE,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES COMEY, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:20-cv-3460<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF WITHDRAWAL**

Notice is hereby given that Elizabeth Tulis withdraws as counsel for defendants United States of America, Federal Bureau of Investigation, and Department of Justice ("Government Defendants") in the above-captioned matter and requests that her name be removed from the docket. Government Defendants will continue to be represented by the other counsel of record who have entered an appearance.

Dated: April 28, 2025                                         Respectfully Submitted,


                                                               */s/ Elizabeth Tulis*
                                                               ELIZABETH TULIS
                                                               Assistant Director, Federal Programs Branch
                                                               Civil Division, Department of Justice
                                                               1100 L Street, NW
                                                               Washington, DC 20005
                                                               Phone: 202-514-9237
                                                               Email: elizabeth.tulis@usdoj.gov


                                                               *Attorney for the Government Defendants*