# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-5038**　　　　　　　　　　　　　　　　　　　**September Term, 2024**

**1:20-cv-03460-DLF**

**Filed On: July 22, 2025** [2126748]

Carter Page,

　　　　Appellant

　v.

James B. Comey, et al.,

　　　　Appellees

## M A N D A T E

　In accordance with the judgment of May 23, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:　/s/
　　Daniel J. Reidy
　　Deputy Clerk

Link to the judgment filed May 23, 2025